**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

KHALED MIAH,
Notice of address filed under seal,
*Plaintiff*

v.

TODD BLANCHE,
in his official capacity as
Attorney General of the United States
950 Pennsylvania Avenue, NW Washington,
D.C. 20530

U.S. PARDON ATTORNEY,
950 Pennsylvania Avenue, NW Washington,
D.C. 20530

U.S. DEPARTMENT OF JUSTICE,
950 Pennsylvania Avenue, NW Washington,
D.C. 20530,
*Defendants*

Civil Action No.______________

Case: 1:26–cv–03809
Assigned To : Contreras, Rudolph
Assign. Date : 10/28/2026
Description: Pro Se Gen. Civ. (F–DECK)

**COMPLAINT FOR DECLARATORY, MANDAMUS AND INJUNCTIVE RELIEF**

## INTRODUCTION

1. This is a civil action brought by **KHALED MIAH** (hereinafter "Plaintiff") to compel the federal government and its officials to comply with their duty to administer and effectuate the issuance of the resulting certificates of pardon following President Donald Trump's categorical grants of pardon for offenses described and enumerated by Proclamation 10887 and 10989. *See* Proclamation 10887, 90 Fed. Reg. 8331 (Jan. 29, 2025); Proclamation 10989, 90 Fed. Reg. 51071 (Nov. 14, 2025).

RECEIVED
OCT 28 2026
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

2. Plaintiff is an individual with federal convictions for conduct and offenses that are described by the terms in two analogous proclamations signed by the President in contemplation for: "*Certain Offenses Relating to the Events at or Near the United States Capitol on January 6, 2021*" and "*Certain Offenses Related to the 2020 Presidential Election*." *Id.*

3. The operative elements of Plaintiff's conduct and charged offenses in violation of federal law arose from his public transmission of cyber communications through a social media account on Twitter, Inc. ("Twitter"), an interactive social media messaging platform (now rebranded as X Corp.).

4. Using this account, Plaintiff engaged in the dissemination and transmission of public online communications to instruct, incite, advocate and promote political and paramilitary activities centered around the January 6, 2021, protest in Washington, D.C. and the disruption of the official inauguration of then-President-elect Joe Biden, after the results of the 2020 Presidential Election. These social media posts broadcasted by the Plaintiff were thematically synchronized with similar online messaging by individuals in the buildup to the events at the Capitol in the post-2020 Presidential Election controversy, and which then resulted in federal prosecutions brought by the U.S. Department of Justice.

5. On January 6, 2021, federal agents from the FBI Joint Terrorism Task Force ("JTTF") concluded a months-long online and offline surveillance operation and investigation, and executed an arrest warrant on the Plaintiff at his residence in the vicinity of the campus of the University of Pittsburgh located in Pittsburgh, Pennsylvania, where he was an undergraduate senior.

6. Plaintiff was taken into federal custody by the FBI for conduct on this Twitter account he controlled and or operated from December 19, 2020, until January 6, 2021,

resembling an official government agency under the pseudonym "Federal Intelligence Service" and username "@ServiceFederal" (later renamed "TRUMP2020"). See Appendix A.

7. On March 16, 2021, a federal grand jury in the Western District of Pennsylvania returned an indictment charging Plaintiff with posting tweets throughout this account to "threaten, intimidate, and harass FBI Pittsburgh Agents and the FBI" from December 27, 2020, through December 31, 2020, and with the deletion of tweets until January 1, 2021.

8. Plaintiff was charged with five counts in violation of 18 U.S.C. § 875(c): Interstate Threatening Communications to Injure; two counts in violation of 18 U.S.C. § 115(a)(1)(B): Threatening to Assault a Federal Law Enforcement Officer, and one count in violation of 18 U.S.C. § 1519, Obstruction of Justice, Destruction of Records.

9. On December 17, 2021, following a jury trial Plaintiff was convicted of seven felony counts exclusively related to social media content posted throughout the "Federal Intelligence Service / TRUMP2020" account.

10. On October 18, 2022, Plaintiff addressed the federal district court prior to his sentencing by stating, "I was arrested on January 6, 2021. Simultaneously on that very same day, hundreds of thousands of people tweeted the now infamous phrase, 'Hang Mike Pence.' I was upset and frustrated that no one was charged for this conduct while I was prosecuted." [1] [2]

---

[1] *See* Hugo Lowell, *'Hang Mike Pence' Phrase Trended on Twitter During Capitol Breach*, https://perma.cc/B6FQ-EAM6 (Jan. 10, 2021).

[2] During the security perimeter breaches at the U.S. Capitol on January 6, 2021, various militant actors and paramilitary groups forcefully penetrated police lines and infiltrated the interior of the Capitol building. These rioters were retrofitted with combat fatigues, bullet-proof military grade kevlar helmets and other gear commonly worn during military assaults in combat zones. These events occurred in the backdrop of a stationary gallows erected on Capitol grounds the night before by unknown individuals, and amidst the chaos crowds began demanding, "Hang Mike Pence!" Simultaneously, the Vice President was almost intercepted by rioters as he was being rushed out by the United States Secret Service to ensure his safety. Regardless, these individuals left threatening messages for the Vice President and the Speaker of the House, including a note on the Vice President's Senate desk threatening, "*It's Only A Matter Of Time, Justice Is Coming!*"

Plaintiff was then sentenced to six years in federal prison, followed by 3 years supervised release.

11. On January 20, 2025, President Trump signed Proclamation 10887: "Granting Pardons and Commutation of Sentences for Certain Offenses Relating to the Events at or Near the United States Capitol on January 6, 2021." *See* 90 Fed. Reg. 8331 (Jan. 29, 2025). Separately, the President mandated that the Attorney General, "*shall administer and effectuate the immediate issuance of certificates of pardon* to all individuals described in section (b)." *Id.* (emphasis added).

12. Thereafter, on November 7, 2025, President Trump signed Proclamation 10989: "Granting Pardons for Certain Offenses Related to the 2020 Presidential Election." *See* Proclamation 10989, 90 Fed. Reg. 51071 (Nov. 14, 2025). Separately, the President mandated that the "Attorney General, acting through the Pardon Attorney, *shall administer and effectuate the issuance of certificates of pardon* to eligible applicants." *Id.* (emphasis added).

13. As enumerated by the plain terms of both executive acts of clemency, the President of the United States granted categorical pardons effective via proclamation on January 20, 2025, and November 7, 2025. The President thereafter expressly imposed a duty on federal officials from the Executive Branch Agency to "administer" the process and "effectuate" the issuance of the resulting certificates of pardon to individuals for their described convicted offenses "related to": (1) the events at or near the U.S. Capitol on January 6, 2021; and (2) the 2020 Presidential Election.

14. The Attorney General is the departmental head for the U.S. Department of Justice and reports directly to the President of the United States. *See* 28 U.S.C. § 503.

15. The U.S. Pardon Attorney is responsible for the administration of federal clemency matters within the U.S. Department of Justice, Office of the Pardon Attorney, and is delegated the "[e]xercise of the powers and performance of the functions vested in the Attorney General" and the "[p]erformance of such other duties as may be assigned by the Attorney General or the Deputy Attorney General." *See* 28 C.F.R. §§ 0.35–0.36, 1.1-1.11; U.S. Dep't of Justice, Justice Manual, Title 9-140.000 – Pardon Attorney.[3]

16. The U.S. Department of Justice is an Executive Branch Agency of the federal government and functions under the executive authority of the President of the United States. The agency operations are executed and supervised by the Attorney General and the executive officials of its components, including the U.S. Pardon Attorney.

17. Despite Plaintiff's communications and exhaustion of established administrative procedures and generalized protocols to obtain the certificates of pardon, the Defendants have failed to "administer and effectuate" the resulting certificates to the Plaintiff. This failure is in contravention to the operative requirements textualized within both proclamations invoked by the President under the authority of Article II, Section 2, Clause 1, of the Constitution of the United States. *See* U.S. Const. art. II, § 2, cl. 1; 90 Fed. Reg. 8331 (Jan. 29, 2025); 90 Fed. Reg. 51071 (Nov. 14, 2025).

18. Plaintiff remains without official proof of his pardons by government officials from the Executive Branch Agency expressly tasked with their issuance pursuant to the plain terms of both presidential proclamations. *See* 90 Fed. Reg. 8331 (Jan. 29, 2025); 90 Fed. Reg. 51071 (Nov. 14, 2025).

---

[3] https://perma.cc/8ARG-WMJA.

19. Consistent with the historical administration of categorical presidential pardons, the Office of the Pardon Attorney has expressly recognized that a certificate of pardon serves as proof of an already-existing pardon, rather than the instrument that creates the pardon by non-presidential officers. (Pertaining to President Biden's October 6, 2022, categorical pardon of federal simple-possession marijuana offenses, the Office stated that "[i]f a person wants proof of their pardon, they can submit the Application to verify their eligibility under the proclamation," and explained that "*a person who qualified under the proclamation is pardoned regardless if they submit an Application*."). *See* Application for Certificates of Pardon for the Offense of Simple Possession of Marijuana, 88 Fed. Reg. 29165, 29166 (May 5, 2023) (emphasis added). [4]

20. This case presents a justiciable controversy pursuant to Article III because it was a criminal prosecution brought by the federal government pursuant to federal criminal statutes, that resulted in convictions and thereafter the grant of pardons and accompanying certificates of pardon, by the President of the United States. As such, "[i]t is emphatically the province and duty of the judicial department to say what the law is," *Marbury* v. *Madison*, 5 U.S. 137, 177 (1803), and courts apply the same rules of textual interpretation to presidential proclamations as when construing other legal documents. *See Andrews* v. *Warden*, 958 F.3d 1072, 1078 (11th Cir. 2020).

## PARTIES

### Plaintiff

21. Plaintiff is a United States citizen arrested by the FBI Joint Terrorism Task Force on January 6, 2021, and charged for violating federal law eight separate times on a Twitter account he operated and or controlled between December 19, 2020, and January 6, 2021. This account was utilized to materially support the January 6 protest events at or near the U.S. Capitol

[4] https://perma.cc/6ZLH-EVQ3.

(hereinafter "Capitol Riot"), and other conduct in connection to and in relation with, the 2020 Presidential Election.

22. Plaintiff's sole conduct on this account resulted in his offenses of conviction. Plaintiff's offenses and underlying conduct fall within the categories described by both Proclamations 10887 and 10989. Plaintiff is proceeding *pro se*.

**Defendants**

23. Defendant is Todd Blanche, the Attorney General of the United States, who operates as the head of the U.S. Department of Justice. Defendant formerly served as the Deputy Attorney General. Defendant is being sued in his official capacity.

24. Defendant is the U.S. Pardon Attorney, operating as the head of the Office of the Pardon Attorney, a component executive office of the U.S. Department of Justice, and within the administrative chain-of-command of the Attorney General. Defendant is being sued in his/her official capacity.

25. Defendant is the U.S. Department of Justice ("DOJ"), an Executive Branch Agency of the federal government and a member agency of the Presidential Cabinet.

**JURISDICTION AND VENUE**

26. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 (federal question) and 28 U.S.C. § 1361 (Mandamus). Plaintiff's claims arise under 5 U.S.C. §§ 701–706 (Administrative Procedure Act), 28 U.S.C. §§ 2201–2202 (Declaratory Judgment and Further Relief) and 28 U.S.C. § 1651 (All Writs Act).

27. Venue is proper in this Court under 28 U.S.C. § 1391(b)(1), because Defendants reside in this district, and under § 1391(e) because Defendants are federal government officials operating executive functions within the DOJ, a federal agency headquartered in the District of

Columbia. Venue is also proper in this district under 28 U.S.C. § 1391(b)(2), because a substantial part of the events or omissions giving rise to this action occurred in this district, and the duty and actions owed to the plaintiff that forms the basis of this complaint takes place in the District of Columbia and arose from circumstances that, in part or in full, also took place in the District of Columbia.

## I. BACKGROUND

### A. The Circumstantial Events Following the 2020 Presidential Election.

28. Following the November 3, 2020 Presidential Election between incumbent Donald J. Trump and Democratic National Convention ("DNC") nominee Joseph R. Biden Jr., vitriol surrounding the legitimacy of the final results trended in cyberspace as numerous allegations of election fraud and voter irregularities became a topic of intense scrutiny and polarization during the global coronavirus pandemic. The existing restrictions on social and public gatherings caused by the public health emergency directed this election animus to play out in the digital public square between social media users across several platforms, including on Twitter.

