# APPENDIX A

# **INDICTMENT ACCOUNT**

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

**Federal Intelligence Service**
17 Tweets

Follow

Official twitter account of the United American Republic. Our headquarters are in Richmond, Virginia.

Joined December 2020

**10** Following **1** Follower

Not followed by anyone you're following

Tweets | Tweets & replies | Media | Likes

**Federal Intelligence Service** @ServiceFederal · 13h
Standing By and Ready Mr. President. The second term will begin soon.

**Donald J. Trump** @realDonaldTrump · 14h




**Donald J. Trump** @realDonaldTrump · 14h



19M views 0:01 / 4:09

71.6K 178.2K 432.6K

**Federal Intelligence Service** @ServiceFederal · 13h
Bravo Brother Bravo. Give the order and the United American Republic will rise.

[redacted]

### What's happening

US news · Last night
**President Trump announce pardons for 15 people inclu former GOP lawmakers anc Blackwater guards involved Iraq killings**
Trending with Blackwater, Erik Pr

Music · Trending
**Eddie Vedder**
2,400 Tweets

Trending in United States
**The President**
1.24M Tweets

Business & finance · December 2
**Crypto company Ripple say expecting a lawsuit from th Securities and Exchange Commission**
Trending with Ripple

Show more

Terms of Service Privacy Policy Ads info More © 2020 Twitt

Search Twitter

GOVERNMENT EXHIBIT G-78

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

**Federal Intelligence Service** @ServiceFederal · 13h
Replying to @realDonaldTrump
So much truth bombs in one speech. Trump got screwed. We will enforce the second term.

**Federal Intelligence Service** @ServiceFederal · 13h
Replying to @realDonaldTrump
Fuck all non America countries. Thank GOD this guy get it. Damn it Hillary's goons are back in power including David S Foster.

**Federal Intelligence Service** @ServiceFederal · 13h
Went to West Virginia today for a dead drop pickup. Last one was in Queens, this one in West Virginia. These Persians are "intelligent".

**Federal Intelligence Service** @ServiceFederal · 14h
Putin: US Presidents Are Not Very Powerful, 'Men in Dark Suits' Rule Was... youtu.be/xykvrGpCW6E via @YouTube

Putin: US Presidents Are Not Very Powerful, 'Men in Dark Suits' Rule...
youtube.com

**Donald J. Trump** @realDonaldTrump · Dec 21
Two years ago, the great people of Wisconsin asked me to endorse a man named Brian Hagedorn for State Supreme Court Justice, when he was getting destroyed in the Polls against a tough Democrat Candidate who had no chance of losing. After my endorsement, Hagedorn easily won!...
18.7K 37.3K 173.2K

Show more replies

**Donald J. Trump** @realDonaldTrump · Dec 21
Replying to @realDonaldTrump
...Republicans in Wisconsin should take these 3 strong decisions to their State Legislators and overturn this ridiculous State Election. We won in a LANDSLIDE!
Election officials have certified Joe Biden as the winner of the U.S. Presidential election
22.6K 35.4K 156.8K

**Federal Intelligence Service** @ServiceFederal · Dec 22
Mr. President the second term begins in January, guaranteed.

Federal Intelligence Service Retweeted
**Donald J. Trump** @realDonaldTrump · Dec 21
Big news coming out of Pennsylvania. Very big illegal ballot drop that cannot be accounted for. Rigged Election!
This claim about election fraud is disputed
51.3K 97.5K 384.3K

**Federal Intelligence Service** @ServiceFederal · Dec 21
#ProudBoys and all State Militias, we are calling on you to enforce the 2nd Trump administration come January. We will not let our European heritage be forfeited to foreigners such as AOC and Ilan Omar. Stand up for Washington and Jefferson.
1 1

[redacted]

[redacted]

**What's happening**

US news · Last night
**President Trump announce pardons for 15 people inclu former GOP lawmakers anc Blackwater guards involved Iraq killings**
Trending with Blackwater, Erik Pr

Music · Trending
**Eddie Vedder**
2,400 Tweets

Trending in United States
**The President**
1.24M Tweets

Business & finance · December 2
**Crypto company Ripple say expecting a lawsuit from th Securities and Exchange Commission**
Trending with Ripple

Show more

Terms of Service Privacy Policy
Ads info More ··· © 2020 Twitt

Search Twitter

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

Tweet

You might be the only bigger loser than Donny

1

**Federal Intelligence Service** @ServiceFederal · Dec 21

Tell the Edquist's WE said Hi.

**Federal Intelligence Service** @ServiceFederal · Dec 21

America's Great Divide: Steve Bannon, 1st Interview | FRONTLINE
youtu.be/pm5xxlajTW0 via @YouTube

America's Great Divide: Steve Bannon, 1st Interview | ...
Steve Bannon is a media executive and political strategist. He served as executive chairman of ...
youtube.com

**Federal Intelligence Service Retweeted**

**United States Space Force** @SpaceForceDoD · Dec 20

#Birthday Op-ed!