29. During this period, under the guise of combatting "misinformation," "disinformation," and "malinformation," social media companies under pressure by federal law enforcement agencies began censoring or flagging certain social media posts on popular digital social messaging networks and platforms, including on Twitter.[5] This resulted in a significant increase in content moderation efforts aimed at election-related online speech regarding the official results of the 2020 Presidential Election.

---

[5] *The Twitter Files*, Hearing Before the Select Subcomm. on the Weaponization of the Fed. Gov't of the H. Comm. on the Judiciary, 118th Cong. (Mar. 9, 2023). https://perma.cc/J2PD-GR4T.

30. On December 19, 2020, the President of the United States, Donald J. Trump, used his Twitter account to officially represent to the American people that the election was stolen and called for a protest in Washington, D.C. scheduled for January 6, 2021, the date of the official congressional certification proceedings of the 2020 Presidential Election (*i.e.*, @realDonaldTrump:*"Statistically impossible to have lost the 2020 Election. Big protest in D.C. on January 6th. Be there, will be wild!"* ).[6] This tweet was immediately flagged with a warning label affixed by Twitter's content moderators specifying,*"This claim about election fraud is disputed."* [7]

31. Following the President's announcement, a decentralized virtual network of individuals, election deniers, conspiracy theorists, extremists and paramilitary groups activated around the nation and began broadcasting and brainstorming crowdsourced plans for January 6 through open source mass communication platforms, across social media and encrypted text messaging applications, including on Twitter. These individuals and groups contributed to a decentralized networked-effort in conspiring to encourage, incite, rally and plan chaos during the January 6 protest using social media amplification tools such as hashtags, re-tweets and shares, in an effort to mobilize the masses to forcefully block the peaceful transfer of presidential power and overturn the official results of the 2020 Presidential Election.

32. These simultaneous events across cyberspace created a massive virtual chain reaction of election-centric social media content, at which time an influx of calls to overthrow

---

[6] *Final Report of the Select Committee to Investigate the January 6th Attack on the United States Capitol*, H.R. Rep. No. 117-663, at 499 (2022) ("Anika Navaroli, the longest-tenured member of Twitter's Trust and Safety Policy team, monitored the reaction to President Trump's 'be wild' tweet. She told the Select Committee . . . [t]he tweet created a 'fire hose' of calls to overthrow the U.S. Government . . . [f]or many extremists and conspiracy theorists, the President's announcement was a call to arms.").

[7] Donald Trump (@realDonaldTrump), Twitter (Dec. 19, 2020, at *06:42:42* UTC) https://www.presidency.ucsb.edu/documents/tweets-december-19-2020.

the U.S. federal government began circulating in plain sight, including throughout Twitter, from on or about December 19, 2020, to on or about January 6, 2021. Across the nation, an overwhelming concentration of user contributions throughout social media accounts generated crowdsourced plans for the disruption of the "federal government function" (the nation's process of collecting, counting, and certifying the results of the presidential election). These online efforts encouraged a public call to arms to target the January 6 congressional proceedings and breach the U.S. Capitol site during the scheduled protest, at which time the collected results of the presidential election were counted and certified ("the certification proceeding").[8]

33. On January 6, 2021, as President Trump spoke to a crowd of his supporters in Washington D.C. during the Ellipse speech, a separate section of the crowd began marching towards the Capitol and began agitating a series of events that would unfold into a mass riot inside and outside the U.S. Capitol building.

34. This resulted in complex-wide security breaches at the U.S. Capitol, including inside both the House and the Senate while votes were being counted and certified. Concurrently, members of Congress were evacuated and two pipe bombs were discovered outside the headquarters of the Republican and Democratic National Committees. In the backdrop of these events, numerous paramilitary affiliated individuals positioned themselves at or near the U.S. Capitol site and in the vicinity of Washington D.C. with caches of assault weapons in anticipation of escalatory actions. As a result, the Mayor of Washington D.C. placed the entire city under curfew and a multi-state National Guard response was expeditiously orchestrated.[9]

---

[8] S. Comm. on Homeland Sec. & Governmental Affs., 118th Cong., *Planned in Plain Sight: A Review of the Intelligence Failures in Advance of January 6th, 2021* (June 2023), https://www.hsgac.senate.gov/wp-content/uploads/230627_HSGAC-Majority-Report_Jan-6-Intel.pdf

[9] Dozens of individuals involved in the January 6 Capitol Riot in Washington D.C. were also subject to pre-existing FBI investigations in the months leading up to the event. A network of

35. The actions at the Capitol on January 6 included the culmination of conspiratorial planning of various extremist elements, including the Proud Boys organization and state militia groups, that tactically executed a rehearsed and planned breach of the U.S. Capitol by force during the mass protest. This included three major breaches in the Eastern section of the U.S. Capitol through the central doors of the rotunda and an entry point leading through the House chambers.

36. On January 8, 2021, Twitter permanently suspended the account "@realDonaldTrump" citing, "[a]fter close review of recent Tweets from the @realDonaldTrump account and the context around them — **specifically how they are being received and interpreted on and off Twitter** — we have permanently suspended the account due to the risk of further incitement of violence." [10] (emphasis added).

37. On January 13, 2021, Donald Trump as President of the United States was impeached for the second time under a single article for "Incitement of Insurrection" by the United States House of Representatives. The President was impeached as a consequence of his alleged actions related to the events at the Capitol on January 6 and following the official results of the 2020 Presidential Election, declaring Joe Biden as his successor to the Oval Office.

38. On August 1, 2023, Donald Trump was indicted by a federal grand jury following an investigation by Special Counsel Jack Smith, resulting in four felony counts against the then-former President. The then-former President was charged for his culpability in conspiring to disrupt the federal government function and certification proceedings, based on his alleged

---

FBI Confidential Human Source informants followed those targets from various locations across the United States to the Capitol. Separate but identical to the Plaintiff, those investigations did not produce any criminal charges or convictions until the individuals engaged in activities related to the events of January 6 following the 2020 Presidential Election.

[10] https://blog.x.com/en_us/topics/company/2020/suspension.

actions following the 2020 Presidential Election and in the buildup to the events at or near the U.S. Capitol on January 6, 2021.

**B. Proclamation 10887: "Granting Pardons and Commutation of Sentences for Certain Offenses Related to the Events at or Near the U.S. Capitol on January 6, 2021."**

39. On January 20, 2025, Donald Trump began his second term as President of the United States and issued a proclamation: "[t]his proclamation ends a grave national injustice that has been perpetrated upon the American people over the last four years and begins a process of national reconciliation." *See* Proclamation 10887, 90 Fed. Reg. 8331 (Jan. 29, 2025).

40. The President signed Proclamation 10887: "Granting Pardons and Commutation of Sentences for Certain Offenses Relating to the Events at or Near the United States Capitol on January 6, 2021." Separately, the President determined that the Attorney General "*shall administer and effectuate the immediate issuance of certificates of pardon to all individuals described in section (b).*" *Id.* (emphasis added).

41. The Proclamation's text directed the Attorney General to "administer" and "effectuate" the resulting certificates after the presidential grant of pardons. *Id.*

42. The Proclamation is compartmentalized into three separate parts: **(1)** the grant of sentence commutations to 14 listed individuals described in section (a), **(2)** the grant of a "*full, complete and unconditional pardon to all other individuals*" described in section (b), and **(3)** a directive to the Attorney General to "pursue dismissal with prejudice to the government of all pending indictments against individuals," all of which are linked to the convicted offenses and conduct of individuals "related to events that occurred at or near the United States Capitol on January 6, 2021." *Id.* (emphasis added).

43. Section (b) of Proclamation 10887 granted "a full, complete and unconditional pardon to all other individuals convicted of offenses related to events that occurred at or near the United States Capitol on January 6, 2021." *Id.*

44. The President further directed the Attorney General to "ensure that all individuals convicted of offenses related to events that occurred at or near the United States Capitol on January 6, 2021, who are currently held in prison are released immediately," and that "[t]he Bureau of Prisons shall immediately implement all instructions from the Department of Justice regarding this directive." *Id.*

45. As a result, simultaneously on January 20, 2025, the Acting Deputy Attorney General of the United States issued an intra-agency DOJ memorandum titled, "Clemency and Dismissals Relating to Events on January 6, 2021," promulgating the terms delineated within the proclamation. *See* Appendix B.

46. The components of the Executive Branch Agency were then instructed to "immediately identify to the Office of the Deputy Attorney General and the Office of the Pardon Attorney—by name, docket number, and last known address—all individuals within the categories of pardons and commutations granted by President Trump in [section] (a) and (b) of the January 20, 2025 Proclamation." *Id.*

47. In compliance with the proclamation and DOJ memorandum, the Federal Bureau of Prisons ("BOP") immediately implemented all instructions and hundreds of individuals ("J6 Defendants") convicted for their related roles in the January 6, 2021 Capitol Riot were released from the BOP's custody.

48. Additionally, acting in compliance with the directives of the proclamation, the DOJ intervened *sua sponte* in numerous criminal cases across the nation pursuing dismissal of

January 6-related offenses. These interventions resulted in a concerted effort by government attorneys to bring to an end all criminal liabilities incurred by defendants who were charged and convicted for their related involvement in the events of January 6, 2021, at or near the U.S. Capitol.

49. Soon thereafter, the U.S. Pardon Attorney, acting on behalf of the Attorney General, "administered" the January 6 Action Center portal to "effectuate" the certificate-issuance process as directed by Proclamation 10887 on its official agency website titled, "Request a Certificate of Pardon Relating to the Events on January 6, 2021." *See* Appendix B.

50. On the official agency website, the Office of the Pardon Attorney provided a statement of particular applicability to those covered under the pardon by announcing, "as directed by the President's clemency proclamation, the Office of the Pardon Attorney is ready to issue certificates of pardon to the people covered by the clemency proclamation." *Id.*

51. To "effectuate the immediate issuance of certificates of pardon," the Office of the Pardon Attorney administered and implemented a verification process by instructing individual applicants to: **(1)** send an email to "USPardon.Attorney@usdoj.gov" with the phrase "January 20, 2025 Pardon Certificate" in the subject line and **(2)** include the "full name" and or "prison register number" and **(3)** the "district court case number." The web page further provided that the Office of the Pardon Attorney would send "an email with a copy of [the] certificate," within at least "10 business days" of the request. *Id.*

### C. Proclamation 10989: "Granting Pardons for Certain Offenses Related to the 2020 Presidential Election."

52. On November 7, 2025, President Trump issued another proclamation: "[t]his proclamation ends a grave national injustice perpetrated upon the American people following the

2020 Presidential Election and continues the process of national reconciliation." *See* Proclamation 10989, 90 Fed. Reg. 51071 (Nov. 14, 2025).

53. The President signed Proclamation 10989: "Granting Pardons for Certain Offenses Related to the 2020 Presidential Election" and determined that the "Attorney General, acting through the Pardon Attorney, *shall administer and effectuate* the issuance of certificates of pardon to eligible applicants" after the effective presidential grant of categorical clemency. *Id*. (emphasis added).

54. The Proclamation's text directed the Attorney General, acting through the Pardon Attorney, to "administer and effectuate" the resulting certificates to "eligible applicants." *Id*.

55. Proclamation 10989 is compartmentalized into two separate parts, "a full, complete, and unconditional pardon to all United States citizens" for: **(1)** conduct relating to the advice, creation, organization, execution, submission, support, voting, activities, participation in, or advocacy for or of any slate or proposed slate of Presidential electors, whether or not recognized by any State or State official, in connection with the 2020 Presidential Election, and **(2)** *any conduct relating to their efforts to expose voting fraud and vulnerabilities in the 2020 Presidential Election*. *Id*. (emphasis added).

56. The proclamation in part **(1)** pardoned 77 named-individuals, and in part **(2)** all U.S. citizens, for **any conduct** "related to" and in connection with the 2020 Presidential Election. *Id*. The applicability of the pardon functionally covers only those individuals and their associated activities in relation to the 2020 Presidential Election in part **(2)**, largely due to the fact that none of the 77 named-individuals are able to redeem the benefits of the pardon or receive the accompanying certificate of pardon, given their non-existing federal convictions.

57. Part **(2)** of the presidential pardon applies to any conduct of any U.S. citizen relating to any "efforts to expose voting fraud and vulnerabilities in the 2020 Presidential Election," which then produced their federal offenses against the United States. *See* 90 Fed. Reg. 51071 (Nov. 14, 2025).