Today, @SpaceForceCSO Gen. John W. "Jay" Raymond highlighted the accomplishments of the #USSF over its first year and the path ahead for its bright future. Read the Op-ed in @TheAtlantic. bit.ly/2LXz7i5

#SemperSupra #HBDSpaceForce

How We're Building a 21st-Century Space Force
Only by staying lean, agile, and tightly focused on our mission can we succeed in protecting the United States.
theatlantic.com

15 121 374

## What's happening

US news · Last night
**President Trump announce pardons for 15 people inclu former GOP lawmakers anc Blackwater guards involved Iraq killings**
Trending with Blackwater, Erik Pr

Music · Trending
**Eddie Vedder**
2,400 Tweets

Trending in United States
**The President**
1.24M Tweets

Business & finance · December 2
**Crypto company Ripple say expecting a lawsuit from th Securities and Exchange Commission**
Trending with Ripple

Show more

Terms of Service Privacy Policy
Ads info More ··· © 2020 Twitt

Search Twitter

[redacted] ···

Home

Explore

Notifications 6

Messages

Bookmarks

Lists

Profile

More

Tweet

**What's happening**

US news · Last night

**President Trump announce pardons for 15 people inclu former GOP lawmakers anc Blackwater guards involved Iraq killings**

Trending with Blackwater, Erik Pr

Music · Trending

**Eddie Vedder**

2,400 Tweets

Trending in United States

**The President**

1.24M Tweets

Business & finance · December 2

**Crypto company Ripple say expecting a lawsuit from th Securities and Exchange Commission**

Trending with Ripple

Show more

Terms of Service Privacy Policy

Ads info More ··· © 2020 Twitt

[redacted] ···

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

[redacted]

**Federal Intelligence Service**
23 Tweets

Follow

**Federal Intelligence Service**
@ServiceFederal

Official twitter account of the United American Republic. Our headquarters are in Richmond, Virginia.

Joined December 2020

**10** Following **0** Followers

Not followed by anyone you're following

Tweets | Tweets & replies | Media | Likes

**Federal Intelligence Service** @ServiceFederal · 7h
Saint Peter Catholicism.

**Federal Intelligence Service** @ServiceFederal · 13h
I am from a generation with no purpose, no world war to fight, no enemy to chase, siting in a desk, wasting time whilst the "greatest generation" swept across Normandy and Berlin and came back to go right into Korea, Nam, Kuwait, Iraq. What a shame the flag is burning on soil.




**Federal Intelligence Service** @ServiceFederal · Dec 26
Merry Christmas and a happy new year to Nick, Nate and Katie.

**Federal Intelligence Service** @ServiceFederal · Dec 26
Shame on the #Nashville #FBI Division for not preventing what could've

Search Twitter

**What's happening**

COVID-19 · 4 hours ago
**Chinese citizen journalist Zl Zhan jailed for reporting or COVID-19 outbreak in Wuh**
Trending with Zhang Zhan, Wuha

Hip hop · Trending
**Davido**
Trending with Burna

Politics · Trending
**olive garden**
2,926 Tweets

NFL · Yesterday
**Colts at Steelers**
Trending with #VictoryMonday

Show more

Terms of Service Privacy Policy
Ads info More ··· © 2020 Twitt

**GOVERNMENT EXHIBIT**
**G-80**

been a deadly massacre of Americans on #Christmas Day. These suckers are on payroll from American taxpayers to prevent such acts yet they only show up after Americans have been killed. Drain the #FBI #Swamp

2

**Federal Intelligence Service** @ServiceFederal · Dec 25

Wish me a goddamn merry Christmas you goddamn Jeep driving communists.

**Federal Intelligence Service** @ServiceFederal · Dec 24

Tucker: Congress tells struggling Americans to take '$600 and shut up' youtu.be/iG2MvjRyq7M via @YouTube

Tucker: Congress tells struggling Americans to take '$... Tucker Carlson sounds off on bloated spending bill, with millions going to Sudan and Pakistan. #FoxNews... youtube.com

**Federal Intelligence Service** @ServiceFederal · Dec 22

Standing By and Ready Mr. President. The second term will begin soon.

**Donald J. Trump** @realDonaldTrump · Dec 22



32.3M views 0:00 / 4:09

Federal Intelligence Service Retweeted

**Donald J. Trump** @realDonaldTrump · Dec 22

91.5K 218.5K 562.1K

**Federal Intelligence Service** @ServiceFederal · Dec 22

Went to West Virginia today for a dead drop pickup. Last one was in Queens, this one in West Virginia. These Persians are "intelligent".

**Federal Intelligence Service** @ServiceFederal · Dec 22

Putin: US Presidents Are Not Very Powerful, 'Men in Dark Suits' Rule Was... youtu.be/xykvrGpCW6E via @YouTube

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

Tweet

[redacted]

Search Twitter

**What's happening**

COVID-19 · 4 hours ago

**Chinese citizen journalist Zl Zhan jailed for reporting or COVID-19 outbreak in Wuh**

Trending with Zhang Zhan, Wuha

Hip hop · Trending

**Davido**

Trending with Burna

Politics · Trending

**olive garden**

2,926 Tweets

NFL · Yesterday

**Colts at Steelers**

Trending with #VictoryMonday

Show more

Terms of Service Privacy Policy Ads info More © 2020 Twitt

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

Tweet

Putin: US Presidents Are Not Very Powerful, 'Men in Dark Suits' Rule...
youtube.com

Federal Intelligence Service Retweeted

**Donald J. Trump** @realDonaldTrump · Dec 21

Big news coming out of Pennsylvania. Very big illegal ballot drop that cannot be accounted for. Rigged Election!