58. Proclamation 10989 specifies its intent nexus to Proclamation 10887 (*i.e.*, to end "a grave national injustice" and provide for a process of "national reconciliation") and uniquely augments the grant of pardons to reach both "offenses" and "conduct" related to and in connection with the 2020 Presidential Election (*i.e.*, the title of the proclamation reading, "[g]ranting [p]ardons for [c]ertain **[o]ffenses**," while the text reading, "grant[ing] a full, complete, and unconditional pardon [] for **conduct**."). The grant of pardons for "conduct" is the totality of the underlying and preceding circumstances that gave rise to any "offense" of any individual U.S. citizen in violation of any laws of the United States in connection to the "2020 Presidential Election." *Id*.

59. The then-Pardon Attorney Edward R. Martin Jr.[11] further provided the DOJ's interpretative posture of the scope of the covered conduct under the proclamation's terms, in respect to the eligibility of U.S. citizens, by releasing a public statement on Scribd.com titled: "Final Pardon Statement of U.S. Pardon Attorney Edward R. Martin Jr. on the Comprehensive Pardons for Contingent Electors and Affiliates." *See* Appendix C.

---

[11] Edward R. Martin Jr. was also present during the Capitol Riot on January 6, 2021, in Washington D.C., but ultimately never charged. Thereafter, he remained an advocate for individuals serving sentences for January 6-related offenses, including personally providing legal services and fundraising donations to be sent to prisoners prosecuted by the DOJ. Prior to assuming the role of Pardon Attorney, he served as the Interim United States Attorney for the District of Columbia, and oversaw the systemic erasure of January 6-related cases and the termination of career DOJ prosecutors that worked on January 6 cases. During his tenure as Pardon Attorney, he also secured fresh pardons for individuals barred by judicial extension of Proclamation 10887, including those who threatened to "shoot" FBI agents if they returned to their residence to investigate them. *See* https://perma.cc/2TGX-PKZR.

60. The then-Pardon Attorney's statement, published while empowered by law with the performance of official duties as the U.S. Pardon Attorney, detailed the official agency interpretation regarding the November 7, 2025, pardon "related to" and in connection with the 2020 Presidential Election. *Id*.

61. The statement and subsequent public comments highlighted the Office of the Pardon Attorney's understanding of the covered conduct and offenses involving the activities of U.S. citizens contemplated by Proclamation 10989. This included listing the following circumstantial and thematic consequences as a result of the election, and of which the proclamation was created to address and remedy for similarly situated individuals under similar circumstances:

> "The 2020 election was also marred by a massive, covert social media censorship operation instigated by federal officials operating to suppress freedom of speech about election integrity issues, including the activities of CISA and the FBI, and their collaboration with the so-called "Election Integrity Partnership" operated by the Stanford Internet Observatory[.] Among other things, this covert operation caused the censorship of the Hunter Biden laptop story on Twitter and Facebook, as well as the de-platforming of the New York Post on Twitter for two weeks in late October 2020, directly orchestrated by FBI officials as described therein … [t]he time has now come to finish the 'process of national reconciliation,'[] and **free all remaining victims of political lawfare related to the 2020 Presidential Election**. *See* Appendix C. (emphasis added).

## II. FACTUAL ALLEGATIONS

### A. The Conduct and Offenses of Plaintiff's Convictions Relating to Both Presidential Proclamations.

62. In September 2020, Plaintiff was an undergraduate senior at the University of Pittsburgh located in Pittsburgh, Pennsylvania, when the FBI confronted him inside his student residence with screenshots of years-old public social media posts. Plaintiff invoked his 5th Amendment privilege and notified agents of his desire to seek counsel.

63. After agents began interviewing his friends, family, roommates and professors, Plaintiff uploaded an insulting social media meme about one of the investigating agents and his wife using a publicly available online photo. In response, the FBI executed a search and seizure warrant and raided his residence and collected all his electronic devices before initiating a new investigation.[12]

64. Although never charged nor arrested for any crime, conduct or social media post, during the course of the 2020 Presidential Election, the FBI conducted surveillance on the Plaintiff and his residence. Additionally, agents secretly placed a Global Positioning System ("GPS") tracking device onto Plaintiff's vehicle and covertly monitored his movements using the FBI's Special Surveillance Group ("SSG"), a highly classified unit of investigative specialists distinct from Special Agents. Plaintiff was clandestinely followed by the covert operatives across multiple states for multiple months and his activities were reported back to the investigating FBI Special Agents involved through agency 302 surveillance reports.

65. As a consequence, Plaintiff retaliated and began his own investigation into the FBI agents involved and placed them and their residences under surveillance.

66. For several months, Plaintiff conducted open source investigative research into the agents' personal and professional lives, leaked that information through public tweets and memes and engaged in counter-surveillance activities, including intercepting and following

[12] Among the electronically stored items reviewed by FBI forensics from the seized devices was the "table of contents" section of a 2018 manual authored by the Plaintiff, titled "*The Intelligent Soldier*." According to its outline, this manual provided strategic guidance for hybrid influence operations through third-party proxies and listed requisite milestones to exacerbate existing domestic and political divisions into asymmetric civil conflict. Among the milestones included election disinformation stimulus to accelerate U.S. bipartisan divisions and artificially simulate the institutional collapse of the world order, the isolationist recalibration of the United States' NATO commitment, and the resulting opportunistic proliferation of historical geopolitical conflicts across the Eastern and Southern European theaters.

agents vehicles and reconnaissance of their residential and operational office locations throughout the duration of the agency's investigation. Plaintiff's conduct remained uncharged.

67. Throughout the course of the months-long double surveillance between FBI agents and the Plaintiff, the separate specialized team of operatives from the FBI's Special Surveillance Group tracked and intercepted Plaintiff's travels to Washington, D.C. on numerous occasions. Plaintiff was observed entering and leaving Washington D.C. towards a northern Virginia suburb and then surveilled near the White House and the U.S. Capitol building.

68. On November 6, 2020, Plaintiff traveled by car overnight to Washington, D.C. following the November 3rd election. Throughout the early morning hours of November 7, 2020, Plaintiff was spotted near election-related gatherings adjacent to the fenced off perimeter of the White House and thereafter the U.S. Capitol building, in anticipation of the results.

69. Upon returning to Pittsburgh the same day on November 7, 2020, Joe Biden was announced the winner of the 2020 Presidential Election. Plaintiff was once again spotted at an election-related gathering near his student residence and soon thereafter resumed surveillance of FBI agents' residences.[13]

70. During this period, Plaintiff was also covertly recorded by the FBI through friends and acquaintances that were recruited as compensated Confidential Human Source ("CHS") informants and his conversations were secretly captured through embedded recording devices

[13] The FBI was unable to definitively produce any evidence of the source of Plaintiff's knowledge or awareness of its agents' personal residences. Numerous forensic investigations and expert review into the contents of the seized devices from two separate FBI raids yielded no proof of any open source search engine queries or key logs indicating that Plaintiff located the residences of the investigating agents. No further details were provided by FBI surveillance operatives on why Plaintiff visited Washington D.C. or whom he may have interacted with prior to returning to Pittsburgh and resuming surveillance on the FBI and their agents. Among the items seized by the FBI subsequent to Plaintiff's arrest on January 6, 2021, were numerous electronic devices and military flag patch insignias commonly worn in combat by service members of the Russian and Turkish Armed Forces.

carried by the informants. In taped recordings, Plaintiff obsessed about the election and commented on his encounters with FBI agents.

71. In one recording, Plaintiff broke down the 2020 Election to a CHS and spoke about the perils of a Biden victory to that of Trump. Among other issues, Plaintiff expressed his concerns at the specter of a Biden regime change effort against Turkish President Erdogan, citing a newly leaked video of the then-Presidential candidate speaking about interfering in Turkish elections by emboldening elements of the opposition in Ankara to overthrow Erdogan. The Plaintiff also repeatedly praised Trump's track record of "zero" regime change interventions compared to Obama's "four" and commented that the Central Intelligence Agency was acting outside of Trump's leadership in attempting to topple the Venezuelan government, along with previously helping fake riots, revolutions and arming militants in Libya and Syria and being involved in the July 2016 coup attempt in Turkey.

72. Throughout this period, in or around November 2020, Plaintiff created and controlled social media accounts on Twitter, including those titled "FishingExpedition" and "ItsKhaledBruh" and posted tweets throughout these uncharged accounts, which FBI agents surreptitiously monitored. Much of the content of those posts revolved around Plaintiff's personal state of mind as he engaged in online vitriol after the election results were reported, along with referencing the FBI's investigation, including the following examples:

- **October 29, 2020:** *"I hope Trump keeps winning and cleans the swamp…from the bottom up. Start with branches and go all the way to HQ."*

- **November 4, 2020:** *"To the youth in DC, protest within the capacity of influence and let the world hear your voice. Engage in diplomatic dialogue through your efforts but never unwarranted violence. Violence is the animalistic default setting in humans which must never be unleashed. #Elections2020."*

- **November 10, 2020:** *“Mr. President @realDonaldTrump as a parting gesture, can you drain the swamp at the Pittsburgh FBI desk? Western Pennsylvania will thank you for it. Also, cancel [FBI Agent's] pension and force him to pay it all back.”*

- **November 10, 2020:** *“I love the fact he fucking shit up. Jajajaja.”* [Retweet]*: The latest Trump campaign PA lawsuit is asking the court to issue an emergency order stopping officials from certifying the election results, and a permanent injunction requiring county election boards to invalidate ballots of voters who were allowed to “cure” their mail ballots.”*

- **November 11, 2020:** *Replying @nytimes "Mr. Trump should order all loyal forces inside the federal government to maintain his authority beyond January. He needs to call upon the generals to intervene."*

- **November 11, 2020:** *Replying @NBCNews The race to 270 has only begun*

- **November 12, 2020:** “*Looking forward to a smooth transition to a 2nd Trump term. Inshallah.*”

- **November 12, 2020:** “*Mr. President I never had a chance to say thank you while you held the privileged position of power during my youth. Thank You!!! We will one day sit down and talk about the future and the passing of the torch to my generation.*”

- **November 12, 2020:** “[Retweet]: *49.4% to 49.06% 98% reported. Looks like a recount and audit is needed, but of course NYT wants Biden to win so badly they dream about it at night.*”

- **November 15, 2020:** *@realDonaldTrump "please dismiss the entire Pittsburgh FBI field office, they are incompetent and are fond of little boys or so I've heard. I hear that they are big donors to the Clinton Foundation and George Soros."*

- **November 17, 2020:** *@realDonaldTrump is a monumental figure in American history, the likes of which repeat once per generation. Whether or not he decides to concede isn't of any relevance but whether or not he builds a iron curtain against the bureaucracy for later generations, will matter at the end.*

- **November 17, 2020:** *@realDonaldTrump continues to fall victim to the "forces of discipline" which makes up the vast bureaucracy of the federal government, and its relentless advocates. Clearly this matter pertains to Donald J. Trump vs United States, irrespective of his rank as sitting Commander.*

- **November 17, 2020:** *The moment influential forces under a jurisdiction conspire together to delegitimize and dethrone (impeach) a sitting president elected by the will of the people, and aid in his mockery, the grip of influence and power of the US is weakened, domestic and abroad.*

● **November 17, 2020:** *The dismissals of Comey, Mattis, Esper and many more, represent the power of the individual guaranteed by the Constitution against the forces of discipline which makes up the bureaucracy of "men in dark navy suits" that govern the territory. Clearly a witch hunt.*

● **November 17, 2020:** *@realDonaldTrump did not fire Comey and Esper, 62.9 million Americans fired those losers (including myself). #powertothepeople*

● **November 20, 2020:** *Why do the deed when I can teach the deed to others?*

● **November 21, 2020:** "*I'm just like the American president. My tweets become archived, his by the National Library and mine by the Department of Justice.*"

● **November 27, 2020:** "*Stand by and stand down*"

● **November 30, 2020:** *The oath of allegiance will always be reserved for the office of the commander in chief. We salute the rank of president not the man that fills the vacancy. The union is not perfect but we aid the highest office to make that a reality. I was young enough to see Reagan's funeral '04.*




Source: House Select Committee to Investigate the January 6th Attack on the United States Capitol; "@realDonaldTrump" Twitter account.

73. Following the President's announcement on Twitter on December 19, 2020, *"Big protest in D.C. on January 6th. Be there, will be wild!,"* the Plaintiff simultaneously created and

registered a Twitter account resembling an official United States government agency with the display name "Federal Intelligence Service" and the username "@ServiceFederal." Plaintiff also announced the account's creation through a biographical note, "*Official twitter account of the United American Republic. Our headquarters are in Richmond, Virginia*."



Source: FBI Online Surveillance Screenshot

74. This account was created on or about December 19, 2020, and is identified by the display name "Federal Intelligence Service" and the username "@ServiceFederal." From the date of its creation to on or about January 1, 2021, @ServiceFederal had tweeted approximately 31 times excluding the tweets subsequently deleted by Plaintiff.