This claim about election fraud is disputed

52K 98.5K 391.7K

Search Twitter

**What's happening**

COVID-19 · 4 hours ago
**Chinese citizen journalist Zl Zhan jailed for reporting or COVID-19 outbreak in Wuh**
Trending with Zhang Zhan, Wuha

Hip hop · Trending
**Davido**
Trending with Burna

Politics · Trending
**olive garden**
2,926 Tweets

NFL · Yesterday
**Colts at Steelers**
Trending with #VictoryMonday

Show more

Terms of Service Privacy Policy Ads info More ··· © 2020 Twitt

[redacted]

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

Tweet

Search Twitter

**What's happening**

COVID-19 · 4 hours ago
**Chinese citizen journalist Zl Zhan jailed for reporting or COVID-19 outbreak in Wuh**
Trending with Zhang Zhan, Wuha

Hip hop · Trending
**Davido**
Trending with Burna

Politics · Trending
**olive garden**
2,926 Tweets

NFL · Yesterday
**Colts at Steelers**
Trending with #VictoryMonday

Show more

Terms of Service Privacy Policy Ads info More ··· © 2020 Twitt

[redacted] ···

Home
Explore
15 Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

[redacted] ···

**Federal Intelligence Service**
31 Tweets

··· Follow

**Federal Intelligence Service**
@ServiceFederal

Official twitter account of the United American Republic. Our headquarters are in Richmond, Virginia.

Joined December 2020

**11** Following **1** Follower

Not followed by anyone you're following

Tweets | Tweets & replies | Media | Likes

**Federal Intelligence Service** @ServiceFederal · 2h ···
I read these every every year.

**Federal Intelligence Service** @ServiceFederal · 2h ···
Interesting report (30 pages) from Office of the Director of National Intelligence.

**Federal Intelligence Service** @ServiceFederal · 3h ···
2001-2021 is 20 years. An entire generation, yet men like me still exist and pop up into existence. Next time you come in cowboy with the crew, the

**What's happening**

US news · Yesterday
**The Department of Justice announces it will not charg police officers involved in t 2014 killing of Tamir Rice**
Trending with Tamir Rice

Trending in United States
**#foxnewsjacksofftoharryst**
6,240 Tweets

Trending in United States
**#15milliondreams**
Trending with #Dream15Mil

COVID-19 · Yesterday
**McConnell blocks Senate vc $2,000 COVID-19 payment following House approval**
Trending with #Mitchmcconell

Show more

Terms of Service Privacy Policy Ads info More ··· © 2020 Twitt

Search Twitter

**GOVERNMENT EXHIBIT**
**G-81**

Home
Explore
15 Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

hardwood will collapse beneath your feet.

**Federal Intelligence Service** @ServiceFederal · 3h

**Federal Intelligence Service** @ServiceFederal · 8h
Rasheed, Dave, Nick,Mike.....how's your investigation going? Things are looking "bright" in 2021. Did you find the Saudi passports?

**Federal Intelligence Service** @ServiceFederal · 13h
38° 53' 42.7" N, 77° 1' 30" W

**Federal Intelligence Service** @ServiceFederal · Dec 29
It's been awhile since I've had a nice glass of champagne . Any suggestions?

**Federal Intelligence Service** @ServiceFederal · Dec 28




5 views 0:05 / 0:06

**Federal Intelligence Service** @ServiceFederal · Dec 28
Saint Peter Catholicism.

[redacted]

**What's happening**

US news · Yesterday
**The Department of Justice announces it will not charg police officers involved in t 2014 killing of Tamir Rice**
Trending with Tamir Rice

Trending in United States
**#foxnewsjacksofftoharryst**
6,240 Tweets

Trending in United States
**#15milliondreams**
Trending with #Dream15Mil

COVID-19 · Yesterday
**McConnell blocks Senate vc $2,000 COVID-19 payment following House approval**
Trending with #Mitchmcconell

Show more

Terms of Service Privacy Policy
Ads info More ··· © 2020 Twitt

Search Twitter

Home

Explore

15 Notifications

Messages

Bookmarks

Lists

Profile

More

Tweet

**Federal Intelligence Service** @ServiceFederal · Dec 27

I am from a generation with no purpose, no world war to fight, no enemy to chase, siting in a desk, wasting time whilst the "greatest generation" swept across Normandy and Berlin and came back to go right into Korea, Nam, Kuwait, Iraq. What a shame the flag is burning on soil.