75. Using this account, Plaintiff hosted an open source cyber blueprint for social media users, distributed ideological and material support for post-election related activities and encouraged overt politically motivated paramilitary actions aimed and directed at the geographic theatre in Washington, D.C., all of which were set to commence as bipartisan political formalities to transfer presidential power in January was approaching.

76. Concurrently, in or around December 19, 2020, FBI personnel traced this publicly visible account back to the Plaintiff. In or around January 1, 2021, the account's display name was discovered by the FBI to reflect "TRUMP2020" and then locked to where only approved followers could view its tweets, replies and account engagements. According to business records provided on January 4, 2021, to the FBI by Twitter, this information comported with known social networking and mobile messaging accounts controlled by the Plaintiff.

77. Throughout this social media account, Plaintiff introduced an infusion of accelerationist incitement to rally the events of January 6 in the digital public square and encourage groups online to intervene and block the peaceful transfer of presidential power. From on or about December 19, 2020, the Plaintiff began explicitly tagging, tweeting, retweeting and sharing the following cyber communications openly throughout Twitter:



Source: FBI Online Surveillance Screenshot (Rendition)

Tweets | Tweets & replies | Media | Likes

**Federal Intelligence Servic** @ServiceFedera · Dec 21, 2020
Looking forward to a smooth transition to a 2nd @realDonaldTrump administration 2021!!!
1

**Federal Intelligence Servic** @ServiceFedera · Dec 21, 2020
On Inauguration Day, the second #Trump administration will begin from the Richmond, Virginia State House, where President Donald J. Trump will be sworn in as the incumbent commander in chief of the United American Republic.
1

**Federal Intelligence Servic** @ServiceFedera · Dec 21, 2020
#ProudBoys and all State Militias, we are calling on you to enforce the 2nd Trump administration come January. We will not let our European heritage be forfeited to foreigners such as AOC and Ilhan Omar. Stand up for Washington and Jefferson.
1

**Federal Intelligence Servic** @ServiceFedera · Dec 21, 2020
The left are elitists who want to Make America Weak Again. We will never let that happen. Take your country back from radical Islam and Shariah Law advocates. You Will Not Replace US!!!
1

**Donald J. Trump** @realDonaldTrump · Dec 21, 2020
"The President was responsible for those direct payments to Americans in the Covid-19 Relief Bill." @kilmeade @foxandfriends And the Moderna vaccine has already started rolling out. Very smooth distribution!
16K 25.1K 146.1K

**Federal Intelligence Servic** @ServiceFedera · Dec 21, 2020
Replying @realDonaldTrump @kilmeade @foxandfriends
Looking forward to the second term from Richmond, Virginia, capital of the United American Republic.

Federal Intelligence Service Retweeted
**United States Space For** @SpaceForceDo · Dec 20, 2020
#Birthday Op-ed!

Today, @SpaceForceCSO Gen. John W. "Jay" Raymond highlighted the accomplishments of the #USSF over its first year and its path ahead for its bright future. Read the Op-ed in @TheAtlantic.bit/ly/2LXz7i5

#SemperSupra @HBDSpaceForce



theatlantic.com
**How We're Building a 21st-Century Space Force**
Only by staying lean, agile, and tightly focused on our mission can we succeed in protecting the Unite...

15 121 374

**Federal Intelligence Servic** @ServiceFedera · Dec 21, 2020

America's Great Divide: Steve Bannon, 1st Interview | FRONTLINE youtu.be/pm5xxlajTWO via @youtube




youtube.com
America's Great Divide: Steve Bannon (first interview) | FR...
Steve Bannon is a media executive and political strategist. He served as executive chairman of Breitbart News, as an ...

**Federal Intelligence Servic** @ServiceFedera · Dec 21, 2020

Replying @JimSmit79980607 Tell the Edquist's WE said Hi.

Federal Intelligence Service Retweeted

**Donald J. Trump** @realDonaldTrump · Dec 21, 2020

Big news coming out of Pennsylvania. Very big illegal ballot drop that cannot be accounted for. Rigged Election!

This claim about election fraud is disputed

51.3K 97.5K 384.3K

**Donald J. Trump** @realDonaldTrump · Dec 21, 2020

Two years ago, the great people of Wisconsin asked me to endorse a man named Brian Hagedorn for State Supreme Court Justice, when he was getting destroyed in the Polls against a tough Democrat Candidate who had no chance of losing. After my endorsement, Hagedorn easily won!...

Show more replies

18.7K 37.3K 173.2K

**Donald J. Trump** @realDonaldTrump · Dec 21, 2020

...WOW, he just voted against me in a Big Court Decision on voter fraud (of which there was much!), despite many pages of dissent from three highly respected Justices. One thing has nothing to do with another, but we ended up losing 4-3 in a really incorrect ruling! Great..

Show more replies

27.8K 138.6K

**Donald J. Trump** @realDonaldTrump · Dec 21, 2020

...Republicans in Wisconsin should take these 3 strong decisions to their State Legislators and overturn this ridiculous State Election. We won in a LANDSLIDE!

Election officials have certified Joe Biden as the winner of the U.S. Presidential election

22.6K 35.4K 156.8K

**Federal Intelligence Servic** @ServiceFedera · Dec 21, 2020

Replying @realDonaldTrump Mr. President the second term begins in January, guaranteed.

**Federal Intelligence Servic** @ServiceFedera · Dec 22, 2020

Putin: US Presidents are not very powerful, 'Men in Dark Suits' rule Washington.
youtu.be/xykvrGpCW6E via @Youtube



Putin: US Presidents Are Not Very Powerful, 'Men in Dark Suits' Rule...
youtube.com

**Federal Intelligence Servi** @ServiceFedera · Dec 22, 2020

Went to West Virginia today for a dead drop pick up. Last one was in Queens, this one in West Virginia. These Persians are "intelligent".

**Federal Intelligence Servi** @ServiceFedera · Dec 22, 2020

Replying @realDonaldTrump Fuck all non America countries. Thank GOD this guy get it. Damn it Hillary's goons are back in power including David S Foster.

**Federal Intelligence Servi** @ServiceFedera · Dec 22, 2020

Replying @realDonaldTrump so much truth bombs in one speech. Trump got screwed. We will enforce the second term.

**Federal Intelligence Servi** @ServiceFedera · Dec 22, 2020

Replying @realDonaldTrump Bravo Brother Bravo. Give the order and the United American Republic will rise.

Federal Intelligence Service Retweeted

**Donald J. Trump** @realDonaldTrump · Dec 22, 2020




71.6K 178.2K 432.6K

**Federal Intelligence Servi** @ServiceFedera · Dec 22, 2020

Standing By and Ready Mr. President. The second term will begin soon.




**Federal Intelligence Servi** @ServiceFedera · Dec 24, 2020

Tucker: Congress tells struggling Americans to take '$600 and shut up'

youtu.be/iG2MvjRyq7M via @YouTube



youtube.com

**Tucker: Congress tells struggling Americans to tak...**

Tucker Carlson sounds off on bloated spending bill, with millions going to Sudan and Pakistan. ...

**Federal Intelligence Servi‹** @ServiceFeder‹ · Dec 25, 2020 ···

Wish me a goddamn merry Christmas you goddamn Jeep driving communists.

**Federal Intelligence Servi‹** @ServiceFeder‹ · Dec 26, 2020 ···

Shame on the #Nashville #FBI Division for not preventing what could've been a deadly massacre of Americans on #Christmas 🎇 Day. These suckers are on payroll from American taxpayers to prevent such acts yet they only show up after Americans have been killed. Drain the #FBI #Swamp

2

**Federal Intelligence Servi‹** @ServiceFeder‹ · Dec 26, 2020 ···

Merry Christmas and a happy new year to Nick, Nate and Katie.

**Federal Intelligence Servi‹** @ServiceFeder‹ · Dec 27, 2020 ···

Nick, Dave, Mike, the whole bureau, the deed will be done at a time which is the most opportunistic for me, chosen by myself.

**Federal Intelligence Servi‹** @ServiceFeder‹ · Dec 27, 2020 ···

Currently eating pasta and watching videos of the second plane hit the south tower.

**Federal Intelligence Servi‹** @ServiceFeder‹ · Dec 27, 2020 ···

I am from a generation with no purpose, no world war to fight, no enemy to chase, sitting in a desk, wasting time whilst the "greatest generation" swept across Normandy and Berlin and came back to go right into Korea, Nam, Kuwait, Iraq. What a shame the flag is burning on 🇺🇸 soil.




**Federal Intelligence Servi‹** @ServiceFeder‹ · Dec 28, 2020 ···

Saint Peter Catholicism

Federal Intelligence Servi @ServiceFedera · Dec 28, 2020

the zero hour is approaching

Federal Intelligence Servi @ServiceFedera · Dec 28, 2020




Federal Intelligence Servi @ServiceFedera · Dec 29, 2020

It's been awhile since I've had a nice glass of champagne🥂. Any suggestions?

Federal Intelligence Servi @ServiceFedera · Dec 29, 2020

38° 53' 42.7'' N, 77° 1' 30'' W

Federal Intelligence Servi @ServiceFedera · Dec 30, 2020

Rasheed, Dave, Nick, Mike ......how's your investigation going? Things are looking "bright" in 2021. Did you find the Saudi passports?

Federal Intelligence Servi @ServiceFedera · Dec 30, 2020



Federal Intelligence Servi @ServiceFedera · Dec 30, 2020

2001-2021 is 20 years. An entire generation, yet men like me still exist and pop up into existence. Next time you come in cowboy with the crew, the hardwood will collapse beneath your feet.

**Federal Intelligence Servi** @ServiceFedera · Dec 30, 2020

Interesting report (30 pages) from Office of the Director of National Intelligence.




**Federal Intelligence Servi** @ServiceFedera · Dec 30, 2020

I read these every year




**Federal Intelligence Servi** @ServiceFedera · Dec 30, 2020

Every branch, every report, every year.



**Federal Intelligence Servic** @ServiceFedera · Dec 31, 2020

I believe in 5 things:
God
Guns
Alcohol
Boobs
Capitalism

**Federal Intelligence Servic** @ServiceFedera · Dec 31, 2020

"Remember boys, the more eyes on me, the less eyes on the others. Regardless, yellow tapes will flow"

**Federal Intelligence Servic** @ServiceFedera · Dec 31, 2020




**Federal Intelligence Servic** @ServiceFedera · Dec 31, 2020

Pittsburgh FBI are despicable animals. Desperate for national recognition.

**Federal Intelligence Service** @ServiceFederal · Jan 1, 2021

"Democracies are incapable of secrecy" -Hani Salam, Body of Lies (2007).

**Federal Intelligence Service** @ServiceFederal · Jan 1, 2021

Muqtada Al Sadr and his Mahdi Army have become nothing more than a reserve force within the corridors of #Baghdad for #Iran and its Intelligence Agency in the case that Baghdad decides to pursue nationalistic goals irrespective of the "Shitte Crescent" project pursued by Tehran.

**Source**: “@realDonaldTrump”
**Post Date**: December 22, 2020, 7:15 ET
**Site**: Twitter
**Link**: https://perma.cc/RYH8-ASZA




**Donald Trump**: ***Throughout the summer, Democrats cruelly blocked COVID relief legislation in an effort to advance their extreme left wing agenda and influence the election.*** Then a few months ago, Congress started negotiations on a new package to get urgently needed help to the American people. It's taken forever. However, the bill they are now planning to send back to my desk is much different than anticipated. It really is a disgrace. For example, among the more than 5,000 pages in this bill, which nobody in Congress has read because of its length and complexity, it's called the COVID Relief Bill, but it has almost nothing to do with COVID.

This bill contains $85.5 million for assistance to Cambodia, $134 million to Burma, $1.3 billion for Egypt and the Egyptian military, which will go out and buy almost exclusively Russian military equipment. $25 million for democracy and gender programs in Pakistan, $505 million to Belize, Costa Rica, El Salvador, Guatemala, Honduras, Nicaragua, and Panama. $40 million for the Kennedy Center in Washington, DC, which is not even open for business. $1 billion for the Smithsonian and an additional $154 million for the National Gallery of Art. Likewise, these facilities are essentially not open. $7 million for reef fish management, $25 million to combat Asian carp, $2.5 million to count the number of amberjack fish in the Gulf of Mexico. A provision to promote the breeding of fish in federal hatcheries, $3 million in poultry production technology, $2 million to research the impact of down trees, $566 million for construction projects at the FBI. The bill also allows stimulus checks for the family members of illegal aliens, allowing them to get up to $1,800 each.