**What's happening**

US news · Yesterday
**The Department of Justice announces it will not charg police officers involved in t 2014 killing of Tamir Rice**
Trending with Tamir Rice

Trending in United States
**#foxnewsjacksofftoharryst**
6,240 Tweets

Trending in United States
**#15milliondreams**
Trending with #Dream15Mil

COVID-19 · Yesterday
**McConnell blocks Senate vc $2,000 COVID-19 payment following House approval**
Trending with #Mitchmcconell

Show more

Terms of Service Privacy Policy
Ads info More ··· © 2020 Twitt

Search Twitter

[redacted]

Home

Explore

15 Notifications

Messages

Bookmarks

Lists

Profile

More

Tweet

What's happening

US news · Yesterday
**The Department of Justice announces it will not charg police officers involved in t 2014 killing of Tamir Rice**
Trending with Tamir Rice

Trending in United States
**#foxnewsjacksofftoharryst**
6,240 Tweets

Trending in United States
**#15milliondreams**
Trending with #Dream15Mil

COVID-19 · Yesterday
**McConnell blocks Senate vo $2,000 COVID-19 payment following House approval**
Trending with #Mitchmcconell

Show more

Terms of Service Privacy Policy
Ads info More ··· © 2020 Twitt

Search Twitter

[redacted] ···

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

Tweet

[redacted]

## What's happening

US news · Yesterday
**The Department of Justice announces it will not charg police officers involved in t 2014 killing of Tamir Rice**
Trending with Tamir Rice

Trending in United States
**#foxnewsjacksofftoharryst**
6,240 Tweets

Trending in United States
**#15milliondreams**
Trending with #Dream15Mil

COVID-19 · Yesterday
**McConnell blocks Senate vc $2,000 COVID-19 payment following House approval**
Trending with #Mitchmcconell

Show more

Terms of Service Privacy Policy
Ads info More ··· © 2020 Twitt

Home
Explore
18 Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

← **Federal Intelligence Service**
35 Tweets

Search Twitter

••• Follow

**Federal Intelligence Service**
@ServiceFederal

Official twitter account of the United American Republic. Our headquarters are in Richmond, Virginia.

Joined December 2020

**12** Following **1** Follower

Not followed by anyone you're following

Tweets | Tweets & replies | Media | Likes

**Federal Intelligence Service** @ServiceFederal · 2h •••

**Federal Intelligence Service** @ServiceFederal · 2h •••
"Remember boys, the more eyes on me, the less eyes on the others. Regardless, yellow tapes will flow"

**Federal Intelligence Service** @ServiceFederal · 5h •••
I believe in 5 things:
God
Guns
Alcohol
Boobs
Capitalism

**Federal Intelligence Service** @ServiceFederal · 18h •••
Every branch, every report, every year.

**What's happening**

Happy New Year · LIVE
**Happy New Year: 2021 con to greet the world as Tokyc celebrates**
Trending with 2021 in Australia

Pop · Trending
**JIKOOK**
44.6K Tweets

J-pop · Trending
**#Thisis嵐Live**
Trending with #ThankYouARASHI

COVID-19 · LIVE
**COVID-19: News and updat New York**

Show more

Terms of Service Privacy Policy
Ads info More ••• © 2020 Twitt

[redacted] •••

GOVERNMENT EXHIBIT
G-82

Home
Explore
18 Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

Search Twitter

**Federal Intelligence Service** @ServiceFederal · Dec 30
I read these every every year.

**Federal Intelligence Service** @ServiceFederal · Dec 30
Interesting report (30 pages) from Office of the Director of National Intelligence.

**Federal Intelligence Service** @ServiceFederal · Dec 30
2001-2021 is 20 years. An entire generation, yet men like me still exist and pop up into existence. Next time you come in cowboy with the crew, the hardwood will collapse beneath your feet.

**Federal Intelligence Service** @ServiceFederal · Dec 30

[redacted]

Home

Explore

18 Notifications

Messages

Bookmarks

Lists

Profile

More

Tweet

Search Twitter

**Federal Intelligence Service** @ServiceFederal · Dec 30

Rasheed, Dave, Nick,Mike.....how's your investigation going? Things are looking "bright" in 2021. Did you find the Saudi passports?

**Federal Intelligence Service** @ServiceFederal · Dec 29

38° 53' 42.7" N, 77° 1' 30" W

**Federal Intelligence Service** @ServiceFederal · Dec 29

It's been awhile since I've had a nice glass of champagne . Any suggestions?

**Federal Intelligence Service** @ServiceFederal · Dec 28

[redacted]

Search Twitter

Home

Explore

18 Notifications

Messages

Bookmarks

Lists

Profile

More

Tweet

[redacted] ...

Search Twitter

Home

Explore

18 Notifications

Messages

Bookmarks

Lists

Profile

More

Tweet

[redacted] ...

twitter.com/ServiceFederal/status/1344231031801597953

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

**Tweet**

**Federal Intelligence Service**
@ServiceFederal



5:37 AM · Dec 30, 2020 · Twitter for iPad

Search Twitter

**Relevant people**

**Federal Intelligence Se...** Follow
@ServiceFederal
Official twitter account of the United American Republic. Our headquarters are in Richmond, Virginia.

**What's happening**

US news · Yesterday
**The Department of Justice announces it will not charge the police officers involved in the 2014 killing of Tamir Rice**
Trending with Tamir Rice



Trending in United States
**Happy Birthday to the GOAT**
1,192 Tweets

Trending in United States
**#foxnewsjacksofftoharrystyles**
6,363 Tweets

COVID-19 · Last night
**McConnell blocks Senate vote on $2,000 COVID-19 payments following House approval**
Trending with #Mitchmcconell



Show more

Terms of Service Privacy Policy Cookie Policy
Ads info More ··· © 2020 Twitter, Inc.

[redacted] ···

https://twitter.com/ServiceFederal/status/1344231031801597953/photo/1

twitter.com/ServiceFederal/status/1344238680865693699

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

[redacted]

**Tweet**

**Federal Intelligence Service**
@ServiceFederal

Interesting report (30 pages) from Office of the Director of National Intelligence.