This is far more than the Americans are given. Despite all of this wasteful spending and much more, the $900 billion package provides hardworking taxpayers with only $600 each in relief payments and not enough money is given to small businesses. And in particular, restaurants, whose owners have suffered so grievously. They were only given a deduction for others to use in business, their restaurant, for two years. This two year period must be withdrawn, which will allow the owners to obtain financing and get their restaurants back in condition. Congress can terminate it at a much later date, but two years is not acceptable. It's not enough. Congress found plenty of money for foreign countries, lobbyists and special interests while sending the bare minimum to the American people who need it. It wasn't their fault, it was China's fault. Not their fault.

I am asking Congress to amend this bill and increase the ridiculously low $600 to $2,000 or $4,000 for a couple. ***I'm also asking Congress to immediately get rid of the wasteful and unnecessary items from this legislation and to send me a suitable bill or else the next administration will have to deliver a COVID relief package, and maybe that administration will be me, and we will get it done. Thank you very much.***

**Source**: "Unknown"
**Post Date**: December 22, 2020
**Site**: Youtube
**Link**: https://perma.cc/3AA4-WH2C
(Transcript)




**Interview with French newspaper Le Figaro (retranslated from Russian):**

Question: After Donald Trump was elected president of the United States, many people spoke about a new era in Russian-US relations. However, these relations do not seem to have made a new start. The NATO leaders spoke about the Russian threat at their summit last week. Are you disappointed by the US attitude?

**Vladimir Putin**: No, I am not. We had no special expectations. The US President is steering a traditional US policy. Of course, we remember that during his election campaign, and also after he was elected and assumed office, President Trump spoke about his intention to normalise the relationship with Russia and said that it cannot be any worse. We remember this. However, we also see and realise that the political situation in the United States is influenced by those who have lost the elections but refuse to accept their defeat, and who continue to use the anti-Russia card and various allegations most actively in the political infighting. This is why we are in no hurry, we are ready to wait, yet we strongly hope that Russian-US relations will become normal again sometime in the future. As for increasing…

Question: You have mentioned the United States. The allegations of Russia's interference in the US presidential race raised a political storm in Washington. Similar allegations were also voiced in France. What is your response, especially against the backdrop of recent developments in the US?

**Vladimir Putin**: I have already commented on this issue many times. There was a question on this topic from one of your colleagues today. He put it very cautiously at the news conference, saying that 'there are allegations that Russian hackers…' Who is making these allegations? Based on what? If these are just allegations, then these hackers could be from anywhere else and not necessarily from Russia. As President Trump once said, and I think that he was totally right when he said it could have been someone sitting on their bed or somebody intentionally inserted a flash drive with the name of a Russian national, or something like that. Anything is possible in this virtual world. Russia never engages in activities of this kind, and we do not need it. It makes no sense for us to do such things.
What for?

***I have already spoken to three US Presidents. They come and go, but politics stay the same at all times. Do you know why? Because of the powerful bureaucracy. When a person is elected, they may have some ideas. Then people with briefcases arrive, well dressed, wearing dark suits, just like mine, except for the red tie, since they wear black or dark blue ones. These people start explaining how things are done. And instantly, everything changes. This is what happens with every administration.***

Changing things is not easy, and I say this without any irony. It is not that someone does not want to, but because it is a hard thing to do. Take Obama, a forward-thinking man, a liberal, a democrat. Did he not pledge to shut down Guantanamo before his election? But did he do it? No, he did not. And may I ask why not? Did he not want to do it? He wanted to, I am sure he did, but it did not work out. He sincerely wanted to do it, but did not succeed, since it turned out to be very complicated. This is not the

> main issue, however, even though it is important, since it is hard to fathom that people have been walking there in chains for decades without trial or investigation.
>
> Can you imagine France or Russia acting this way? This would have been a disaster. But it is possible in the United States and continues to this day. This refers to the question on democracy, by the way. I referred to this example just to show that it is not as simple as it may seem. That said, I am cautiously optimistic, and I think that we can and should be able to reach agreements on key issues.
>
> Question: You are saying that right now, the political storm in Washington rests on absolutely unsubstantiated allegations.
>
> **Vladimir Putin**: It is not based on allegations, but on the desire of those who lost the elections in the United States to at least improve their standing through anti-Russia attacks, by accusing Russia of interference. The people who lost the elections do not want to admit that they really lost, that the one who won was closer to the people and better understood what ordinary voters want. They are absolutely reluctant to admit this, and prefer deluding themselves and others into thinking it was not their fault, that their policy was correct, they did all the right things, but someone from the outside thwarted them. But it was not so. They just lost and they have to admit it. When they do, I think it will be easier for us to work.
>
> However, the fact that this is being done using anti-Russia tools is not good, as it brings discord into international affairs. Let them argue among themselves, so they can prove who is stronger, who is better, who is smarter, who is more reliable and who sets a better policy for the country. Why involve third countries? This is very distressing. But it will pass, everything passes, and this will pass as well.

78. Operating through this account[14], Plaintiff tweeted and tagged, "*#ProudBoys and all State Militias, we are calling on you to enforce the 2nd Trump administration come January*," and inserted calls for enforcing the 2nd Trump administration into high traffic areas on Twitter. This included direct replies implanted within the comment feed section of the President's own "@realDonaldTrump" account, which had already amassed hundreds of thousands of comments, engagements and tens of millions of views.

79. Plaintiff repeatedly retweeted and amplified flagged content from the account "@realDonaldTrump" related to claims about a "rigged election" in Pennsylvania and

[14] Appended to the body of this complaint as a chronologically descending demonstrative reconstruction of the original account's retrievable contents using the government's exhibits. A Twitter account's feed stacks chronologically from the bottom up, as the most recent tweets on an account are presented historically from the top down. A daily observer would read the tweets from the bottom up as tweets were posted and stacked on top of each other day-after-day, and as newer tweets were posted, edited and deleted.

"overturning" the state election in Wisconsin. Twitter's content moderators flagged these tweets from the "@realDonaldTrump" account for election disinformation (*i.e.*, "*This claim about election fraud is disputed"*).

80. Plaintiff engaged with numerous tweets disseminated from the "@realDonaldTrump" account and retweeted and hosted election-related social media posts, including numerous replies to "@realDonaldTrump" after retweeting his White House address posted on December 22, 2020, related to COVID-19 motivated election manipulation efforts. (*i.e.*, "*Replying to @realDonaldTrump so much truth bombs in one speech. Trump got screwed. We will enforce the second term*" and "*Standing By and Ready Mr. President. The second term will begin soon*").[15]

81. Plaintiff actively interacted with, followed and retweeted the President's public online communications broadcasted from December 2020 through January of 2021 on Twitter. Over a dozen of his tweets consisted of reposts and shares of the President asserting the election was "rigged" or direct replies to the President validating claims of election vulnerabilities and amplifying the need for the initiation of the second term by mass civilian mobilization and the use of paramilitant force to effectuate the second term in "January" of 2021.

82. The President's tweets reporting on voting fraud and vulnerabilities in the 2020 Presidential Election from the "@realDonaldTrump" account faced significant content moderation on Twitter, including numerous flagged warning labels affixed to the tweets by the platform and or restrictions on the visibility of these messages, all of which had the effect of

---

[15] The President was actively monitoring his followers' replies through his "@realDonaldTrump" account during this period, including on January 1, 2021, responding with the tweet, "A great honor!" to a social media user's post referencing his December 19, 2020, January 6 protest announcement, "The calvary is coming, Mr. President! JANUARY 6th | Washington D.C." https://perma.cc/LLN8-HNCX.

disputing or contradicting the official statements, in an effort to censor election related disinformation.

83. The Plaintiff's conduct and efforts in retweeting and sharing the President's tweets and official White House statements, relating to exposing voting fraud and vulnerabilities in the 2020 Presidential Election, had the effect of amplifying viewership engagements of those messages and their contents for other online social media users beyond the President's account ecosystem. Plaintiff also initiated ideas of enforcing the second term in the post-election political arena in cyberspace, continued in engaging in conduct to amplify these presidential messages and provided material resources for those actions to converge in Washington D.C. and elsewhere, in an effort to motivate and rally civilians to utilize force to block the transfer of power.

84. In the buildup to January 6, the Plaintiff also posted taunting tweets about his investigation and promoted messages such as "*Drain the #FBI #Swamp*" and "*Pittsburgh FBI are despicable animals. Desperate for national recognition*." On December 28, 2020, Plaintiff began a public countdown by posting "*the zero hour is approaching*" and within a few hours uploaded and shared reconnaissance videos he physically filmed and produced on-site from Washington D.C. depicting the U.S. Capitol building complex captioned "My Second Love."

85. These self-recorded materials produced by the Plaintiff channeled the location information of the security posture of the Capitol grounds through this public online social media account, and provided open source visualizations of the radius of the Eastern section of the U.S. Capitol adjacent to the Library of Congress and the Supreme Court.

86. This information was publicly shared on Twitter and included visuals of the staircase pathway and entry points through the Eastern central doors leading to the rotunda and the positioned barricades around the Eastern perimeter of the U.S. Capitol, including the

chambers of both the United States House and Senate. These videos provided by Plaintiff transmitted critical targeting information for mass consumption by Twitter users preceding the Capitol Riot and were instantly viewed and recorded by FBI online surveillance.[16]

87. Over a day later, Plaintiff provided Twitter users on social media with the location of the official address of the FBI headquarters in Washington D.C. situated near the Capitol on the account's feed. On December 31, 2020, Plaintiff publicly signaled “[r]emember boys, the more eyes on me, the less eyes on the others. Regardless, yellow tapes will flow.”

88. In response to the Plaintiff's tweets on this account, another investigation was launched and an additional FBI SSG team was activated and deployed from FBI Washington headquarters on temporary duty to join the surveillance umbrella against Plaintiff from January 1, 2021 to January 6, 2021. In total, three separate SSG operations from various FBI field offices across the Northeastern United States synchronized its surveillance activities to cover the Plaintiff throughout December 2020 in Pittsburgh, New York City and Washington D.C.[17] This yielded hundreds of surveillance shifts across multiple states and included approximately a dozen FBI surveillance vehicles and operatives orbiting the Plaintiff each day for several months.

89. Plaintiff operated and or controlled the “Federal Intelligence Service / TRUMP2020” account from December 19, 2020, until January 6, 2021 (pending account

[16] It is unclear if the FBI Washington Field Office notified the United States Secret Service, Capitol Police or the D.C. Metropolitan Police Department regarding Plaintiff’s social media behavior. This activity included a countdown about the “zero hour” approaching, posting the U.S. Capitol reconnaissance tapes online and his earlier tweets tagging extremist groups already amassing in D.C., such as the Proud Boys organization and state militias, to prepare for the use of force in “January” and effectuate a transition into “the 2nd Trump administration.” As such, it is unascertained if any agencies—other than the FBI Washington-based SSG operatives deployed to Pittsburgh—coordinated a response to Plaintiff's tweets.

[17] Weeks prior to the FBI’s encounter with Plaintiff in September 2020, the FBI's surveillance revealed Plaintiff rapidly travelled to and through approximately 34 U.S. states within a few weeks spanning the East Coast, West Coast and all of the Southern border states from Florida to California.

deactivation).[18] FBI online surveillance intercepted these electronic communications transmitted by the Plaintiff by utilizing screenshot features on their phones and devices to capture the account's contents in real time and briefed federal prosecutors pending an arrest warrant.[19]

90. In the days and hours leading up to the breach of the U.S. Capitol on January 6, the FBI recorded Plaintiff openly broadcasting and circulating these communications in support of crowdsourced plans for civilian paramilitary engagement in Washington D.C., including material support through reconnaissance films of the Capitol building and its security perimeter. The government then pre-selected individual tweets from the "Federal Intelligence Service / TRUMP2020" account spanning from December 27, 2020 to December 31, 2020, and waited without arresting the Plaintiff.

91. On January 6, 2021, concurrent to the protest and security events at or near the U.S. Capitol, Plaintiff was arrested by the FBI after the agency concluded its online and offline surveillance and ended the investigation. The government rearranged, remixed, conjoined and isolated individual tweets from the account's historical feed and produced a partial selection of screen captured tweets the Plaintiff had posted throughout December on this account, in the build up to the date of the January 6 protest.

---

[18] The account's display name was registered as "Federal Intelligence Service" on or about December 19, 2020, and then changed to "TRUMP2020" as of January 1, 2021, prior to initiation of request to Twitter for account deactivation.