6:07 AM · Dec 30, 2020 · Twitter for iPad

Search Twitter

**Relevant people**

**Federal Intelligence Se...** @ServiceFederal Follow
Official twitter account of the United American Republic. Our headquarters are in Richmond, Virginia.

**What's happening**

US news · Yesterday
**The Department of Justice announces it will not charge the police officers involved in the 2014 killing of Tamir Rice**
Trending with Tamir Rice

Trending in United States
**Wednesday of 2020**
6,338 Tweets

Politics · Trending
**joe clark**
Trending with Lean On Me

COVID-19 · Yesterday
**McConnell blocks Senate vote on $2,000 COVID-19 payments following House approval**
Trending with #Mitchmcconell

Show more

Terms of Service Privacy Policy Cookie Policy Ads info More ··· © 2020 Twitter, Inc.

twitter.com/ServiceFederal

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

**Federal Intelligence Service**
31 Tweets



Follow

**Federal Intelligence Service**
@ServiceFederal
Official twitter account of the United American Republic. Our headquarters are in Richmond, Virginia.
Joined December 2020
12 Following 1 Follower
Not followed by anyone you're following

Tweets | Tweets & replies | Media | Likes

Federal Intelligence Service @ServiceFederal · 2h



Federal Intelligence Service @ServiceFederal · 2h
"Remember boys, the more eyes on me, the less eyes on the others. Regardless, yellow tapes will flow"

Federal Intelligence Service @ServiceFederal · 5h
I believe in 5 things:
God
Guns
Alcohol
Boobs
Capitalism

Federal Intelligence Service @ServiceFederal · 18h
Every branch, every report, every year.



Federal Intelligence Service @ServiceFederal · Dec 30
I read these every every year.



[redacted]

Search Twitter



**What's happening**

Happy New Year · LIVE
Happy New Year: 2021 continues to greet the world as Tokyo celebrates
Trending with 2021 in Australia

Pop · Trending
JIKOOK
44.6K Tweets

J-pop · Trending
#ThisIs嵐Live

COVID-19 · LIVE
COVID-19: News and updates for New York

Show more

Terms of Service Privacy Policy Cookie Policy
Ads info More ··· © 2020 Twitter, Inc.

4:02

mobile.twitter.com

Search Twitter

Log in

Sign up



Follow

**Federal Intelligence Service**

@ServiceFederal

Official twitter account of the United American Republic. Our headquarters are in Richmond, Virginia.

Joined December 2020

**12** Following **1** Follower

Tweets | Tweets & replies | Media | Likes

**Federal Intelligence Service** @S... · 23h

Muqtada Al Sadr and his Mahdi Army have become nothing more than a reserve force within the corridors of #Baghdad for #Iran and its Intelligence Agency in the case that Baghdad decides to pursue nationalistic goals irrespective of the "Shitte Crescent" project pursued by Tehran.

**Federal Intelligence Service** @S... · 23h

"Democracies are incapable of secrecy" -Hani Salam, Body of Lies (2007)

**Federal Intelligence S...** · Dec 31, 2020

Pittsburgh FBI are dispicable animals. Desperate for national recognition.

**Federal Intelligence S...** · Dec 31, 2020

GOVERNMENT EXHIBIT

G-83

Home

Explore

20+ Notifications

Messages

Bookmarks

Lists

Profile

More

Tweet

[redacted] ⋯

**TRUMP2020**
2 Tweets

⋯ Follow

**TRUMP2020**
@IslamIsEvil2021

Official twitter account of the United American Republic. Our headquarters are in Richmond, Virginia.

Joined December 2020

**0** Following **0** Followers

**These Tweets are protected**

Only approved followers can see @IslamIsEvil2021's Tweets. To request access, click Follow. Learn more

Search Twitter

**You might like**

[redacted]

Show more

**What's happening**

NFL · Yesterday
**Steelers at Browns**
Trending with Victory Monday

Politics · Trending
**Cenk**
7,651 Tweets

Politics · Trending
**#ImpeachAgain**
5,763 Tweets

COVID-19 · LIVE
**COVID-19: News and updat New York**

Show more

Terms of Service Privacy Policy Ads info More ⋯ © 2021 Twitt

GOVERNMENT EXHIBIT G-85


2:52

Search Twitter

Log in

Sign up

**Federal Intelligence Service** @S... · 1h
Currently eating pasta and watching videos of the second plane hit the south tower.

**Federal Intelligence Service** @S... · 1h
Nick, Dave, Mike, the whole bureau, the deed will be done at a time which is the most opportunistic for me, chosen by myself.

**Federal Intelligence Service** @... · 18h
Merry Christmas and a happy new year to Nick, Nate and Katie.

**Federal Intelligence Service** ( · Dec 26
Shame on the #Nashville #FBI Division for not preventing what could've been a deadly massacre of Americans on #Christmas Day. These suckers are on payroll from American taxpayers to prevent such acts yet they only show up after Americans have been killed. Drain the #FBI #Swamp

2

**Federal Intelligence Service** ( · Dec 25
Wish me a goddamn merry Christmas you goddamn Jeep driving communists.

**Federal Intelligence Service** ( · Dec 24
Tucker: Congress tells struggling Americans to take '$600 and shut up'
youtu.be/IG2MvjRyq7M via @YouTube

Tucker: Congress tells struggling Americans to ...
youtube.com

**Federal Intelligence Service** ( · Dec 22
Standing By and Ready Mr. President. The second term will begin soon.

GOVERNMENT EXHIBIT G-79



Log in

Sign up

Official twitter account of the United American Republic. Our headquarters are in Richmond, Virginia.