[19] The DOJ preserved all of Plaintiff's social media accounts except for the central account material to the indictment. The government untimely sent a preservation letter to Twitter, Inc. over a month after arresting the Plaintiff for criminal conduct exclusively performed on this Twitter account. This was five days after the account was fully deleted from Twitter's servers in California. As a consequence, the metadata containing all historical viewership analytics, tweets, retweets, likes, shares, comments, private chats, uploads, followers and following accounts from the "Federal Intelligence Service / TRUMP2020" account were unavailable for discovery, except for the FBI's limited screenshots.

92. The following tweets were selected for prosecution exclusively from the "Federal Intelligence Service / TRUMP2020" account: [20]







---

[20] The Government inverted the sequence of these tweets to form the first charged threat by waiting until the "20 minutes ago" and "13 minutes ago" Twitter time stamps updated to "1 hour ago," before splicing them into a single statement.


Search Twitter
Log in
Sign up
Federal Intelligence Service
@ServiceFederal
38° 53' 42.7" N, 77° 1' 30" W
7:14 PM · Dec 29, 2020 · Twitter for iPad


Search Twitter
Log in
Sign up
Federal Intelligence Service
@ServiceFederal
Rasheed, Dave, Nick,Mike.....how's your investigation going? Things are looking "bright" in 2021. Did you find the Saudi passports?
12:44 AM · Dec 30, 2020 · Twitter for iPad


Search Twitter
Log in
Sign up
Federal Intelligence Service
@ServiceFederal
2001-2021 is 20 years. An entire generation, yet men like me still exist and pop up into existence. Next time you come in cowboy with the crew, the hardwood will collapse beneath your feet.
5:43 AM · Dec 30, 2020 · Twitter for iPad




93. The FBI then announced that the federal law enforcement agency arrested an ISIS supporter after being targeted with online threats and observing Plaintiff leaking plans for an attack against the FBI and their agents, as well as Plaintiff's attraction to a "vengeful, violent form of Islam." [21]

94. The DOJ thereafter requested portions of the documents produced from the Twitter account material to the indictment be placed under protective order and the remaining selections of Twitter exhibits be kept off the public docket, both of which were granted.[22]

95. After conviction, DOJ National Security Counter Terrorism prosecutors transitioned away from ISIS and pointed towards the FBI's raid on then-former President Donald Trump's Mar-a-Lago residence in August of 2022, and the resulting increase in politically motivated threats aimed at the FBI by domestic White nationalists, citing an FBI-DHS Joint Intelligence Bulletin. Prosecutors proposed the need to severely punish the Plaintiff to shock

[21] Without the Plaintiff ever contacting, messaging or communicating with any FBI agent, he was charged with directing and targeting FBI agents with threats and thereafter deleting those threats.

[22] These materials were viewed by the Plaintiff only after his release from prison and under counsel supervision, which then resulted in the Plaintiff's discovery of the critical surrounding materials for contextualizing his isolated charged tweets that were excluded from the FBI's screenshots. The reproduction and reconstruction of the entire account resulted in the Plaintiff's subsequent communications with the DOJ for the certificates of pardon pursuant to the terms of both proclamations.

domestic White extremists by sending a judicial message of targeted deterrence aimed at like-minded individuals across the nation who threaten the federal government for its official activities.

96. After applying numerous enhancements, the Plaintiff was then sentenced to a concurrent term of six years in federal prison, followed by 3 years supervised release.

**B. Plaintiff's Request for the Issuance of the Certificate of Pardon for "Certain Offenses Related to the Events at or Near the U.S. Capitol on January 6, 2021."**

97. Since October 2025, Plaintiff has contacted the Office of the Pardon Attorney, identified himself as having convictions for January 6 related offenses and requested the formal government recognition of his pardon through the issuance of the certificate of pardon pursuant to the presidential clemency action signed on January 20, 2025. *See* Proclamation 10887, 90 Fed. Reg. 8331 (Jan. 29, 2025).

98. The January 6 Action Center portal instructed individuals covered by the proclamation to provide identifying information required to obtain the certificates of pardon and indicated that the Office of the Pardon Attorney would process requests for certificates upon receipt of the required information.

99. Since Plaintiff's release, he has contacted the Office of the Pardon Attorney through the official January 6 portal and provided the FBI's screenshots of the Twitter account material to his indictment and offenses of conviction, along with other information and supplemental materials.

100. Plaintiff requested the issuance of the certificate of pardon directed for distribution for the covered class of individuals pursuant to the proclamation and has maintained correspondence since October 2025 through the Office of the Pardon Attorney, specifying: "I express a belief, based on a reasoned and studied judgement of the facts of the case,

that the President of the United States of America, Donald J. Trump, has granted me a full, complete and unconditional pardon pursuant to Proclamation 10887."

101. Plaintiff complied with the requirements established by the Office of the Pardon Attorney, supplied and supplemented the identifying information as directed and presented other relevant materials, and repeatedly requested the issuance of his certificate of pardon.

102. Plaintiff then discovered that his request had been cataloged on the DOJ Office of the Pardon Attorney's website as a unique pending clemency application outside of the proclamation's scope.

103. Plaintiff has subsequently renewed and re-submitted his request for the certificate on multiple occasions using the specified procedures for verification and subsequently clarified and corrected any misunderstandings through additional electronic communications. However, despite Plaintiff's efforts to obtain the issuance of the certificate, it continues to be withheld by the Defendants. As a consequence, these actions constitute failure by government officials to effectuate the issuance of the certificate to the Plaintiff as so required by the proclamation and for which he qualifies under its terms.

104. During the course of the Plaintiff's request for the issuance of the certificate of pardon, the Defendants issued numerous individuals the same certificate upon request. These individuals are similarly situated to the Plaintiff in all respects to offenses committed in factual circumstances in relation to the January 6 Capitol Riot, and the nexus of their offenses were "related" enough to be issued a certificate of pardon. These individuals include, but are not limited to, the following defendants:

- **Justin Stoll**: On January 7, 2021, a day after the Capitol Riot, Stoll issued online threats directed and aimed at a commenter on a Capitol Riot video he posted on a social media account under the pseudonym "Th3RealHuckleberry." Stoll was located in the Southern District of Ohio during the offense (further in distance from the Capitol than Plaintiff). The government's investigation had not yielded evidence suggesting that Stoll entered the Capitol building, engaged in acts of violence, or destroyed property. His threatening posts were exclusively aimed at a private citizen online. He was charged with 18 U.S.C. § 875(c): Interstate Threatening Communications and 18 U.S.C. § 1512(b)(3): Tampering with a Witness by Threat, and then sentenced to only probation. Despite the temporal and spatial separation of his offense to the exact moment of the January 6 events at the Capitol site in Washington D.C., he was issued a certificate of pardon. *See United States* v. *Stoll*, 1:21-cr-00117, (S.D. Ohio), Appendix B.
- **Cleveland Grover Meredith Jr**.: On January 7, 2021, after the Capitol Riot had already concluded and while staying at a hotel room a mile away from the U.S. Capitol site in Washington D.C., and in possession of a 9 mm semi-automatic firearm, an assault-style rifle with a telescopic sight, approximately 2,500 rounds of ammunition and multiple large-capacity ammunition feeding devices, Meredith Jr. issued online threats to assassinate then-House Speaker Nancy Pelosi. He was charged with violating 18 U.S.C. § 875(c) and then sentenced to 28 months in prison. Despite his physical absence during the Capitol Riot, and the temporal separation of his offense to the event, he was issued a certificate of pardon. *See United States* v. *Meredith, Jr*., 1:21-cr-00159, (D.D.C.).
- **Troy Anthony Smocks:** Throughout January 6, 2021, and January 7, 2021, from his hotel room in Washington D.C., Smocks issued online threats to assassinate government

officials on the eve of the inauguration at the U.S. Capitol on January 19, 2021, across social media accounts using the pseudonyms "ColonelTPerez" and "@Colonel007." Smocks threatened to target government officials on Inauguration Day three weeks in advance of its commencement. He was charged with violating 18 U.S.C. § 875(c) and sentenced to 14 months in prison. Despite his physical absence during the Capitol Riot, and his threats aimed at an unrelated future event separate from the events at the Capitol on January 6, along with the temporal separation of his offense, he was issued a certificate of pardon. *See United States* v. *Smocks*, 1:21-cr-00198, (D.D.C.), Appendix B.

- **Garret Miller:** Hours after the U.S. Capitol Riot had already concluded and after participating in the event, in the District of Columbia *and elsewhere,* Miller separately posted threats across social media accounts, including on Twitter which contained direct replies to the account "@AOC" threatening to assassinate Congresswoman Alexandria Ocasio-Cortez. He was charged with violating 18 U.S.C. § 875(c) for the tweets and sentenced to 38 months along with other charges. Thereafter, he was issued a certificate of pardon including for the 875(c) charge. *See United States* v. *Miller*, 1:21-cr-00119, (D.D.C.), Appendix B.
- **Daniel Edwin Wilson:** Throughout December 22, 2020, and through January 6, 2021, in the District of Columbia *and elsewhere*, Wilson used social media platforms to communicate with other individuals and plan for the January 6 protest in Washington D.C. These online social media posts and communications discovered by FBI Agents after January 6 resulted in Wilson being charged with conspiring to prevent, by force, intimidation, or threat, federal officers at the U.S. Capitol in violation of 18 U.S.C. § 372.

Despite the elements of the charged conduct occurring each day in the buildup to and weeks before January 6, he was ultimately issued a certificate of pardon for this charged offense. *See United States v. Wilson*, 1:23-cr-00427, (D.D.C.), Appendix B.

- **Enrique Tarrio:** As leader of the Proud Boys organization, from December 19, 2020, through January 6, 2021, Tarrio used social media platforms and communication devices to engage in the interstate transmission of messages and instructions to communicate with individuals from across the country in an effort to conspire, confederate, encourage, incite and plan the disruption of the January 6 certification proceedings at the Capitol in Washington D.C. Tarrio was charged with numerous conspiracy offenses arising from this conduct, including for violating 18 U.S.C. § 2384: Seditious Conspiracy. Despite physically being located in a hotel room in Maryland during the Capitol Riot, and engaging in the elements of his offense conduct days and weeks prior to January 6, in the District of Columbia *and elsewhere*, he was issued a certificate of pardon. *See United States* v. *Nordean, et al.*, No. 1:21-cr-00175 (D.D.C.), Figure 1, Appendix B.

**PARDON CERTIFICATE CHART**

| **Defendant** | **Specific Offense** | **Offense Conduct** | **Offense Timeline** | **Capitol Presence During Offense** | **Offense Related To January 6** | **Certificate Issued** |
|---|---|---|---|---|---|---|
| ***Khaled Miah*** | Interstate Threats, Threats to Assault, Obstruction | Social Media Posts | Dec. 27, 2020 to Jan. 01, 2021 | No | Yes | **No** |
| *Justin Stoll* | Interstate Threats, Threatening Witness | Social Media Posts | Jan. 07, 2021 | No | Yes | Yes |
| *Cleveland Grover Meredith Jr.* | Interstate Threats | Social Media Posts | Jan. 07, 2021 | No | Yes | Yes |
| *Troy Anthony Smocks* | Interstate Threats | Social Media Posts | Jan. 06, 2021 to Jan. 07, 2021 | No | Yes | Yes |
| *Garret Miller* | Interstate Threats | Social Media Posts | Jan. 06, 2021 | No | Yes | Yes |
| *Daniel Edwin Wilson* | Conspiracy to Impede or Injure | Social Media Posts | Dec. 22, 2020 to Jan. 06, 2021 | Partial | Yes | Yes |
| *Enrique Tarrio* | Seditious Conspiracy | Social Media Posts | Dec. 19, 2020 to Jan. 06, 2021 | No | Yes | Yes |

Figure 1.

105. Additionally, section (a) of Proclamation 10887 which commuted the sentences of 14 named individuals to time served as of January 20, 2025, described them as being convicted of offenses "related to events that occurred at or near the United States Capitol on January 6, 2021." Notably, two of those individuals described were absent from the premises of the Capitol

on January 6. Jeremy Bertino was in North Carolina and Edward Vallejo was in Virginia during the events at the Capitol in Washington D.C. Furthermore, the elements of their offenses in violation of 18 U.S.C. 2384: Seditious Conspiracy, included social media communications occurring weeks prior to January 6, 2021, and outside of the District of Columbia. *See* 90 Fed. Reg. 8331 (Jan. 29, 2025); *United States v. Bertino*, No. 1:22-cr-00329 (D.D.C.), *United States* v. *RHODES*, *III*, 1:22-cr-00015, (D.D.C.).