Joined December 2020

10 Following 0 Followers

Tweets | Tweets & replies | Media | Likes

**Federal Intelligence Service** @.. · 13m

Currently eating pasta and watching videos of the second plane hit the south tower.

**Federal Intelligence Service** @.. · 20m

Nick, Dave, Mike, the whole bureau, the deed will be done at a time which is the most opportunistic for me, chosen by myself.

**Federal Intelligence Service** @... · 16h

GOVERNMENT EXHIBIT

G-88

will be done at a time which is the most opportunistic for me, chosen by myself.

**Federal Intelligence Service** @... · 18h

Merry Christmas and a happy new year to Nick, Nate and Katie.

**Federal Intelligence Service** ( · Dec 26

Shame on the #Nashville #FBI Division for not preventing what could've been a deadly massacre of Americans on #Christmas ✨ Day. These suckers are on payroll from American taxpayers to prevent such acts yet they only show up after Americans have been killed. Drain the #FBI #Swamp

2

**Federal Intelligence Service** ( · Dec 25

Wish me a goddamn merry Christmas you goddamn Jeep driving communists.


Search Twitter
Log in
Sign up
Federal Intelligence Service
@ServiceFederal
the zero hour is approaching.
6:01 PM · Dec 28, 2020 · Twitter for iPad
GOVERNMENT EXHIBIT
G-89


Search Twitter
Log in
Sign up
Federal Intelligence Service
@ServiceFederal
38° 53' 42.7" N, 77° 1' 30" W
7:14 PM · Dec 29, 2020 · Twitter for iPad
GOVERNMENT EXHIBIT
G-90


mobile.twitter.com/Ser
51
Search Twitter
Log in
Sign up
Federal Intelligence Service
@ServiceFederal
Rasheed, Dave, Nick,Mike.....how's your investigation going? Things are looking "bright" in 2021. Did you find the Saudi passports?
12:44 AM · Dec 30, 2020 · Twitter for iPad
GOVERNMENT EXHIBIT
G-92


Search Twitter
Log in
Sign up
Federal Intelligence Service
@ServiceFederal
2001-2021 is 20 years. An entire generation, yet men like me still exist and pop up into existence. Next time you come in cowboy with the crew, the hardwood will collapse beneath your feet.
5:43 AM · Dec 30, 2020 · Twitter for iPad




Source: Government Exhibit (G-82)

**Deleted Tweets Table**

*Reproduction of deleted tweets under protective order.

| Record | User ID | Screen Name | Tweet Text | Posted Date/ Time - UTC -05:00 (yyyy-MM-dd)[DST] | Favorited | Deleted Source |
|---|---|---|---|---|---|---|
| 485 | 1340146107414945792 | Service Federal | Looking forward to a smooth transition to a 2nd @realDonaldTrump administration 2021!!! | 2020-12-21 01:53:47 | 1 | |
| 484 | 1340146107414945792 | Service Federal | On Inauguration Day, the second #Trump administration will begin from the Richmond, Virginia State House, where President Donald J. Trump will be sworn in as the incumbent commander in chief of the United American Republic. | 2020-12-21 01:56: 01 | 1 | |
| 483 | 1340146107414945792 | Service Federal | #ProudBoys and all State Militias, we are calling on you to enforce the 2nd Trump administration come January. We will not let our European heritage be forfeited to foreigners such as AOC and Ilhan Omar. Stand up for Washington and Jefferson. | 2020-12-21 01:58:17 | 1 | |
| 482 | 1340146107414945792 | Service Federal | The left are elitists who want to Make America Weak Again. We will never let that happen. Take your country back from radical Islam and Shariah Law advocates. You Will Not Replace US!!! | 2020-12-21 02:00:18 | 1 | |
| 481 | 1340146107414945792 | Service Federal | @realDonaldTrump @kilmeade @foxandfriends Looking forward to the second term from Richmond, Virginia, capital of the United American Republic. | 2020-12-21 02:02:14 | 0 | |
| 480 | 1340146107414945792 | Service Federal | RT @UnitedStatesSpaceForce: #Birthday Op-ed! Today, @SpaceForceCSO Gen. John W. “Jay” Raymond highlighted the accomplishments of the #USSF over its … | 2020-12-21 02:07:47 | 0 | |
| 479 | 1340146107414945792 | Service Federal | America’s Great Divide: Steve Bannon, 1st Interview \| FRONTLINE https://t.co/CYaeNU2Pds via @YouTube | 2020-12-21 04:45:00 | 0 | |
| 478 | 1340146107414945792 | Service Federal | @JimSmit79980607 Tell the Edquist’s WE said Hi. | 2020-12-21 04:47:46 | 0 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 477 | 1340146107414945792 | Service Federal | RT @realDonaldTrump Big news coming out of Pennsylvania. Very big illegal ballot drop that cannot be accounted for. Rigged Election! | 2020-12-21 22:09:42 | 0 | |
| 476 | 1340146107414945792 | Service Federal | @realDonaldTrump Mr. President the second term begins in January, guaranteed. | 2020-12-21 22:13:23 | 0 | |
| 475 | 1340146107414945792 | Service Federal | Putin: US Presidents are not very powerful, 'Men in Dark Suits' rule Was… https://t.co/om/omQovLdS4k via @YouTube | 2020-12-22 14:14:41 | 0 | |
| 474 | 1340146107414945792 | Service Federal | Went to West Virginia today for a dead drop pick up. Last one was in Queens, this one in West Virginia. These Persians are "intelligent". | 2020-12-22 14:38:55\| | 0 | |
| 473 | 1340146107414945792 | Service Federal | @realDonaldTrump Fuck all non America countries. Thank GOD this guy get it. Damn it Hillary's goons are back in power including David S Foster. | 2020-12-22 14:42:00 | 0 | |
| 472 | 1340146107414945792 | Service Federal | @realDonaldTrump so much truth bombs in one speech. Trump got screwed. We will enforce the second term. | 2020-12-22 14:42:34 | 0 | |
| 471 | 1340146107414945792 | Service Federal | @realDonaldTrump Bravo Brother Bravo. Give the order and the United American Republic will rise. | 2020-12-22 14:44:19 | 0 | |
| 470 | 1340146107414945792 | Service Federal | RT @realDonaldTrump: https://t.co/v9Rdjz6DNu | 2020-12-22 14:45:59 | 0 | |
| 469 | 1340146107414945792 | Service Federal | Standing By and Ready Mr. President. The second term will begin soon. https://t.co/ZpR9Gi2Upj | 2020-12-22 14:47:16 | 0 | |