**C. Plaintiff's Request for the Issuance of the Certificate of Pardon for "Certain Offenses Related to the 2020 Presidential Election."**

106. In August 2026, Plaintiff additionally requested the issuance of the resulting certificate of pardon pursuant to the presidential grant of pardons for U.S. citizens under Proclamation 10989 through the Office of the Pardon Attorney.

107. The Plaintiff contacted the Office through its official agency website using electronic mail communications and specified and provided the following correspondence:

> "[t]he traditional application forms for (a) Pardon After Completion of Sentence and (b) Commutation of Sentence are inappropriate for this occasion because those are solely reserved for new clemency petitions and not requests for the issuance of certificates relating to pardons already created by presidential proclamation. In the alternative, using the textual nexus of Proclamation 10989 to Proclamation 10887, and the non-existence of any specific application portal or form (unlike the process established in Proclamation 10467), leads the requester to follow the matching administrative instructions for receipt of pardon certificate to those instructions formalized by the Pardon Attorney's Office relating to Proclamation 10887 (requiring only unique personal identifiers and case numbers)."

108. Plaintiff once again encountered the same communications from the Defendants, and was informed that his request had been rerouted to the existing pending clemency cataloged on the agency website pertaining to the request for the issuance of the certificate of pardon enumerated by Proclamation 10887, and the need to supplement the petition with (3) three letters of recommendation.

109. The duty to issue the certificate of pardon pursuant to Proclamation 10989 is dependent upon the applicant eligibility of U.S. citizens' convicted offenses relating to the 2020 Presidential Election, as specified by the proclamation. The eligibility of applicants is thus based on their eligible convicted offenses in connection to any conduct relating to their efforts to expose voting fraud and vulnerabilities in the 2020 Presidential Election, which then produced their indictments and led to their convictions. *See* Proclamation 10989, 90 Fed. Reg. 51071 (Nov. 14, 2025).

110. Despite the Presidential grant of clemency effectuating "a full, complete, and unconditional pardon to all United States citizens," including the Plaintiff, for conduct and offenses relating to the "2020 Presidential Election," the Defendants' actions in respect to the Plaintiff's request, for which he is eligible, is construed to be an unreasonable adverse determination of his eligibility. Thus, this agency action is construed as a refusal to issue the certificate of pardon, as well as unlawfully withholding and delaying the certificate that is owed to the Plaintiff for his "eligible" conduct and offenses enumerated and pardoned by the proclamation.

111. Furthermore, Defendants have since issued public statements specifying that they alone possess the power of the November 7, 2025 Pardon by virtue of its delegation by the President. This is however in contravention to both the proclamation's textual directives (to only issue certificates) and Article II of the Constitution of the United States (already exercised by the President in granting the pardons).[23]

---

[23] Kyle Cheney, *DOJ Claims It Has the Power to Decide Who Gets Trump's Sweeping 2020 Pardon,* Politico (Dec. 4, 2025), https://www.politico.com/news/2025/12/04/trump-pardons-2020-election-ed-martin-pam-bondi-00677119.

**D. There Are No Other Adequate Remedies or Protocols Available for Plaintiff to Compel the Defendants to Issue the Certificates of Pardon.**

112. Proclamations 10887 and 10989 each imposed upon Defendants a mandatory and nondiscretionary duty to "administer" the verification process for the purposes of "effectuat[ing]" the issuance of the resulting certificates of pardon to the individuals within the categories described therein. *See* 90 Fed. Reg. 8331 (Jan. 29, 2025), 90 Fed. Reg. 51071 (Nov. 14, 2025).

113. The Defendants were then tasked by presidential proclamation with the ministerial duties to "administer" the internal agency verification process for the convicted conduct and offenses of individuals relating to: (1) "the events at or near the U.S. Capitol on January 6, 2021," and (2) their "efforts to expose voting fraud and vulnerabilities in the 2020 Presidential Election." *Id.* The administering of this agency "offense verification" process occurs prior to releasing the certificate of pardon granted by the President for the covered individuals. The Defendants were then expressly tasked with issuing the official proof to the covered individuals for their pardons via certificates, as directed by the terms of both presidential proclamations.

114. Once an offense is confirmed to be "related to" the boundaries set by the "Proclamation of Pardon," the Office of the Pardon Attorney causes the seal of the DOJ to be affixed onto the certificate of pardon, along with the name of the recipient and the date, prior to effectuating the issuance and delivery of the certificate. This official act is performed through the Office of the Pardon Attorney at the city of Washington, District of Columbia.

115. A certificate of pardon provides "proof" of the pardon specified by a presidential act of clemency, under the terms of an official proclamation, and a holder of the certificate may present it as "proof of the pardon when needed." The certificate formalizes the pardon, and as a

consequence, allows an individual to provide official government documentation in order to remove "restriction[s] on [the] right to vote, hold office, or be part of a jury" as well as other penalties.

116. Plaintiff is an eligible individual described within both proclamations and is therefore adversely affected by the Defendants' unreasonable actions in delaying, withholding and refusing, the issuance of the certificates.

117. The prosecutorial unit of Plaintiff's offenses against the United States in violation of federal law arose solely from his conduct on a Twitter account, all of which resorted to the transmission and deletion of interstate communications dedicated to promoting, supporting, advocating and inciting activities related to: (1) the events that occurred at or near the U.S. Capitol on January 6, 2021, and (2) exposing voting fraud and vulnerabilities following the results of the 2020 Presidential election.

118. Plaintiff therefore has a clear right to obtain the certificates of pardon that Defendants were expressly directed to issue to individuals covered by the respective terms of both proclamations. *Id*.

119. Notwithstanding that directive, Defendants treated both requests for the production and issuance of the certificates of pardon as being subject to additional discretionary administrative review, rather than processing the request pursuant to the certificate-issuance procedures established for individuals described in Proclamation 10887 and 10989, after already receiving the grants of pardon and being eligible for the accompanying certificates of pardon.

120. Defendants repeatedly represented to Plaintiff that his requests for the certificates required Plaintiff to submit "[t]hree (3) letters of support from people who know of [the]

conviction and who are not related by blood or marriage," which is contrary to the established protocols for receipt of certificate of pardon (requiring only unique identifiers).

121. Defendants' treatment of Plaintiff's certificate requests as discretionary, and Plaintiff's responsive communications to the Defendants, have not resulted in the issuance or delivery of either certificate contemplated by the proclamations.

122. Defendants have therefore failed to take the discrete agency action required by Proclamations 10887 and 10989—namely, to administer and effectuate the issuance of certificates of pardon to Plaintiff following the President's acts of clemency.

123. As such, Defendants have unlawfully withheld Plaintiff's certificates of pardon despite his compliance with the procedures established by the Office of the Pardon Attorney, and have provided no resolution through any responsive communications to the Plaintiff after receiving further clarity of the Plaintiff's intent behind his requests through electronic communications. Defendants have also unreasonably delayed the issuance and delivery of Plaintiff's certificates since he initiated his requests through established procedures, and the delay has extended beyond the ordinary processing period represented by the Office of the Pardon Attorney for the issuance of certificates in similar circumstances.

124. Defendants have remained on notice of Plaintiff's requests through his continuing communications with the Office of the Pardon Attorney and his repeated attempts to obtain the certificates from the government agency and officials responsible.

125. Therefore, Defendants have failed to effectuate the issuance of Plaintiff's certificates through the Office of the Pardon Attorney as specified by the agency website: "as directed by the President's clemency proclamation, the Office of the Pardon Attorney is ready to

issue certificates of pardon to the people covered by the clemency proclamation." *See* Appendix B.

126. The continued withholding, delay and refusal to present Plaintiff's certificates deprives him of the official governmental documentation evidencing his pardons under Proclamations 10887 and 10989, for which he qualifies and is eligible, based on his offenses.

127. Plaintiff has exhausted the administrative procedures established by Defendants for obtaining the certificates of pardon and has repeatedly requested that Defendants effectuate their issuance, without resolution. There are no other established administrative remedies available, or announced by the Defendants, which is known to the Plaintiff.

128. This complaint does not purport to set forth each and every fact presently known to Plaintiff concerning his efforts to obtain compliance from Defendants to issue the respective certificates of pardon.

## **CLAIMS FOR RELIEF**

### **COUNT ONE:**
### **Violation of Administrative Procedure Act, 5 U.S.C. § 706(1)**

129. The allegations contained in paragraphs 1 through 128 of this Complaint are realleged and fully incorporated herein by reference.

130. The Administrative Procedure Act provides that a reviewing court shall "compel agency action unlawfully withheld or unreasonably delayed." 5 U.S.C. § 706(1).

131. Proclamation 10887 directed Defendants to "administer and effectuate the immediate issuance of certificates of pardon to all individuals described in section (b)." *See* Proclamation 10887, 90 Fed. Reg. 8331 (Jan. 29, 2025).

132. Plaintiff is an individual described in section (b) of Proclamation 10887 and is entitled to the issuance of the resulting certificate of pardon. *Id.*

133. Proclamation 10989 directed Defendants to "administer and effectuate the issuance of certificates of pardon to eligible applicants." *See* Proclamation 10989, 90 Fed. Reg. 51071 (Nov. 14, 2025).

134. Plaintiff is an individual described in Proclamation 10989 and is an eligible applicant that is entitled to the issuance of the resulting certificate of pardon. *Id*.

135. Defendants' failure to issue Plaintiff's pardon certificates pursuant to Proclamation 10887 and 10989 constitutes "agency action unlawfully withheld or unreasonably delayed" within the meaning of 5 U.S.C. § 706(1).

**COUNT TWO:**
**Violation of the Administrative Procedure Act, 5 U.S.C. § 706(2)(A)**

136. The allegations contained in paragraphs 1 through 128 of this Complaint are realleged and fully incorporated herein by reference.

137. The Administrative Procedure Act requires this Court to hold unlawful and set aside agency action, findings, and conclusions found to be "arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law." 5 U.S.C. § 706(2)(A).

138. Plaintiff is entitled to the issuance of the certificate of pardon pursuant to Proclamation 10887, for which he qualifies based on his "related to" offenses. *See* Proclamation 10887, 90 Fed. Reg. 8331 (Jan. 29, 2025).

139. Plaintiff is entitled to the issuance of the certificate of pardon pursuant to Proclamation 10989, for which he is an eligible applicant based on his "related to" conduct and offenses. *See* Proclamation 10989, 90 Fed. Reg. 51071 (Nov. 14, 2025).

140. Defendants' determinations that Plaintiff's requests for the certificates of pardon, in accordance with the provisions of Proclamation 10887 and 10989, constitute clemency actions outside of the coverage of Proclamation 10887 and 10989, is "arbitrary, capricious, an abuse of

discretion, and/or otherwise not in accordance with law" within the meaning of 5 U.S.C. § 706(2)(A).

141. Defendants' adverse determinations of Plaintiff's requests for official certificate proof of existing pardons under Proclamation 10887 and 10989, for which he is eligible and qualified, is "arbitrary, capricious, an abuse of discretion, and/or otherwise not in accordance with law" within the meaning of 5 U.S.C. § 706(2)(A).

**COUNT THREE:**
**Mandamus Relief, 28 U.S.C. § 1361**

142. The allegations contained in paragraphs 1 through 128 of this Complaint are realleged and fully incorporated herein by reference.

143. Pursuant to 28 U.S.C. § 1361, this Court has original jurisdiction over any action in the nature of mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the Plaintiff.

144. Plaintiff possesses a clear and indisputable right to the certificate of pardon enumerated by the terms in Proclamation 10887, based on his conduct and offense eligibility. *See* 90 Fed. Reg. 8331 (Jan. 29, 2025).

145. Plaintiff possesses a clear and indisputable right to the certificate of pardon enumerated by the terms in Proclamation 10989, based on his conduct and offense eligibility. *See* 90 Fed. Reg. 51071 (Nov. 14, 2025).

146. The U.S. Attorney General and U.S. Pardon Attorney have a clear, nondiscretionary duty to issue Plaintiff's certificates pursuant to the existing presidential grant of pardons as specified by Proclamation 10887 and 10989.

147. Both Proclamation 10887 and 10989 specified the ministerial duties of the U.S. Attorney General and the U.S. Pardon Attorney, in contemplation of their respective duties for

the issuance of the certificates of pardon pursuant to each proclamation, and their existing grant of pardons, by the presidential commands of "shall administer and effectuate." *See* 90 Fed. Reg. 8331 (Jan. 29, 2025), 90 Fed. Reg. 51071 (Nov. 14, 2025).