B177

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 21-110 |
| | ) | (18 U.S.C. § 875(c); 18 U.S.C. |
| | ) | § 115(a)(1)(B); 18 U.S.C.§ 1519) |
| KHALED MIAH | ) | |

FILED

MAR 16 2021

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

**INDICTMENT**

The grand jury charges:

**General Allegations**

At all times material to the Indictment:

1. KHALED MIAH was a resident of Pittsburgh, Pennsylvania, located in the Western District of Pennsylvania.

2. Twitter and WhatsApp were internet-based communication platforms based in California and used in interstate commerce that were accessed by computer, smartphone, and other electronic devices that connected to the internet, and allowed users to, among other things, post messages to the public using unique screen names.

3. On or about September 28, 2020, and September 29, 2020, FBI Special Agent A and other FBI agents and task force officers (collectively, the "Agents") attempted to interview MIAH about reports received by law enforcement concerning an online threat made by MIAH. Upon being advised of the FBI investigation and FBI's knowledge of his specific social media accounts, MIAH was uncooperative, erratic, and provocative in his interactions with the Agents.

4. On or about October 5, 2020, a review of several of MIAH's known accounts on Twitter revealed material changes and deletions such as changes to profile pictures, display names,

and the location of his account. Numerous tweets associated with MIAH's known Twitter accounts had been deleted and one known account had been deleted in full.

5. On or about October 8, 2020, MIAH altered the outward facing profile photograph on one of his known Twitter accounts to depict a photograph of Special Agent A's wife ("Victim A") and changed the display name from "@Lügenpresse_" to "@[Victim A's first name]presse." The account was able to be viewed by the public. The biographical information on MIAH's account was also altered to include the actual place of work of Victim A, her educational background, and her age, hair color, religion, and original hometown in the United States, as well as crude and sexual comments related to Special Agent A and Victim A. This information appears to have been gleaned as a result of intentional and focused research by MIAH, as MIAH has no other basis to know Victim A by name, photograph, or personal information.

6. On or about October 9, 2020, a federal search warrant authorized the search of MIAH's residence and seizure of his electronic devices. While MIAH's residence was being searched, he was interviewed by FBI Agents. During the interview, MIAH admitted that he had researched Special Agent A and Victim A online, and that he had used Victim A's photograph and information to alter his Twitter account. An examination of MIAH's electronic devices and online accounts by the FBI revealed MIAH's interest in weapons, his fascination with violence, and his strong animosity toward law enforcement.

7. In addition to the information about Victim A that MIAH posted to his known Twitter account on or about October 8, 2020, MIAH also sent four photographs of Special Agent A and Victim A to an associate via WhatsApp on or about September 30, 2020, along with the following message: "That's him..his wife..and his closer friends. It's all public information now along with his credentials, shield number, listened [sic] plays [sic] numver [sic], make model and

year of his personal car and his agency issued cruiser. Also his location of residence is also public." These four images, as well as several others related to Special Agent A and Victim A, were stored on MIAH's iPhone seized in the aforementioned search.

8. According to FBI surveillance, MIAH conducted reconnaissance of Special Agent A's residence and the FBI Pittsburgh Field Office on multiple occasions subsequent to the September 2020 attempted interview of MIAH by the FBI.

9. In or around November 2020, MIAH created and controlled two new Twitter accounts after the seizure of his electronic devices on or about October 9, 2020. MIAH used both Twitter accounts to tweet messages over the Internet about a FBI Supervisory Special Agent and Special Agent A by name and indicated that he has researched their personal lives, prior professions, and current city and Special Agent A's wife, siblings, hometown, and education.