148. Despite Plaintiff's conduct and offense eligibility and requests for the required actions, Defendants have failed and or refused to perform their duties as directed by the presidential command textualized in both proclamations. *Id.*

149. Plaintiff has no other adequate remedy to obtain the specific relief sought.

150. Accordingly, Plaintiff is entitled to an order compelling Defendants to perform the nondiscretionary ministerial duties required by Proclamation 10887 and 10989 and issue Plaintiff the certificates of pardon granted by presidential proclamation.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully prays that this Court:

**1.** Enter a Declaratory Judgment that Plaintiff's offenses of conviction and the underlying conduct of those offenses performed on the sole Twitter account that produced the indictment, falls within the scope of the terms of both pardons granted by Proclamations 10887 and 10989.

**2.** Enter a Declaratory Judgment that Plaintiff is entitled to the issuance of the certificates of pardon pursuant to the terms of Proclamation 10887 and 10989.

**3.** Enter a Declaratory Judgment that Defendants are obligated to administer and effectuate the issuance of Plaintiff's certificates of pardon pursuant to the express terms of Proclamation 10887 and 10989.

**4.** Enter a Declaratory Judgment that Defendants' failure to issue Plaintiff's certificates of pardon constitutes agency action unlawfully withheld and/or unreasonably delayed within the meaning of 5 U.S.C. § 706(1).

**5.** Enter a Declaratory Judgment that Defendants' refusal and/or failure to issue the certificates of pardon pursuant to Proclamation 10887 and 10989, constitutes agency action that is "arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law" within the meaning of 5 U.S.C. § 706(2)(A).

**6.** Compel Defendants to issue Plaintiff the certificates of pardon enumerated in Proclamation 10887 and 10989, pursuant to 5 U.S.C. § 706(1).

**7.** Issue a Writ of Mandamus compelling Defendants to perform their ministerial duties to issue Plaintiff the certificates of pardon enumerated in Proclamation 10887 and 10989, pursuant to 28 U.S.C. § 1361.

**8.** Issue a Mandatory Injunction compelling Defendants to issue Plaintiff the certificates of pardon as prescribed by Proclamation 10887 and 10989.

**9.** Enter such further equitable relief as the Court deems just and proper.

**10.** Award Plaintiff any other relief to which he may be entitled.

Respectfully submitted,

KHALED MIAH
Address Filed Under Seal

Dated: October 28, 2026 *Plaintiff*

# EXHIBIT A

| Account | Date | Tweet |
|---|---|---|
| Federal Intelligence Service | Dec. 21, 2020 | Post: Looking forward to a smooth transition to a 2nd @realDonaldTrump administration 2021!!! |
| Federal Intelligence Service | Dec. 21, 2020 | Post: On Inauguration Day, the second #Trump administration will begin from the Richmond, Virginia State House, where President Donald J. Trump will be sworn in as the incumbent commander in chief of the United American Republic. |
| Federal Intelligence Service | Dec. 21, 2020 | Post: #ProudBoys and all State Militias, we are calling on you to enforce the 2nd Trump administration come January. We will not let our European heritage be forfeited to foreigners such as AOC and Ilhan Omar. Stand up for Washington and Jefferson. |
| Federal Intelligence Service | Dec. 21, 2020 | Post: The left are elitists who want to Make America Weak Again. We will never let that happen. Take your country back from radical Islam and Shariah Law advocates. You Will Not Replace US!!! |
| Federal Intelligence Service | Dec. 21, 2020 | Reply: Replying @realDonaldTrump @kilmeade @foxandfriends Looking forward to the second term from Richmond, Virginia, capital of the United American Republic.<br><br>@realDonaldTrump: "The President was responsible for those direct payments to Americans in the Covid-19 Relief Bill." @kilmeade @foxandfriends And the Moderna vaccine has already started rolling out. Very smooth distribution! |
| Federal Intelligence Service | Dec. 21, 2020 | Retweet: @UnitedStatesSpaceForce: #Birthday Op-ed! Today, @SpaceForceCSO Gen. John W. "Jay" Raymond highlighted the accomplishments of the #USSF over its first year and its path ahead for its bright future. Read the Op-ed in @TheAtlantic.bit/ly/2LXz7i5<br>#SemperSupra @HBDSpaceForce |
| Federal Intelligence Service | Dec. 21, 2020 | Share: America's Great Divide: Steve Bannon, |

| | | |
|---|---|---|
| | | 1st Interview \| FRONTLINE youtu.be/pm5xxlajTWO via @YouTube |
| Federal Intelligence Service | Dec. 21, 2020 | Reply: @JimSmit79980607 Tell the Edquist's WE said Hi. |
| Federal Intelligence Service | Dec. 21, 2020 | Retweet: @realDonaldTrump Big news coming out of Pennsylvania. Very big illegal ballot drop that cannot be accounted for. Rigged Election! |
| Federal Intelligence Service | Dec. 21, 2020 | Reply: @realDonaldTrump Mr. President the second term begins in January, guaranteed.<br><br>@realDonaldTrump: Two years ago, the great people of Wisconsin asked me to endorse a man named Brian Hagedorn for State Supreme Court Justice, when he was getting destroyed in the Polls against a tough Democrat Candidate who had no chance of losing. After my endorsement, Hagedorn easily won!...<br><br>@realDonaldTrump: ...WOW, he just voted against me in a Big Court Decision on voter fraud (of which there was much!), despite many pages of dissent from three highly respected Justices. One thing has nothing to do with another, but we ended up losing 4-3 in a really incorrect ruling! Great..<br><br>@realDonaldTrump: ...Republicans in Wisconsin should take these 3 strong decisions to their State Legislators and overturn this ridiculous State Election. We won in a LANDSLIDE! |
| Federal Intelligence Service | Dec. 22, 2020 | Share: Putin: US Presidents are not very powerful, 'Men in Dark Suits' rule Washington.<br><br>youtu.be/xykvrGpCW6E via @YouTube |
| Federal Intelligence Service | Dec. 22, 2020 | Post: Went to West Virginia today for a dead drop pick up. Last one was in Queens, this one in West Virginia. These Persians are "intelligent". |
| Federal Intelligence Service | Dec. 22, 2020 | Reply: @realDonaldTrump Fuck all non America countries. Thank GOD this guy get it. Damn it Hillary's goons are back in power including David S Foster. |

| | | |
|---|---|---|
| Federal Intelligence Service | Dec. 22, 2020 | Reply: @realDonaldTrump so much truth bombs in one speech. Trump got screwed. We will enforce the second term. |
| Federal Intelligence Service | Dec. 22, 2020 | Reply: @realDonaldTrump Bravo Brother Bravo. Give the order and the United American Republic will rise. |
| Federal Intelligence Service | Dec. 22, 2020 | Retweet: @realDonaldTrump White House Statement \| COVID-19 Relief Bill and Election Manipulation |
| Federal Intelligence Service | Dec. 22, 2020 | Post: Standing By and Ready Mr. President. The second term will begin soon.<br><br>@realDonaldTrump White House Statement \| COVID-19 Relief Bill and Election Manipulation |
| Federal Intelligence Service | Dec. 24, 2020 | Share: Tucker: Congress tells struggling Americans to take '$600 and shut up'<br><br>youtu.be/iG2MvjRyq7M via @YouTube |
| Federal Intelligence Service | Dec. 25, 2020 | Post: Wish me a goddamn merry Christmas you goddamn Jeep driving communists. |
| Federal Intelligence Service | Dec. 26, 2020 | Post: Shame on the #Nashville #FBI Division for not preventing what could've been a deadly massacre of Americans on #Christmas [stars emoji] Day. These suckers are on payroll from American taxpayers to prevent such acts yet they only show up after Americans have been killed. Drain the #FBI #Swamp |
| Federal Intelligence Service | Dec. 26, 2020 | Post: Merry Christmas and a happy new year to Nick, Nate and Katie. |
| Federal Intelligence Service | Dec. 27, 2020 | Post: Nick, Dave, Mike, the whole bureau, the deed will be done at a time which is the most opportunistic for me, chosen by myself. |
| Federal Intelligence Service | Dec. 27, 2020 | Post: Currently eating pasta and watching videos of the second plane hit the south tower. |
| Federal Intelligence Service | Dec. 27, 2020 | Post: I am from a generation with no purpose, no world war to fight, no enemy to chase, sitting in a desk, wasting time whilst the "greatest |

| | | |
|---|---|---|
| | | generation" swept across Normandy and Berlin and came back to go right into Korea, Nam, Kuwait, Iraq. What a shame the flag is burning on [U.S. Flag emoji] soil. *[unrecoverable video] |
| Federal Intelligence Service | Dec. 28, 2020 | Post: Saint Peter Catholicism |
| Federal Intelligence Service | Dec. 28, 2020 | Post: the zero hour is approaching |
| Federal Intelligence Service | Dec. 28, 2020 | Post: Reconnaissance video of U.S. Capitol building filmed in Washington D.C. |
| Federal Intelligence Service | Dec. 29, 2020 | Post: It's been awhile since I've had a nice glass of champagne [glasses emoji]. Any suggestions? |
| Federal Intelligence Service | Dec. 29, 2020 | Post: 38° 53' 42.7" N, 77° 1' 30" W [Washington, D.C. FBI Headquarters] |
| Federal Intelligence Service | Dec. 30, 2020 | Post: Rasheed, Dave, Nick, Mike ……how's your investigation going? Things are looking "bright" in 2021. Did you find the Saudi passports? |
| Federal Intelligence Service | Dec. 30, 2020 | Post: Stock photo of Black/White dog. |
| Federal Intelligence Service | Dec. 30, 2020 | Post: 2001-2021 is 20 years. An entire generation, yet men like me still exist and pop up into existence. Next time you come in cowboy with the crew, the hardwood will collapse beneath your feet. |
| Federal Intelligence Service | Dec. 30, 2020 | Post: Interesting report (30 pages) from Office of the Director of National Intelligence. |
| Federal Intelligence Service | Dec. 30, 2020 | Post: I read these every year \| January 2019 National Intelligence Strategy |
| Federal Intelligence Service | Dec. 30, 2020 | Post: Every branch, every report, every year. \| Emblems of all 18 U.S. intelligence agencies. |
| Federal Intelligence Service | Dec. 31, 2020 | Post: I believe in 5 things: God, Guns, Alcohol, Boobs, Capitalism |
| Federal Intelligence Service | Dec. 31, 2020 | Post: "Remember boys, the more eyes on me, the less eyes on the others. Regardless, yellow tapes will flow" |
| Federal Intelligence Service | Dec. 31, 2020 | Post: Spy Nickel photo |

| | | |
|---|---|---|
| Federal Intelligence Service | Dec. 31, 2020 | Post: Pittsburgh FBI are despicable animals. Desperate for national recognition. |
| Federal Intelligence Service | Jan. 01, 2021 | Post: “Democracies are incapable of secrecy” -Hani Salam, Body of Lies (2007). |
| Federal Intelligence Service | Jan. 01, 2021 | Post: Muqtada Al Sadr and his Mahdi Army have become nothing more than a reserve force within the corridors of #Baghdad for #Iran and its Intelligence Agency in the case that Baghdad decides to pursue nationalistic goals irrespective of the “Shitte Crescent” project pursued by Tehran. |

*** Red texts are the charged tweets of the indictment.**

*** As a consequence of the U.S. Justice Department’s failure to subpoena Twitter, Inc., with a preservation request for the central account that produced the indictment, the above tweet renditions and table are the only available preservation of the account. All other tweets, replies, likes, shares, user reactions, private chat history, uploads, followers and following accounts were permanently erased from Twitter’s servers in California subsequent to Plaintiff’s arrest, except for the FBI’s partial screenshots. This included an unknown uploaded video on December 27, 2020, preceding the U.S. Capitol building tweet (*presumably a more detailed reconnaissance of the U.S. Capitol building complex in Washington D.C.) which Plaintiff shared on this account. It is unknown how many Twitter users Plaintiff communicated with in private chats and what communications and media items were shared and disseminated in the build up to the events on January 6, 2021.**

# EXHIBIT B

## FBI SEIZED ITEMS / OTHER CONTENT






**November 5, 2020**




Device Content

**November 7, 2020**




Device Content

**November 7, 2020**



Social Media Content

**November 11, 2020**




Device Content

**Device Contents**



GOVERNMENT EXHIBIT G-32

**Device Contents**



GOVERNMENT EXHIBIT G-33

**Device Contents**



GOVERNMENT EXHIBIT G-67

---

## EAST SIDE U.S. CAPITOL BREACHES ON JANUARY 6, 2021

---




Source: New York Times, Inside the Capitol Riot: An Exclusive Video Investigation (June 30, 2021).




Source: New York Times, Inside the Capitol Riot: An Exclusive Video Investigation (June 30, 2021).




Source: New York Times, Inside the Capitol Riot: An Exclusive Video Investigation (June 30, 2021).