10. MIAH created and controlled a new Twitter account on or about December 19, 2020, identified by the display name "Federal Intelligence Service" and the username @ServiceFederal. MIAH used this Twitter account to threaten, intimidate and harass FBI Pittsburgh Agents and the FBI.

11. On or about December 27, 2020, at approximately 1:28 p.m., MIAH posted the following statements through his @ServiceFederal Twitter account:




12. MIAH made specific reference to those FBI agents and task force members who had been conducting the investigation of his activities as well as the entire Federal Bureau of Investigation by referring to "Nick, Dave, Mike and the whole bureau".

13. After posting the statements on December 27, 2020, MIAH subsequently deleted those posts by December 28, 2020, with the intent to impede, obstruct, or influence the investigation or proper administration of any matter within the jurisdiction of the Federal Bureau of Investigation, which is a department or agency of the United States, and with full knowledge of the FBI investigation into his conduct.

14. On December 28, 2020, December 29, 2020 and December 30, 2020, MIAH posted the following additional statements on Twitter.


Search Twitter
Log in
Sign up
Federal Intelligence Service
@ServiceFederal
the zero hour is approaching.
6:01 PM · Dec 28, 2020 · Twitter for iPad


Search Twitter
Log in
Sign up
Federal Intelligence Service
@ServiceFederal
38° 53' 42.7" N, 77° 1' 30" W
7:14 PM · Dec 29, 2020 · Twitter for iPad




15. The coordinates listed in MIAH's tweet dated December 29, 2020 resolve to the FBI Headquarters Building in Washington, D.C.

16. By referencing "Rasheed, Dave, Nick, Mike...how's your investigation going? Things are looking "bright" in 2021", MIAH again makes specific reference to the investigating federal law enforcement officers.

17. On December 30, 2020, at approximately 5:43 a.m., MIAH posted from his @ServiceFederal Twitter account: "2001-2021 is 20 years. An entire generation, yet men like me still exist and pop up into existence. Next time you come in cowboy with the crew, the hardwood will collapse beneath your feet."




18. On December 31, 2020, MIAH posted the following on his @ServiceFederal Twitter account:



## COUNTS ONE THROUGH FIVE

The grand jury charges:

On or about the following dates, in the Western District of Pennsylvania and elsewhere, the defendant, KHALED MIAH, did knowingly and willfully transmit in interstate commerce a communication containing a threat to injure the person of another; that is, MIAH transmitted, through the following internet communication platforms, the following threats to injure FBI agents:

| Count | Date | Internet Communication Platform | Threat to Officer |
|---|---|---|---|
| 1 | December 27, 2020 | Twitter | "Currently eating pasta and watching the second plane hit the south tower.<br><br>Nick, Dave, Mike and the whole bureau, the deed will be done at a time which is most opportunistic for me, chosen by myself". |
| 2 | December 28, 2020 | Twitter | "The zero hour is approaching" |
| 3 | December 29, 2020 | Twitter | "38° 53' 42.7" N, 77° 1' 33" W" |
| 4 | December 30, 2020 | Twitter | "Rasheed, Dave, Nick, Mike…how's your investigation going? Things are looking "bright" in 2021. Did you find the Saudi passports?"<br><br>"2001-2021 is 20 years. An entire generation, yet men like me still exist and pop up into existence. Next time you come in cowboy with the crew, the hardwood will collapse beneath your feet." |
| 5 | December 31, 2020 | Twitter | "Remember boys, the more eyes on me, the less eyes on the others. Regardless, yellow tapes will flow" |

In violation of Title 18, United States Code, Section 875(c).

**COUNTS SIX AND SEVEN**

The grand jury further charges:

On or about December 30, 2020, and December 31, 2020, in the Western District of Pennsylvania, the defendant, KHALED MIAH, did threaten to assault FBI agents, with intent to impede, intimidate, interfere with and retaliate against the agents while they were engaged in or on account of the performance of their official duties as follows:

| Count | Date | Internet Communication Platform | Threat to Officer |
|---|---|---|---|
| 6 | December 30, 2020 | Twitter | "Rasheed, Dave, Nick, Mike…how's your investigation going? Things are looking "bright" in 2021. Did you find the Saudi passports?"<br><br>"2001-2021 is 20 years. An entire generation, yet men like me still exist and pop up into existence. Next time you come in cowboy with the crew, the hardwood will collapse beneath your feet." |
| 7 | December 31, 2020 | Twitter | "Remember boys, the more eyes on me, the less eyes on the others. Regardless, yellow tapes will flow" |

In violation of Title 18, United States Code, Sections 115(a)(1)(B) and 115(b)(4).

**COUNT EIGHT**

The grand jury further charges:

From on or about October 5, 2020 to and including January 1, 2021, in the Western District of Pennsylvania, the defendant, KHALED MIAH, did knowingly alter and delete Twitter accounts and postings with the intent to impede, obstruct, and influence the investigation and proper administration of a matter within the jurisdiction of the Federal Bureau of Investigation, an agency of the United States.

In violation of Title 18, United States Code, Section 1519.

A True Bill,

Foreperson

STEPHEN R. KAUFMAN
Acting United States Attorney
PA ID No. 42108