# APPENDIX B

AUTHENTICATED U.S. GOVERNMENT INFORMATION GPO

Federal Register / Vol. 90, No. 18 / Wednesday, January 29, 2025 / Presidential Documents 8331

# Presidential Documents

**Proclamation 10887 of January 20, 2025**

## Granting Pardons and Commutation of Sentences for Certain Offenses Relating to the Events at or Near the United States Capitol on January 6, 2021

**By the President of the United States of America**

**A Proclamation**

This proclamation ends a grave national injustice that has been perpetrated upon the American people over the last four years and begins a process of national reconciliation.

Acting pursuant to the grant of authority in Article II, Section 2, of the Constitution of the United States, I do hereby:

(a) commute the sentences of the following individuals convicted of offenses related to events that occurred at or near the United States Capitol on January 6, 2021, to time served as of January 20, 2025:

- Stewart Rhodes
- Kelly Meggs
- Kenneth Harrelson
- Thomas Caldwell
- Jessica Watkins
- Roberto Minuta
- Edward Vallejo
- David Moerschel
- Joseph Hackett
- Ethan Nordean
- Joseph Biggs
- Zachary Rehl
- Dominic Pezzola
- Jeremy Bertino

(b) grant a full, complete and unconditional pardon to all other individuals convicted of offenses related to events that occurred at or near the United States Capitol on January 6, 2021;

The Attorney General shall administer and effectuate the immediate issuance of certificates of pardon to all individuals described in section (b) above, and shall ensure that all individuals convicted of offenses related to events that occurred at or near the United States Capitol on January 6, 2021, who are currently held in prison are released immediately. The Bureau of Prisons shall immediately implement all instructions from the Department of Justice regarding this directive.

I further direct the Attorney General to pursue dismissal with prejudice to the government of all pending indictments against individuals for their conduct related to the events at or near the United States Capitol on January 6, 2021. The Bureau of Prisons shall immediately implement all instructions from the Department of Justice regarding this directive.

IN WITNESS WHEREOF, I have hereunto set my hand this twentieth day of January, in the year of our Lord two thousand twenty-five, and of the Independence of the United States of America the two hundred and forty-ninth.



[FR Doc. 2025–01950
Filed 1–28–25; 8:45 am]
Billing code 3395–F4–P

**U.S. Department of Justice**

Washington, D.C. 20530

January 20, 2025

MEMORANDUM FOR ACTING U.S. ATTORNEY FOR THE DISTRICT OF COLUMBIA
ACTING ASSISTANT ATTORNEY GENERAL, CRIMINAL DIVISION
ACTING ASSISTANT ATTORNEY GENERAL, NATIONAL SECURITY DIVISION
ASSISTANT ATTORNEY GENERAL, JUSTICE MANAGEMENT DIVISION
ACTING DIRECTOR, FEDERAL BUREAU OF INVESTIGATION
DIRECTOR, FEDERAL BUREAU OF PRISONS

FROM: THE ACTING DEPUTY ATTORNEY GENERAL CB3

SUBJECT: Clemency and Dismissals Relating to Events on January 6, 2021

I write regarding the January 20, 2025 Proclamation by President Donald J. Trump granting pardons and commutations, and requiring dismissals of pending prosecutions, related to events that occurred at or near the United States Capitol on January 6, 2021. Pursuant to President Trump's Proclamation and based on, among other things, the need to address current crises facing the American people, you are instructed as follows:

*First*, the U.S. Attorney's Office for the District of Columbia shall immediately notify the U.S. District Court for the District of Columbia of President Trump's Proclamation and the directives in this memorandum.

*Second*, the U.S. Attorney's Office for the District of Columbia shall immediately dismiss with prejudice all pending cases related to events that occurred at or near the United States Capitol on January 6, 2021, including cases that are in pretrial phases as well as cases in which sentencing has not yet occurred. During the implementation of this directive, particular attention shall be paid to pending trials, matters scheduled to proceed to trial or sentencing this week, defendants subject to detention orders, and sealed charging instruments and warrants. Upon identifying cases for which dismissal is required by this directive, the U.S. Attorney's Office for the District of Columbia shall immediately move to vacate any verdicts in the case, dismiss the matter with prejudice, and exonerate any bail. Any denials of such motions shall be immediately disclosed as an Urgent Report pursuant to Justice Manual § 1-13.130.

*Third*, the U.S. Attorney's Office for the District of Columbia shall immediately identify to the Office of the Deputy Attorney General and the Office of the Pardon Attorney—by name, docket number, and last known address—all individuals within the categories of pardons and commutations granted by President Trump in paragraphs (a) and (b) of the January 20, 2025 Proclamation. The Office of the Pardon Attorney shall immediately effectuate the pardons and commutations required by those paragraphs of the Proclamation.

*Fourth*, the U.S. Attorney's Office for the District of Columbia shall disband the "Capitol Siege Section." Personnel assigned to that "Section" shall be reassigned to the Office's Superior Court Division to support prosecutions and investigations targeting violent crime, illegal narcotics, and immigration offenses as appropriate.

*Fifth*, the Department of Justice, including but not limited to the Federal Bureau of Investigation, shall terminate all ongoing investigations related to events that occurred at or near the United States Capitol on January 6, 2021. There shall be no further investigative activities related to those events, including but not limited to issuance of subpoenas or warrants, filing of charges, or any arrests. Arrest warrants shall be immediately withdrawn from law enforcement databases, including but not limited to NCIC.

*Sixth*, the Federal Bureau of Investigation is directed to disband any squads or other groups that focused on investigations, arrests, or prosecutions related to events that occurred at or near the United States Capitol on January 6, 2021. Personnel assigned to those squads or units shall be reassigned to support prosecutions and investigations of violent crime, illegal narcotics, and immigration offenses as appropriate, and to support immigration-related efforts by other parts of the Executive Branch as appropriate.

*Seventh*, the Justice Department's Justice Management Division is directed to immediately terminate existing details of Assistant United States Attorneys who focused on prosecutions and investigations related to events that occurred at or near the United States Capitol on January 6, 2021, and to promptly return those AUSAs to their home Districts so that they can help protect the public in those communities.

*Eighth*, personnel from the Justice Department's Criminal Division and National Security Division who participated in prosecutions and investigations related to events that occurred at or near the United States Capitol on January 6, 2021 shall, upon request, support the efforts of the U.S. Attorney's Office for the District of Columbia, the Federal Bureau of Investigation, and the Federal Bureau of Prisons in accomplishing the foregoing directives.

Gmail

**Khaled Miah <mr.miah.509@gmail.com>**

# A Gift to the President: Notice of Pardon Sought from J6 Whistleblower.

**Khaled Miah** <mr.miah.509@gmail.com>
To: USPardon.Attorney@usdoj.gov

Wed, Oct 1, 2025 at 12:25 PM

To: The Honorable, Edward Robert Martin Jr.,

On January 6, 2021, events began unfolding during a mass protest at the United States Capitol in Washington D.C. as Americans from across the country convened to support President Donald Trump's 2020 campaign. On that day, tens of thousands of people marched in solidarity, while others were filmed engaging in acts that would collectively be labelled as the "insurrection" and later as the "Capitol riot." The ensuing aftermath resulted in the largest criminal prosecution in American federal history with nearly 1,600 defendants being sent to federal prisons across the country as incoming President Joe Biden and his administration orchestrated a zero tolerance policy towards a specific segment of the American populace, who questioned the election's integrity and the loyalty of the institutions of the state by labeling their actions and beliefs as utter "lawlessness" aimed at federal law enforcement and called the event and its supporters as the biggest threat to democracy.

However, the very first arrest relating to that day's events had already occurred but not at the U.S. Capitol, rather hundreds of miles away from Washington. On January 6, 2021, dozens of FBI agents stormed into the campus residence of an American-Muslim college student, Khaled Miah, at the University of Pittsburgh in Pittsburgh, Pennsylvania, and arrested and charged him for a Twitter account he operated. The FBI had covertly monitored Miah's social media activity for months and had observed him posting "fringe" tweets throughout this account related to the election and the build up to January 6. They would later indict him by selectively piecing together tweets from this account into criminal charges after observing him tweet support for a sitting American President who questioned the legitimate outcome of the November 2020 election in the weeks leading up to that day.

At the last minute, FBI agents proclaimed that they feared something imminent was about to happen, but not at the Capitol as Miah had alluded to, rather against themselves. Agent's methodically concocted criminal charges by mixing and matching Miah's tweets from this account and brought a case against him consisting of eight felony counts claiming that he issued online threats to injure and assault them all while espousing support for terrorism. Miah never received a fair chance at proving his innocence beyond that moment.

Over the course of the last four years, the previous administration failed to disclose this case to the American public and to the January 6 House Select Committee relating to their direct preexisting knowledge of that day's events prior to its commencement, resulting in a nationwide crackdown on dissent using the events of January 6 as a cover. This dereliction of their duty to inform and disclose to the public their knowledge of the contents of the Twitter account which they possessed weeks in advance of January 6, 2021, and the omissions in the indictment, ultimately allowed them to walk away from any political culpability and proceeded to prosecute Miah with the severest of consequences the federal government had to offer. **Miah was federally jailed for tweets**.

Now, after spending nearly half a decade in federal prison, Miah emerges back into the frame and alerts both of the highest judicial and executive offices of this republic, to address this grave national injustice inflicted upon him. His case was scheduled for conference for **September 29, 2025**, by the United States Supreme Court (Docket No. 25.5072).

Attached are documents relating to the presidential grant of clemency sought by defendant Khaled Miah pursuant to the proclamation(s) delivered on **January 20, 2025,** by President Donald Trump. The defendant is on standby for any and all inquiries by this 2nd Trump administration as it relates to this matter of significant national concern.

Name: Khaled Miah
DOC #: 24527-509
Case No: 21-110 (United States District Court for the Western District of Pennsylvania)
Case No: 22-2983 (United States Court of Appeals for the Third Circuit)
Case No: 25-5072 (United States Supreme Court)

Respectfully Submitted,

Khaled Miah,
*The first and the last J6 Defendant.*

---

**3 attachments**

**Indicted_Twitter_Account.pdf**
2927K

**Petition For Pardon_Application.pdf**
1025K

**Petition For Pardon_Case Background_Section J.(b)..pdf**
4954K

Gmail

Khaled Miah <mr.miah.509@gmail.com>

## A Gift to the President: Notice of Pardon Sought from J6 Whistleblower.

**Khaled Miah** <mr.miah.509@gmail.com> Wed, Oct 1, 2025 at 12:30 PM
To: USPardon.Attorney@usdoj.gov

[Quoted text hidden]

**5 attachments**

**Petition For Pardon_Documents..pdf**
3912K

**Petition For Pardon_Exhibits.pdf**
18603K

**SCOTUS Petition 1.pdf**
335K

**SCOTUS Petition 2.pdf**
39K

**SCOTUS Petition 3.pdf**
234K

Gmail

Khaled Miah <mr.miah.509@gmail.com>

## A Gift to the President: Notice of Pardon Sought from J6 Whistleblower.

**Khaled Miah** <mr.miah.509@gmail.com> Wed, Oct 1, 2025 at 2:21 PM
To: USPardon.Attorney@usdoj.gov

Hello,

My apologies. Please disregard the previous PDFs: (Indicted_Twitter_Account) and (Petition For Pardon_Exhibits). They were incomplete. The following are the PDFs that should replace them.

Regards.
[Quoted text hidden]

**2 attachments**

**Full Indicted Twitter Account.pdf**
3041K

**Petition For Pardon_Indictment Accounts.pdf**
20295K

Gmail Khaled Miah <mr.miah.509@gmail.com>

# Auto Response from the Office of the Pardon Attorney

3 messages

**USPardon Attorney** <USPardon.Attorney@usdoj.gov> Wed, Oct 1, 2025 at 12:27 PM
To: Khaled Miah <mr.miah.509@gmail.com>

The appropriation that funds the Office of the Pardon Attorney has lapsed, and as a result, much of our staff has been furloughed and is currently out of the office. We will respond after funding has been restored.

**USPardon Attorney** <USPardon.Attorney@usdoj.gov> Wed, Oct 1, 2025 at 12:33 PM
To: Khaled Miah <mr.miah.509@gmail.com>

The appropriation that funds the Office of the Pardon Attorney has lapsed, and as a result, much of our staff has been furloughed and is currently out of the office. We will respond after funding has been restored.

**USPardon Attorney** <USPardon.Attorney@usdoj.gov> Wed, Oct 1, 2025 at 2:24 PM
To: Khaled Miah <mr.miah.509@gmail.com>

The appropriation that funds the Office of the Pardon Attorney has lapsed, and as a result, much of our staff has been furloughed and is currently out of the office. We will respond after funding has been restored.

Gmail

Khaled Miah <mr.miah.509@gmail.com>

## A Gift to the President: Notice of Pardon Sought from J6 Whistleblower.

**Khaled Miah** <mr.miah.509@gmail.com> Thu, Jan 15, 2026 at 8:00 AM
To: USPardon.Attorney@usdoj.gov

Good morning,

Petitioner Khaled Miah is seeking to notify the United States Pardon Attorney's Office of further expected submissions related to supplementary exhibits in support of his petition for pardon after completion of sentence (case #: P333922). Please confirm upon receipt if this email is the proper venue for such submissions.

Respectfully,

Khaled Miah
[Quoted text hidden]

**Your message to the Office of the Pardon Attorney (Case Number: P333922) (Intranet Quorum IMA00940222)**

1 message

**US Pardon Attorney(imailagent)** <uspardon.attorney@usdoj.gov> Fri, Jan 16, 2026 at 9:55 AM
To: mr.miah.509@gmail.com

January 16, 2026

Dear Khaled Miah:

Thank you for your message about your pending pardon application (Case Number: P333922). We have reviewed it and added it to your case file.

Your application is currently under review. If we need more information from you, we will contact you. We will also let you know when there is an update or decision in your case.

You can visit our website at justice.gov/pardon for information about clemency or to check the status of your application.

Please include your case number in future messages about your application.

Sincerely,

Office of the Pardon Attorney

---

**IQFormatFile.txt**
1K

Khaled Miah <mr.miah.509@gmail.com>

# January 20, 2025 Pardon Certificate

3 messages

**Khaled Miah** <mr.miah.509@gmail.com> Wed, Apr 1, 2026 at 6:23 AM
To: USPardon.Attorney@usdoj.gov

Hello,

On October 1, 2025, I sent a message directed to the U.S. Pardon Attorney, the Honorable Edward Robert Martin Jr., requesting a review of my case in light of Proclamation 10887: Granting Pardons and Commutations for Certain Offenses Related to the Events at or Near the United States Capitol on January 6, 2021." That request included an explanation of the merits of my case and conviction along with a clemency application and supporting documents. Based on a review of the current status of that request, along with corresponding emails, it has been brought to my attention that the prior clemency request submitted is being reviewed outside of the directives of Proclamation 10887.

Therefore, once again I am requesting the delivery of the January 20, 2025 Pardon Certificate, based on the circumstances of my case and conviction, and the established governmental understanding of the scope of the President's intent behind this proclamation as already litigated in numerous other cases involving similarly situated defendants of similar culpability that have committed similar acts under similar circumstances related to the events at or near the U.S. Capitol on January 6, 2021.

Attached are additional supplemental documents related to this request.

Name: Khaled Miah
Register No: 24527-509
Case No: 21-110 (W.D.P.A.)
Clemency No: P333922

Respectfully Requested,

Khaled Miah

**Request for January 20, 2025 Certificate (1 of 3).pdf**
24021K

**Khaled Miah** <mr.miah.509@gmail.com> Wed, Apr 1, 2026 at 6:27 AM
To: USPardon.Attorney@usdoj.gov

[Quoted text hidden]

**Request for January 20, 2025 Certificate (2 of 3).pdf**
6703K

**Khaled Miah** <mr.miah.509@gmail.com> Wed, Apr 1, 2026 at 6:29 AM
To: USPardon.Attorney@usdoj.gov

[Quoted text hidden]

**Request for January 20, 2025 Certificate (3 of 3).pdf**
25117K

Gmail

Khaled Miah <mr.miah.509@gmail.com>

# Auto Response from the Office of the Pardon Attorney

**USPardon Attorney** <USPardon.Attorney@usdoj.gov> Wed, Apr 1, 2026 at 6:25 AM
To: Khaled Miah <mr.miah.509@gmail.com>

Thank you for your email to the Office of the Pardon Attorney.

Please note the following:

- We review all incoming correspondence and clemency applications.
- We accept email attachments. We cannot access links to cloud storage.
-

Please visit our webpage at https://www.justice.gov/pardon if you want to:

- Check on the status of your case. **It may several weeks for your case to appear on our website's Case Locator.**
- Download a clemency application form.
- Find clemency statistics or Freedom of Information Act resources.
-

If you are a member of the media, please contact the Department's Office of Public Affairs, https://www.justice.gov/opa.

NOTE: The Office of the Pardon Attorney does not provide legal advice. If you are writing about an immigration issue, a non-criminal matter, or state clemency, we cannot assist you.

**NOTE on Firearms Restoration: A proposed rule has been published in the Federal Register that will allow some people to regain their federal firearm rights. The comment period for the Rule has now closed, and a Final Rule is being drafted. Please view the Proposed Rule here:** Federal Register :: Application for Relief From Disabilities Imposed by Federal Laws With Respect t…. **We will publish an update on our website at www.justice.gov/pardon when a final rule is complete and an application for firearms restoration is ready for use.**

Gmail

**Khaled Miah <mr.miah.509@gmail.com>**

## Auto Response from the Office of the Pardon Attorney

**USPardon Attorney** <USPardon.Attorney@usdoj.gov> Wed, Apr 1, 2026 at 6:30 AM
To: Khaled Miah <mr.miah.509@gmail.com>

Thank you for your email to the Office of the Pardon Attorney.

Please note the following:

- We review all incoming correspondence and clemency applications.
- We accept email attachments. We cannot access links to cloud storage.
-

Please visit our webpage at https://www.justice.gov/pardon if you want to:

- Check on the status of your case. **It may several weeks for your case to appear on our website's Case Locator.**
- Download a clemency application form.
- Find clemency statistics or Freedom of Information Act resources.
-

If you are a member of the media, please contact the Department's Office of Public Affairs, https://www.justice.gov/opa.

NOTE: The Office of the Pardon Attorney does not provide legal advice. If you are writing about an immigration issue, a non-criminal matter, or state clemency, we cannot assist you.

**NOTE on Firearms Restoration: A proposed rule has been published in the Federal Register that will allow some people to regain their federal firearm rights. The comment period for the Rule has now closed, and a Final Rule is being drafted. Please view the Proposed Rule here:** Federal Register :: Application for Relief From Disabilities Imposed by Federal Laws With Respect t…**. We will publish an update on our website at www.justice.gov/pardon when a final rule is complete and an application for firearms restoration is ready for use.**

Gmail

Khaled Miah <mr.miah.509@gmail.com>

# Auto Response from the Office of the Pardon Attorney

**USPardon Attorney** <USPardon.Attorney@usdoj.gov> Wed, Apr 1, 2026 at 6:32 AM
To: Khaled Miah <mr.miah.509@gmail.com>

Thank you for your email to the Office of the Pardon Attorney.

Please note the following:

- We review all incoming correspondence and clemency applications.
- We accept email attachments. We cannot access links to cloud storage.
-

Please visit our webpage at https://www.justice.gov/pardon if you want to:

- Check on the status of your case. **It may several weeks for your case to appear on our website's Case Locator.**
- Download a clemency application form.
- Find clemency statistics or Freedom of Information Act resources.
-

If you are a member of the media, please contact the Department's Office of Public Affairs, https://www.justice.gov/opa.

NOTE: The Office of the Pardon Attorney does not provide legal advice. If you are writing about an immigration issue, a non-criminal matter, or state clemency, we cannot assist you.

**NOTE on Firearms Restoration: A proposed rule has been published in the Federal Register that will allow some people to regain their federal firearm rights. The comment period for the Rule has now closed, and a Final Rule is being drafted. Please view the Proposed Rule here:** Federal Register :: Application for Relief From Disabilities Imposed by Federal Laws With Respect t.… **We will publish an update on our website at www.justice.gov/pardon when a final rule is complete and an application for firearms restoration is ready for use.**

Gmail

Khaled Miah <mr.miah.509@gmail.com>

## Khaled Miah; P333922 (Intranet Quorum IMA00940222)

1 message

**US Pardon Attorney(imailagent)** <uspardon.attorney@usdoj.gov> Mon, Apr 13, 2026 at 9:14 AM
To: mr.miah.509@gmail.com

April 13, 2026

Dear Khaled Miah:

Your application for presidential pardon (Case Number P333922) has been received in the Office of the Pardon Attorney (PARDON).

Your application is incomplete. We need you to send us:

- three (3) letters of support from people who know of your conviction and who are not related by blood or marriage

You can send PDF attachments to uspardon.attorney@usdoj.gov or paper copies to U.S. Department of Justice, Office of the Pardon Attorney, 950 Pennsylvania Avenue NW, Washington, D.C. 20530.

We have started our review of your application. The review process may be lengthy. You may add new information to your application at any time. If we need more information, we will contact you. We will also let you know when there is a decision in your case. You may look up the status of your case at any time on our website at justice.gov/pardon.

If the President grants clemency, we release a public notice that includes the recipient's name, city and state of residence, and information about the offense that was granted clemency, including the charge, sentence, and date and district of conviction. We also publish a copy of the clemency warrant and confirm whether a specific individual has applied for, been granted, or been denied clemency. Finally, the Freedom of Information Act requires us to publish the names of persons who have been denied executive clemency.

Include your case number in any future messages about this application. We hope this information is helpful to you.

Sincerely,

Office of the Pardon Attorney

**2 attachments**

**Letter of Support.pdf**
245K

**IQFormatFile.txt**
1K

Gmail

Khaled Miah <mr.miah.509@gmail.com>

**Khaled Miah; P333922 (Intranet Quorum IMA00940222)**

1 message

**US Pardon Attorney(imailagent)** <uspardon.attorney@usdoj.gov> Thu, May 28, 2026 at 8:33 AM
To: mr.miah.509@gmail.com

May 28, 2026

Dear Khaled Miah:

Your application for presidential pardon (Case Number P333922) has been received in the Office of the Pardon Attorney (PARDON).

Your application is incomplete. We need you to send us:

- Three (3) letters of support from people who know of your conviction and who are not related by blood or marriage

You can send PDF attachments to uspardon.attorney@usdoj.gov or paper copies to U.S. Department of Justice, Office of the Pardon Attorney, 950 Pennsylvania Avenue NW, Washington, D.C. 20530.

We have started our review of your application. The review process may be lengthy. You may add new information to your application at any time. If we need more information, we will contact you. We will also let you know when there is a decision in your case. You may look up the status of your case at any time on our website at justice.gov/pardon.

If the President grants clemency, we release a public notice that includes the recipient's name, city and state of residence, and information about the offense that was granted clemency, including the charge, sentence, and date and district of conviction. We also publish a copy of the clemency warrant and confirm whether a specific individual has applied for, been granted, or been denied clemency. Finally, the Freedom of Information Act requires us to publish the names of persons who have been denied executive clemency.

$$$

Include your case number in any future messages about this application. We hope this information is helpful to you.

Sincerely,

Office of the Pardon Attorney

**2 attachments**

**Letter of Support.pdf**
245K

**IQFormatFile.txt**
1K

Khaled Miah <mr.miah.509@gmail.com>

# January 20, 2025 Pardon Certificate

1 message

**Khaled Miah** <mr.miah.509@gmail.com>
To: USPardon.Attorney@usdoj.gov
Fri, Jun 19, 2026 at 8:00 AM

This is a response to the government's electronic communication sent via email on May 28, 2026, related to the incompleteness of my application for presidential pardon based on the missing section regarding "[t]hree (3) letters of support from people who know of your conviction and who are not related by blood or marriage." This clemency petition is cataloged on the Department of Justice, Office of the Pardon Attorney's website under Case Number/Name: P333922/Khaled Miah.

The origins of this request for executive clemency arose from the Presidential Proclamation delivered on January 20, 2025, by President Donald J. Trump titled "Granting Pardons and Commutation of Sentences for Certain Offenses Relating to the Events at or Near the United States Capitol on January 6, 2021." See P*roclamation No. 10887, 90 Fed. Reg. 8331 (Jan. 29, 2025).*

The original petition for clemency submitted to the Office of the Pardon Attorney on October 1, 2025, was related to Proclamation 10887 based on the body of the email communication along with the attached section of the petition for clemency. I requested a certificate of pardon "based on a reasoned and studied judgement of the facts of the case, that the President of the United States of America, Donald J. Trump, has granted me a full, complete and unconditional pardon pursuant to Proclamation 10887: Granting Pardons and Commutation of Sentences for Certain Offenses Relating to the Events at or Near the United States Capitol on January 6, 2021; Section (b): "grant a full, complete and unconditional pardon to all other individuals convicted of offenses related to events that occurred at or near the United States Capitol on January 6, 2021." See *Application for Pardon After Completion of Sentence; Section J(b) Case Background.*

On April 1, 2026, I once again requested a certificate of pardon pursuant to Proclamation 10887 and submitted supplemental attachments related to my case and pending clemency review using the Pardon Attorney's instructions for request and receipt of the January 6 pardon certificate. The Justice Department's website denoted "[a]s directed by the President's clemency proclamation, the Office of the Pardon Attorney is ready to issue certificates of pardon to the people covered by the clemency proclamation." It then instructed the procedures to obtain a certificate of pardon by delineating that claimants send an email to USPardon.Attorney@usdoj.gov with the phrase "January 20, 2025 Pardon Certificate" in the subject line and "[i]nclude the following information in your email: full name, prison register number (if you have one), District Court [and] case number. We will then send you an email with a copy of your certificate. Please allow at least 10 business days to process your request."

For the third time, I am making the same request for receipt of "January 20, 2025 Pardon Certificate" based on the plain language of the proclamation's text establishing the scope of coverage related to the pardoned conduct and charges of conviction arising from the events at or near the U.S. Capitol on January 6, 2021 and the very nexus to my conduct and charges of conviction which the Pardon Attorney's Office has been made aware of.

Respectfully Submitted,

Name: Khaled Miah
Register No. 24527-509
Case No. 2:21-cr-00110 (Western District of Pennsylvania).

Gmail

Khaled Miah <mr.miah.509@gmail.com>

## Khaled Miah; P333922 (Intranet Quorum IMA00940222)

1 message

**US Pardon Attorney(imailagent)** <uspardon.attorney@usdoj.gov> Fri, Jul 10, 2026 at 12:15 PM
To: mr.miah.509@gmail.com

July 10, 2026

Dear Khaled Miah:

Your application for presidential pardon (Case Number P333922) has been received in the Office of the Pardon Attorney (PARDON).

Your application is incomplete. We need you to send us:

- Three (3) letters of support from people who know of your conviction and who are not related by blood or marriage

You can send PDF attachments to uspardon.attorney@usdoj.gov or paper copies to U.S. Department of Justice, Office of the Pardon Attorney, 950 Pennsylvania Avenue NW, Washington, D.C. 20530.

We have started our review of your application. The review process may be lengthy. You may add new information to your application at any time. If we need more information, we will contact you. We will also let you know when there is a decision in your case. You may look up the status of your case at any time on our website at justice.gov/pardon.

If the President grants clemency, we release a public notice that includes the recipient's name, city and state of residence, and information about the offense that was granted clemency, including the charge, sentence, and date and district of conviction. We also publish a copy of the clemency warrant and confirm whether a specific individual has applied for, been granted, or been denied clemency. Finally, the Freedom of Information Act requires us to publish the names of persons who have been denied executive clemency.

$$$

Include your case number in any future messages about this application. We hope this information is helpful to you.

Sincerely,

Office of the Pardon Attorney

**2 attachments**

**Letter of Support.pdf**
245K

**IQFormatFile.txt**
1K

# January 20, 2025 Pardon Certificate

1 message

**Khaled Miah** <mr.miah.509@gmail.com> Wed, Aug 26, 2026 at 6:07 PM
To: USPardon.Attorney@usdoj.gov

Full Name: Khaled Miah
Prison Register Number: 24527-509
District Court Case Number: 2:2021-cr-00110 (W.D.P.A.)

Please send an email with a copy of the certificate within 10 business days of receipt of this request.

**Request Attachment.pdf**
7976K

Gmail

Khaled Miah <mr.miah.509@gmail.com>

# Auto Response from the Office of the Pardon Attorney

1 message

**USPardon Attorney** <USPardon.Attorney@usdoj.gov> Wed, Aug 26, 2026 at 6:10 PM
To: Khaled Miah <mr.miah.509@gmail.com>

Thank you for your email to the Office of the Pardon Attorney.

Please note the following:

- We review all incoming correspondence and clemency applications.
- We accept email attachments. We cannot access links to cloud storage.

Please visit our webpage at https://www.justice.gov/pardon if you want to:

- Check on the status of your case. **It may take several weeks for your case to appear on our website's Case Locator.**
- Download a clemency application form.
- Find clemency statistics or Freedom of Information Act resources.

If you are a member of the media, please contact the Department's Office of Public Affairs, https://www.justice.gov/opa.

NOTE: The Office of the Pardon Attorney does not provide legal advice. If you are writing about an immigration issue, a non-criminal matter, or state clemency, we cannot assist you.

**NOTE On Federal Firearm Rights Restoration: A final rule that will allow some people to regain their federal firearms rights will take effect on September 21, 2026. Please view the final rule here. Individuals seeking restoration of their federal firearm rights may visit the Justice Department's Federal Firearm Rights Restoration Program website at www.justice.gov/ffrr for eligibility information, application instructions, and access to the Department's application process.**

## Action Center

Restoration of Federal Firearm Rights under 18 U.S. Code § 925(c)

Request a Certificate of Pardon Relating to the Events on January 6, 2021

Learn About Past Clemency Actions and Statistics

Search for a Case

Apply for Clemency

How Clemency Works

## About the Office

The Office of the Pardon Attorney assists the President in the exercise of executive clemency. Executive clemency may take several forms, including pardon, commutation of sentence, remission of fine or restitution, and reprieve.

Learn More

**U.S. Department of Justice**
**Office of the Pardon Attorney**
950 Pennsylvania Avenue NW
Washington DC 20530

USPardon.Attorney@usdoj.gov

Email is the preferred method of contact. Attachments should be in PDF format.

202-616-6070

Signup for Email Updates

Social Media

U.S. Department of JUSTICE

An official website of the United States government Here's how you know



# President Trump's Proclamation Granting Pardons and Commutations of Sentences for Certain Offenses Relating to the Events at or Near the United States Capitol on January 6, 2021

Share >

### About the President's clemency action

On January 20, 2025, President Trump granted clemency for certain offenses relating to the events at or near the United States Capitol on January 6, 2021. As directed by the President's clemency proclamation, the Office of the Pardon Attorney is ready to issue certificates of pardon to the people covered by the clemency proclamation.

### How to obtain a certificate of pardon

To obtain a copy of your certificate, please send an email to USPardon.Attorney@usdoj.gov with the phrase "January 20, 2025 Pardon Certificate" in the subject line. Include the following information in your email:

- Full name
- Prison register number (if you have one)
- District Court case number

We will then send you an email with a copy of your certificate. Please allow at least 10 business days to process your request.

*Updated May 21, 2025*

An official website of the United States government Here's how you know



# Search for a Case

Share >

Clemency case status is current as of September 1, 2026 at 4:48PM

**Download the case search data file**

Find by Clemency Case File Number    Find by BOP Register Number    **Find by Name**

**First Name**

Khaled

**Last Name (required)**

Miah

Search

| Petitioner | Clemency Case Number | Register Number | Relief Sought | Status | Year Filed | Final Action Date |
|---|---|---|---|---|---|---|
| MIAH, KHALED | P333922 | | Pardon after Completion of Sentence | Pending | 2025 | |

# Freedom of Information Act (FOIA) release - pardon certificate recipients

**On January 20, 2025, President Trump issued a pardon proclamation for certain offenses relating to the events at or near the United States Capitol on January 6, 2021. The following individuals have requested and been issued a certificate of pardon:**

**On October 6, 2022 and December 22, 2023, President Biden issued pardon proclamations for certain federal offenses related to marijuana possession. The following individuals have requested and been issued a certificate of pardon:**

**On June 26, 2024, President Biden issued a pardon proclamation for certain court-martial convictions under former Article 125 of the UCMJ. The following individuals have requested and been issued a certificate of pardon:**

**On January 21, 1977, President Carter issued a pardon proclamation for certain violations of the Military Selective Service Act. The following individuals have requested and been issued a certificate of pardon:**

*Updated March 5, 2026*

**U.S. Department of Justice**

**Office of the Pardon Attorney**

950 Pennsylvania Avenue NW

Washington DC 20530

USPardon.Attorney@usdoj.gov

Email is the preferred method of contact.

Attachments should be in PDF format.

202-616-6070

# Freedom of Information Act (FOIA) release - pardon certificate recipients

**On January 20, 2025, President Trump issued a pardon proclamation for certain offenses relating to the events at or near the United States Capitol on January 6, 2021. The following individuals have requested and been issued a certificate of pardon:**

ABATE, JOSHUA DOMINIC
ABUAL-RAGHEB, RASHA N.
ADAMS, DANIEL PAGE
ADAMS, DENNIS GEORGE
ADAMS, DUSTIN CARL
ADAMS, HOWARD BERTON
ADAMS, JARED HUNTER
ADAMS, JUSTIN DEE
ADAMS, KARLA LOUISE
ADKINS, MILES BRANDON
ALAM, ZACHARY JORDAN
ALBERTS, CHRISTOPHER MICHAEL
ALFONSO, CHRISTIAN
ALFORD, RUSSELL DEAN
ALLAN, TOMMY FREDERICK
ALLEN, CHASE KEVIN
ALLEN, MATTHEW TITUS
ALLEN, TERRY
ALSTRUP, KEVIN MICHAEL
AMSINI, DANIEL BIBONGE
AMYOT, EDWARD
ANDRIES, JOHN
ANDRULONIS, RONALD
ARBABI, EHSAN
ARDOLINO, VINCENT
ARMSTRONG, KENNETH
ARREDONDO, DAVID RENE

ASBURY, MICHAEL NEAL
ASHCRAFT, NEIL WALTER
ASHLOCK, RYAN KEITH
ATWOOD, JOSHUA LEE
AVERY, DANIEL
AVERY, JAIMEE
AVIRETT, RICHARD
AYRES, STEPHEN MICHAEL
AZARI, FARBOD
AZARI, FARHAD
BACON, NOAH
BADALIAN, EDWARD
BAER, NATHAN
BAEZ, STEPHANIE MARYLOU
BAKER, STEPHEN MAURY
BALHORN, RONALD MICHAEL
BALL, DANIEL CHARLES
BALLARD, THOMAS JOHN
BALLESTEROS, ROBERT
BALMASEDA, BARBARA YAZMIN
BANUELOS, JOHN EMANUEL
BAQUERO, JULIO
BARANYI, THOMAS
BARD, KYLER JOSEPH
BARGAR, JEROD THOMAS
BARNARD, RICHARD FRANKLIN
BARNETT, RICHARD
BARNHART, LOGAN JAMES
BARNHILL, BRANDON
BARRELLO, CHRISTINE NATHALIE
BARRON, NANCY
BARTOW, TRAVIS W.
BAUER, PAULINE
BEALS, WILLIAM FREDERICK
BEDDINGFIELD, MATTHEW JASON
BELGER, MELANIE CHRISTINE
BELL, DANA JEAN
BENDER, LUKE
BENNETT, BRADLEY STUART
BENSCH, TYLER QUINTIN
BERGESON, VICTORIA ANNE
BERK, JORDAN
BERRY, CALEB RICHARD
BETANCUR, BRYAN
BEYELER, NATALIE JANE

BIERBRODT, JOSEPH
BILLINGSLEY, STEVEN
BILLS, TODD MICHAEL
BILYARD, AIDEN HENRY
BINGERT, CRAIG MICHAEL
BINGHAM, BRIAN GLENN
BIONDO, FRANCIS
BISHAI, ELLIOT
BISHOP, BRYAN ROGER
BISHOP, TANYA
BISHOP, TONYA
BISIGNANO, GINA
BISSEY, DONA SUE
BITZER, SHANNON JOSEPH
BLACK, JOSHUA MATTHEW
BLACKWOOD, THOMAS EDWARD
BLAIR, DAVID
BLAUSER, WILLIAM
BLEDSOE, MATTHEW
BLYTHE, JASON
BOGUE, LESLIE
BOKOSKI, BRADLEY
BOKOSKI, MATTHEW
BONAWITZ, KENNETH JAY
BOND, STACY LEE
BONENBERGER, JORDAN
BONET, JAMES
BORDEAUX, NATHAN CORDELL
BORGERDING, THERESE MARIE
BOULTON, ZACHARIAH
BOURNES, PATRICK ALLEN
BOWMAN, DAVID WORTH
BOX, DOMINIC XAVIER
BOZELL, LEO BRENT
BRACKLEY, MATTHEW
BRADLEY, MICHAEL A.
BRADSHAW, BRANDON
BREHENY, JAMES B.
BRETT, JAMES
BRINSON, PAUL THOMAS
BROCK, LARRY
BROCK, MICHAEL LEON
BROCKHOFF, NICHOLAS
BRODNAX, ANTIONNE
BRODY, JOSEPH PAUL

BROMLEY, PHILLIP ANDREW
BRONSBURG, TAMMY
BROOKS, GLENN ALLEN
BROWER, JERE
BROWN, GABRIEL MORGAN
BROWN, JEFFREY SCOTT
BROWN, JEREMY
BRU, MARC
BUHLER, JANET WEST
BURLEW, BENJAMEN SCOTT
BUSTLE, JESSICA
BUSTLE, JOSHUA KAHLE
BUTEAU, JAMIE NORMAND
BUTEAU, JENNIFER LYNN
CAIN, TREVOR FRASER
CALDWELL, DANIEL RAY
CAMARGO, SAMUEL
CAMDEN, DAVID MICHAEL
CAMERON, JOHN
CANTRELL, JARED PAUL
CANTRELL, QUENTIN
CANTWELL, LEWIS
CAPLINGER, JERAMIAH RAY
CAPPUCCIO, STEVEN
CAPSEL, MATTHEW
CAREY, LIN MARIE
CAREY, THOMAS
CARL, JOHN JOSEPH
CARLTON, JONATHAN DANIEL
CARNELL, CHRISTOPHER
CARPENTER, SARA
CASSELMAN, THOMAS ANDREW
CASTLE, TRUDY
CASTRO, MARIPOSA
CAVANAUGH, ANDREW MICHAEL
CAVANAUGH, BRANDON
CELENTANO, RALPH JOSEPH
CHAMBERS, RAYMOND EARL
CHAN, MICK
CHANG, JULIO CESAR
CHASE, GABRIEL
CHIGUER, STEFANIE NICOLE
CHOLOD, RAYMUND
CHRISTENSEN, HOLLY DIONNE
CHRISTENSEN, REED

CHRISTENSEN, SCOTT RAY
CHRISTMANN, DANIEL
CHWIESIUK, AGNIESZKA
CHWIESIUK, KAROL J.
CIAMPI, LOUIS MICHAEL
CIARPELLI, ALBERT A.
CLAPP, CAMERON
CLARK, CHRISTY DANIELLE
CLARK, ERIC
CLARK, JACOB
CLARK, MATTHEW
CLAYTON, CALE DOUGLAS
CLEARY, JAMES ROE
CLIFTON, CHADWICK GORDON
CLOUTIER, RONALD JOHN
COFFEE, LUKE RUSSELL
COFFMAN, LONNIE LEROY
COHEN, BENJAMIN
COHEN, MENACHEM
COKER, JOSHUA CURTIS
COLBATH, PAUL GRAY
COLE, BENJAMIN JAMES
COLELLO, ANTONIO WILLIAM
COLEMAN, TARA
COLLINS, DANIEL T.
COLON, LOUIS ENRIQUE
COLT, JOSIAH
COLUMBUS, SCOTT
CONLON, PAULA ANN
CONNELL, CODY PAGE CARTER
CONNOR, FRANCIS
COOK, STEVEN PATRICK
COOKE, NOLAN BERNARD
COPELAND, JONATHAN JOSEPH
COPELAND, LANDON KENNETH
COPPOTELLI, ROBERT
COSTIANES, ELIAS NICK
COTTON, WILLIAM B.
COUNCIL, MATTHEW ROSS
COURSON, MASON JOEL
COURTRIGHT, GRACYN
CRAWFORD, PHILLIP MARION
CREEK, KEVIN DOUGLAS
CRONIN, DYLAN RHYLEI
CROSBY, RICHARD T.

CROWLEY, JOHN EDWARD
CROY, GLENN WES LEE
CRUZ, LLOYD CASIMIRO
CUA, BRUNO
CUDD, JENNY
CURL, JASON
CURZIO, MICHAEL THOMAS
CUSICK, CASEY
CUSICK, JAMES VARNELL
DALE, JOSHUA RYAN
DASILVA, MATTHEW
DAUGHTRY, MICHAEL SHANE
DAVIS, CURTIS
DAVIS, JACOB
DAVIS, JAMES RUSSELL
DEGREGORIS, ROBERT WILLIAM
DELBRIDGE, JOHN A.
DELBRIDGE, JOHNNY A.
DELUCA, ISABELLA MARIA
DEMPSEY, DAVID NICHOLAS
DENNEY, LUCAS
DENNIS, ROBERT WAYNE
DENNISON, VICTOR SEAN
DICIOCCIO, ADRIENNA EVELYN
DICKINSON, MICHAEL
DIFRANCESCO, KIMBERLY
DIGIOVANNI, GENE J.
DILLARD, KALEB
DILLON, MICHAEL JOHN
DINE, JOHN MATTHEW
DODDER, DEREK JACOB
DOLAN, JASON
DOLL, JONATHAN DAVID
DOMINSKI, WENDY L.
DONNELLY, DANIEL
DONOHOE, CHARLES
DOOLIN, JOSHUA CHRISTOPHER
DOWELL, ROBERT STEVEN
DOYLE, DANIELLE NICOLE
DRAGOO, KIMBERLY RAE
DRAGOO, STEVEN MICHAEL
DRESCH, KARL
DULA, BRYAN
DUNFEE, WILLIAM ROBERT
DYKES, TYLER BRADLEY

EARLES, ROCKNE GERARD
EASTERDAY, ISREAL JAMES
ECKERMAN, MICHAEL
EDWARDS, GARY
EHMKE, HUNTER
EHRKE, VALERIE ELAINE
EICHER, JOLENE RENEE
EISENHART, LISA MARIE
ELLIOTT, JAMES ROBERT
ERICSON, ANDREW CRAIG
ESTEY, MICHELLE ALEXANDRA
ETHRIDGE, TYLER E.
ETTER, JEFFREY MICHAEL
EVANS, DERRICK
EVANS, TRENISS JEWELL
FAIRLAMB, SCOTT
FAN, ALEXANDER
FARNSWORTH, ISAIAH
FARRIS, JASON
FASSELL, MARILYN RAE
FASSELL, THOMAS WILLIAM
FAULKNER, LUKE
FERGUSON, JAMIE
FERREIRA, LETICIA VILHENA
FERRIGNO, ANTONIO
FINLEY, JEFFERY
FINNEGAN, TIMOTHY
FIOL, FREDERIC
FISHER, JOSEPH
FISHER, SAMUEL
FITCHETT, CINDY SUE SMITH
FITZGERALD, MICHAEL KRISTOPHER
FITZSIMONS, KYLE
FLANAGAN, JOHN
FLANAGAN, SARAH
FLINT-SMITH, JAMES
FONTAINE, KELLY LYNN
FONTICOBA, GILBERT
FOURNIER, MICHAEL GERARD
FOY, MICHAEL JOSEPH
FRACKER, JACOB
FRAIZE, JUDY HORN
FRANKOWSKI, DAWN
FRELIGH, LARRY
FULLER, NICHOLAS JOHN

GALETTO, KEVIN LOUIS
GALLAGHER, THOMAS R.
GARCIA, GABRIEL
GARDNER, MITCHELL TODD
GARRETT, TROY VINCENT
GARY, DAVID MICHAEL
GENCO, RAECHEL
GEORGE, EDWARD ANTHONY
GERDING, JASON
GERWATOWSKI, ERIC
GETSINGER, JOHN HUBERT
GIACCHETTI, ROBERT
GIANOS, MICHAEL
GIBERSON, LARRY FIFE
GIESWEIN, ROBERT
GILL, TONY LEE
GILLESPIE, VINCENT
GIONET, ANTHIME
GIUSTINO, FRANK ROCCO
GLEFFE, MARCOS
GLOSSER, EARL
GOLD, SIMONE MELISSA
GONZALEZ, EDUARDO NICOLAS ALVEAR
GOODWYN, DANIEL
GORE, BART MICHAEL
GRACE, JEFFREY
GRACE, JEREMY
GRACE, JONATHAN DAVID
GRAY, DANIEL PAUL
GRAY, LESLIE
GRAYSON, KENNETH
GREENE, MICHAEL LAMONT
GRIDER, CHRISTOPHER RAY
GRIFFITH, ANTHONY
GRIGSBY, ANDREW
GRILLO, PHILIP SEAN
GRISWOLD, ANDREW WILLIAM
GRODS, MARK S.
GROSECLOSE, JEREMY DANIEL LEE
GRUPPO, LEONARD
GUNBY, DEREK COOPER
GUNDERSEN, BRIAN
HALE-CUSANELLI, TIMOTHY LOUIS
HALL, JOSHUA
HALLON, LUIS

HAMILTON, ZYLAS
HAMNER, THOMAS PATRICK
HAND, CHARLES HERBERT
HARDIN, MICHAEL LEE
HARGIS-GETSINGER, STACIE ANN
HARKRIDER, ALEX KIRK
HARRINGTON, DOUGLAS
HARRIS, AUSTIN BRENDLEN
HARRIS, JOHNNY
HARRIS, RICHARD
HARRISON, JEREMY CHRISTIAN
HARSHMAN, DEAN ROBERT
HART, TIMOTHY ALLEN
HATCHER, DANIEL BYRON
HAWKINS, JACOB
HAYNES, JOSHUA DILLON
HAZARD, DONALD KEITH
HEALION, BRIAN
HEATHCOTE, CHAD ALLEN
HEFFELFINGER, BENJAMIN
HEINL, JENNIFER
HELLONEN, DODGE DALE
HENDRIX, NICHOLAS P.
HENEGHAN, JON NICHOLAS
HENSON, TYLER MARCUS
HERNANDEZ, ANDREW ALAN
HERNANDEZ, JOSHUA LEE
HERRINGTON, DILLON COLBY
HESS, CAMERON
HILDEBRAND, CLAYTON JAMES
HILES, JACOB GAVIN
HODGES, SANDRA LEE
HODGKINS, PAUL ALLARD
HODO, THOMAS
HOFFMAN, LUKE JAMES
HOLDEN, RYAN
HOLMES, SARAH KATHLEEN
HOMER, LISA
HOMOL, DILLON PAUL
HONEYCUTT, ADAM AVERY
HONIGFORD, MATTHEW
HOPKINS, KASEY VON OWENS
HORAN, COREY
HORN, STEPHEN ETHAN
HORNING, JAMES MATTHEW

HORVATH, JENNIFER LYNN
HOSTETTER, ALAN
HOWARD, DAVID BRIAN
HOWE, JOSEPH
HOWELL, ANNIE CHRISTINE
HOWLAND, JASON
HUBBARD, JEFFREY WILLIAM
HUGHES, NATHAN EARL
HUNT, EVAN M.
HUTCHINSON, JOSEPH DANIEL
HUTTLE, DALE ROBERT
HUTTLE, MATTHEW
HYLAND, JASON LEE
IANNI, SUZANNE
INKS, EUGENIA ELAINE
INKS, RICHARD ALAN
IRIZARRY, ELIAS
ISAACS, TRACI
ISAACS, WILLIAM
JACKMAN, ARTHUR
JACKSON, ADAM LEJAY
JACKSON, BRIAN SCOTT
JACKSON, EMANUEL
JACKSON, MICAJAH
JAKUBOWSKI, DOMINIC JAMES
JAMES, AARON GILBERT
JAMES, JOSHUA
JARRIN, RAUL
JAURE, YESENIA
JAVID, IRAJ GEORGE
JENKINS, SHANE
JENNINGS, ALLAN
JENNINGS, ALLAN DEAN
JENSEN, DOUGLAS AUSTIN
JERSEY, JUSTIN
JOHNATAKIS, TAYLOR JAMES
JOHNSON, ANDREW
JOHNSON, ANDREW JOSHUA
JOHNSON, DARYL
JOHNSON, JOSHUA EDWARD
JOHNSON, PAUL RUSSELL
JOHNSON, THADDIS DEFONE
JOHNSTON, DAMIAN LEE
JOHNSTON, DAVID CHARLES
JOHNSTON, JAY JAMES

JONES, BRIAN RAYMOND
JONES, CHAD BARRETT
JONES, KAREN JANE
JONES, ROBERT WALTER
JOSEPH, MICAIAH
JOYNER, NICOLE MARIE
JUDD, DAVID LEE
JURLINA, ZVONIMIR JOSIP
KASPER, RILEY
KASPEREK, DAPHNE G.
KASPEREK, THOMAS ARTHUR
KASTNER, JARED
KEEN, WILLIAM
KELLER, KLETE DERIK
KELLEY, RYAN DARRELL
KELLY, CHRISTOPHER M.
KELLY, KASH LEE
KELLY, KENNETH F.
KELLY, LEO
KELSO, CHRISTINA
KICINSKI, CAROL O'NEAL
KINNISON, DEREK
KLEIN, JONATHANPETER ALLEN
KLEIN, MATTHEW LELAND
KNOWLES, JOSHUA DAVID
KNOWLTON, BRADY
KNUTSON, BILLY LEONEL
KOHLER, MATTHEW PARKER
KONOLD, CORY
KONOLD, FELICIA
KORTE, BRIAN SCOTT
KOVACIK, PAUL
KRAMER, PHILIP EDWARD
KRAUSS, DAVID
KRAUSS, NICHOLAS
KRILL, PETER MICHAEL
KROL, MATTHEW THOMAS
KRZYWICKI, CARLA
KUEHNE, CHRISTOPHER
KULAS, CHRISTIAN
KULAS, MARK
LACOUNT, TRICIA MONIQUE
LACY, DIANELLE NICOLE
LAGESSE, JUSTIN
LAMOTTA, ANTONIO

LANGUERAND, NICHOLAS
LAPOINT, JOSEPH JULIUS
LARSON-OLSON, MICKI LYNN
LAVIN, JEAN M.
LAVRENZ, REBECCA
LAZAR, SAMUEL
LE, NHI NGOC MAI
LEARY, WILLIAM
LEE, JUSTIN
LEFFINGWELL, MARK JEFFERSON
LESPERANCE, DAVID
LEWIS, JACOB DANIEL
LEWIS, WILLIAM
LEYDEN, DANIEL FITZGERALD
LEYDEN, JOSEPH P.
LIGOCKI, LANCE MICHAEL
LINDSEY, KENNEDY TAYLOR
LINDSEY, TERRY LYNN
LINTS, LUKE MICHAEL
LIU, JIA
LIVINGSTON, JOHN
LIZAK, JON
LLAMAS, SAUL
LOCKWOOD, MICHAEL
LOEHRKE, RONALD VINCENT
LOFTUS, KEVIN DANIEL
LOGANBILL, MATT E.
LOLLAR, JOSHUA RYAN
LOLLIS, JAMES DOUGLAS
LOLOS, JOHN
LOVLEY, PAUL EWALD
LUNYK, ANTON
LUTSIK, ANATOLIY ANATOLIEVICH
LYONS, KEVIN
MACANDREW, DANEAN
MACHACEK, BRENNEN CLINE
MACKIE, BRANDON MICHAEL
MACKIE, NATHAN
MACKRELL, CLIFFORD
MACKRELL, MICHAEL A.
MACRAE, DOUGLAS
MADDEN, DOMINICK
MAHONEY, SHAWN DANIEL
MAIMONE, DEBRA J.
MALDONADO, STEVE OMAR

MALIMON, KRISTINA
MALIMON, YEVGEMYA
MALY, MARKUS
MAMULASHVILI, GIORGI
MANGIA, JEANETTE THERESA
MANLEY, CHRISTIAN
MARES, MARIO
MARIOTTO, ANTHONY
MARKEY, RICHARD M.
MARKOFSKI, ABRAM
MARQUEZ, FELIPE
MARTIN, BENJAMIN JOHN
MARTIN, MARCUS CLINT
MARTIN, ZACHARY HAYES
MARTINEZ, FELIPE-TONY ANTONIO
MARTINEZ, VICTOR ANTHONY
MASTANDUNO, ANTHONY
MATTICE, CODY
MATULICH, MATTHEW
MAUCK, ETHAN
MAULT, JAMES PHILLIP
MAURER, CHRISTOPHER
MAXWELL, JAKE
MAZZA, MARK ANDREW
MAZZIO, ANTHONY MICHAEL
MAZZOCCO, MATTHEW
MCABEE, RONALD COLTON
MCAULIFFE, JUSTIN
MCCLAIN, SUZAN LYNETTE
MCDONALD, SAVANNAH
MCGEE, BRIAN SCOTT
MCGREW, JAMES BURTON
MCHUGH, SEAN MICHAEL
MCKELLOP, JEFFREY
MCMAHAN, KYLE DOUGLAS
MCNAMARA, JAMES
MCNULTY, DEVIN
MEGGS, CONNIE
MELDRUM, BRENT
MELE, RONALD
MELLIS, JONATHAN GENNARO
MELS, JAMES ALLEN
MENDEZ, MAURICIO
MERRY, WILLIAM
MESSER, WALTER J.

MGLEJ, MATTHEW THOMAS
MICHETTI, RICHARD
MIDDLETON, JALISE
MIDDLETON, MARK FULTON
MILES, STEVEN
MILEUR, AARON JAMES
MILLARD, ANDREW THOMAS
MILLER, ADAM LEE
MILLER, GARRET ADAM
MILLER, MATTHEW RYAN
MILLER, SCOTT THOMAS
MILSTREED, RODNEY KENNETH
MINK, JORDEN ROBERT
MITCHELL, JENNIFER SUZANNE
MLYNAREK, KYLE ALAN
MOAT, ANTHONY RICHARD
MOCK, BRIAN CHRISTOPHER
MODRELL, PAUL
MONCADA, NICHOLAS ANTHONY
MONGELLI, AMANDA JEAN
MONTGOMERY, PATRICK
MONTONI, CORINNE
MOONEY-RONDON, MARYANN
MOORE, KEVIN GEORGE
MORGAN, ANDREW JACKSON
MORGAN-LLOYD, ANNA
MORRISON, KATHARINE HALLOCK
MORRISSEY, DANIEL MICHAEL
MORSS, ROBERT
MOSS, DONALD LEE
MOSTOFSKY, AARON
MOTT, JON THOMAS
MOZINGO, CHARLES
MULLINS, CLAYTON RAY
MULLSTEFF, DAVID MARK
MUNAFO, JONATHAN JOSHUA
MUNCHEL, ERIC GAVELEK
MUNGER, JEFFREY
MUNN, DAWN
MUNN, JOSHUA THOMAS
MUNN, KAYLI HANNAH
MUNN, KRISTI MARIE
MUNN, THOMAS
MUNTZER, HENRY PHILLIP
MYERS, RACHEL

NASSIF, JOHN
NEEFE, MARSHALL JAMES
NEELY, DARRELL
NESTER, LYNNWOOD
NICHOLS, RYAN TAYLOR
NIEMELA, KIRSTYN
NIX, GREGORY LAMAR
NOFTSGER, DEREK AARON
NOHLE, RACHEL
NORWOOD, WILLIAM ROBERT
NOYCE, NATHANIEL
OBEST, ADAM RYAN
O'BRIEN, KELLY MCFADDEN
O'BRIEN, PATRICK
O'BRIEN, SCOTT ALAN
OCHS, NICHOLAS ROBERT
OFFMAN, SPENCER
OLIVA-LOPEZ, ANDY STEVEN
OLIVER, ERIC JAMES
OLIVERAS, MICHAEL
ONDULICH, STEPHEN ALEXANDER
O'NEILL, GERALD CHRISTOPHER
ORTA, PAUL
OWENS, GRADY DOUGLAS
OWENS, JARED LUTHER
OWENS, JASON DOUGLAS
PACHECO, ANGELO J.
PADILLA, JOSEPH LINO
PALMER, ROBERT SCOTT
PANAYIOTOU, MARCOS
PARKER, BENNIE ALVIN
PARKER, SANDRA R.
PARKS, JENNIFER RUTH
PARKS, STEWART
PASTUCCI, JOSEPH
PATTERSON, BLAKE
PAVLIK, JOSEPH
PEARSTON, DONALD
PECK, GREGORY CHARLES
PEPE, WILLIAM JOSEPH
PERKINS, MICHAEL STEVEN
PERNA, MATTHEW
PERSICK, KERRY WAYNE
PETERSON, ERIC LEE
PETERSON, KURT

PETROSH, ROBERT LEE
PETTIT, BRANDON
PIERRE, MICHAEL ST.
POLLOCK, JONATHAN DANIEL
POLLOCK, OLIVIA MICHELE
POMEROY, MICHAEL EDWARD
PORTER, MASON R.
PORTLOCK, JOSHUA JOHN
POWELL, RACHEL MARIE
PRELLER, BRIAN MICHAEL
PRICE, SHAWN
PRIOLA, CHRISTINE
PRUITT, JOSHUA
PRYER, MAHAILYA
PULASKI, CURTIS
PUMA, ANTHONY
PURDY, GREGORY RICHARD
PURDY, MATTHEW
PURKEL, COLBY
PURKEL, WILLARD
QUAGLIN, CHRISTOPHER JOSEPH
QUICK, MICHAEL AARON
QUICK, STEPHEN BRIAN
QUIMBY, TRACI LYNN
RADER, KENNETH
RAE, PAUL CHARLES
RAHM, JAMES DOUGLAS
RAMEY, BARRY BENNET
RANDOLPH, STEPHEN CHASE
RAU, ERIK ALLEN
REED, JEFFREY DAVID
REES, CARSON LIONEL
REFFITT, GUY WESLEY
REGISTER, JEFFREY
REID, WILLIAM ROGAN
REIERSON, ROBIN LEE
REIMLER, NICHOLAS BURTON
REYHER, ARTHUR
REYHER, JESSICA
REYNA, RUBEN
RHEINER, NARAYANA
RIDDLE, THOMAS
RIDGE, LEONARD PEARSON
RILEY, JORGE AARON
RILEY, MICHAEL ANGELO

RIVERA, JESUS
ROBERTS, MICHAEL TYLER
ROBERTSON, THOMAS JARRETT
ROBINSON HAND, MANDY
ROCHE, MICHAEL
ROCKEY, CHRISTOPHER GEORGE
ROCKHOLT, JONATHAN
RODGERS, JEREMY MICHAEL
RODRIGUEZ, DANIEL
RODRIGUEZ, EDWARD FRANCISCO
RODRIGUEZ, JUAN
ROMERO, MOISES
RONDON, RAFAEL
ROSA, ELIEL
ROSS, DAVID LESTER
ROSSMAN, DEVIN
ROTELLA, BRETT ALAN
RUBENACKER, GREG
RUKSTALES, BRADLEY FRANCIS
RUMSON, JESSE JAMES
RUSHING, VALERIE SUE
RYALS, JERRY EDWARD
RYAN, JENNIFER
SABOL, JEFFREY PATRICK
SAER, LILITH ANTON
SAHADY, MARK
SAMSEL, RYAN STEPHEN
SANDLIN, RONALD
SANDOVAL, DEBORAH
SANDOVAL, SALVADOR SPENCER
SANTOS, HECTOR EMMANUEL VARGAS
SARKO, OLIVER LOUIS
SARSFIELD, WILLIAM PATRICK
SARTOR, TRISTAN RIVER
SARTY, SETH EDEN
SATTLER, ZACHARIAH JOHN
SCAVO, FRANK
SCHAFFER, JON RYAN
SCHIMMEL, CHARLES E.
SCHIMMEL, LOGAN J.
SCHMIDT, ADRIAN
SCHMITZ, MATTHEW
SCHORNAK, ROBERT CHARLES
SCHUBERT, AMY
SCHUBERT, JOHN A.

SCHUBERT, JOHN ANTHONY
SCHWAB, KATHERINE
SCHWEMMER, ESTHER
SCIRICA, ANTHONY JOSEPH
SCOTT, DANIEL LYONS
SECOR, CHRISTIAN
SEEFRIED, HUNTER SCOTT
SEEFRIED, KEVIN
SELLS, TANNER
SHAW, DANIEL
SHEA, ANDREW JOSEPH
SHERRILL, GRAYSON
SHIVELY, BARTON WADE
SIBICK, THOMAS FRANK
SIEMERS, JORDAN
SILLS, GEOFFREY WILLIAM
SILVA, BENJAMIN JOHN
SIMON, MARK
SIRR, BERNARD JOSEPH
SLAEKER, TYLER
SLINKER, DAVID
SLYE, MIKHAIL EDWARD
SMITH, BRYAN SHAWN
SMITH, CHARLES BRADFORD
SMITH, MARCUS DAVID
SMITH, THOMAS HARLEN
SMITHER, DAVID EVAN
SMOCKS, TROY A.
SNOW, ROBERT THOMAS
SORELLE, KELLYE
SORVISTO, JEREMY
SOUTHARD-RUMSEY, AUDREY ANN
SPAIN, EDWARD THOMAS
SPARKS, MICHAEL
SPEED, HATCHET M.
SPENCER, CHRISTOPHER RAPHAEL
SPENCER, VIRGINIA MARIE
SPIGELMYER, PAUL
SPOSITE, MICHAEL DOUGLAS
SQUATRITO, MARK JAMES
ST.ONGE, ALAN MICHAEL
STACKHOUSE, LAWRENCE EARL
STAGER, PETER
STALLINGS, SHELLY JEAN
STAPLES, ERIC

STARER, JACQUELYN JENNIFER
STECHER, EZEKIEL KURT
STEDMAN, PATRICK ALONZO
STEELE, LAURA
STEINER, DEVIN SCOTT
STEPAKOFF, MICHAEL
STEPHENS, STACEY LYNN
STOLL, JUSTIN
STOVER, WILLIAM
STRAKA, BRANDON
STRONG, KEVIN MICHAEL
STURGEON, ISAAC STEVE
SUAREZ, MARISSA
SULENTA, DEREK
SULLIVAN, JOHN EARLE
SUNSTRUM, TRACI
SWOOPE, RYAN
SYLVESTER, KIMBERLY ANN
TAAKE, ANDREW QUENTIN
TAGARIS, JODY
TANIOS, GEORGE PIERRE
TARRIO, ENRIQUE
TATE, CURTIS LOGAN
TAYLOR, RUSSELL BRIAN
TENNEY, GEORGE AMOS
TEW, TYLER JOHN
THAXTON, JAY ROBERT
THERRES, JACOB MICHAEL
THOMAS, KENNETH JOSEPH OWEN
THOMPSON, DANE CHRISTOFFER
THOMPSON, DEVLYN
THURLOW, STEVEN D.
TICAS, DAVID ANTONIO
TODD, JOHN GEORGE
TRAUGH, CHRISTINA ANNETTE
TUCK, KEVIN ADRIAN
TUCK, NATHANIEL ADRIAN
TURNER, ROBERT
TUTROW, ISRAEL
TYNER, CHRISTIAN PETER
TYNER, DAVID CHRISTIAN
UBERTO, THOMAS EDWARD
ULRICH, BRIAN
UPTMORE, CHANCE ANTHONY
UPTMORE, JAMES HERMAN

URHAMMER, STACEY LYNNE
VAGLICA, JOSEPH
VALADEZ, RAFAEL
VALDEZ, DANIEL JAY
VALDEZ, PAYTON
VALENTIN, ANDREW IVAN
VALENTIN, LOUIS
VALENTIN, MATTHEW
VALENTINE, DAVID MATTHEW
VARNEY, SHELLY LYNN
VERDUN, RANDY
VILLANUEVA, ANGEL
VO, ANTONY
VOGEL, PHILIP C.
VON KEUDELL, NICHOLAS
VUKSANAJ, ANTHONY
VY, FREEDOM
WAGNER, JOSHUA THOMAS
WALDEN, CAREY JON
WALLIS, JASON WILLIAM
WALLS-KAUFMAN, DAVID
WARD, SEAN
WARGO, KIMBERLY
WARMUS, DANIEL
WARNAGIRIS, CHRISTOPHER
WARNER, ERIK SCOTT
WATSON, JESSE
WATSON, WILLIAM WRIGHT
WAYNICK, JERRY MCKANE
WAYNICK, MARK
WEBB, FREDERICK S.
WEBLER, MATTHEW JAY
WEBSTER, THOMAS
WEEKS, BRADLEY
WEISBECKER, PHILIP JAMES
WENTLAND, WALTER
WESTBURY, ISAAC
WESTBURY, JONAH
WESTBURY, ROBERT
WESTON, TUCKER
WESTOVER, PAUL SCOTT
WEYER, SANDRA SUSANNE
WHITE, LANCE
WHITE, VICTORIA CHARITY
WHITTON, JACK WADE

WICKERSHAM, GARY LAIRD
WIEDRICH, JACOB KYLE
WIERSMA, DAVID
WILKINSON, ULISES
WILLEY, PETER JOHN
WILLIAMS, ANDREW JAMES
WILLIAMS, ANTHONY ROBERT
WILLIAMS, DUSTIN RAY
WILLIAMS, ELIZABETH ROSE
WILLIAMS, ELLIOT PATRICK
WILLIAMS, RILEY JUNE
WILLIAMS, VIC DON
WILSON, DANIEL EDWIN
WILSON, DUKE EDWARD
WILSON, GARY
WILSON, JODI LYNN
WILSON, KELSEY LEIGH
WILSON, RYAN
WILSON, WILLIAM TODD
WILSON, ZACHARY
WISE, JARED LANE
WITCHER, JEFFREY SHANE
WITZEMANN, SHAWN BRADLEY
WOEHL, PATRICK J.
WOOD, MATTHEW MARK
WORRELL, CHRISTOPHER JOHN
WREN, DONNIE DUANE
WRIGHT, JOHN DOUGLAS
WROBLEWSKI, MARK CHRISTIAN
WYATT, DOUGLAS
WYMAN, JAMES
YANG, TYNG-JING
YAVOICH, ANDREW
YETMAN, GREGORY CHARLES
YOUNG, CINDY
YOUNG, KYLE JAMES
ZERKLE, JACOB
ZINK, RYAN SCOTT
ZLAB, JOSEPH ELLIOTT

**On October 6, 2022 and December 22, 2023, President Biden issued pardon proclamations for certain federal offenses related to marijuana possession. The following individuals have requested and been issued a certificate of pardon:**

**On June 26, 2024, President Biden issued a pardon proclamation for certain court-martial convictions under former Article 125 of the UCMJ. The following individuals have requested and been issued a certificate of pardon:**

**On January 21, 1977, President Carter issued a pardon proclamation for certain violations of the Military Selective Service Act. The following individuals have requested and been issued a certificate of pardon:**

*Updated March 5, 2026*

**U.S. Department of Justice**
**Office of the Pardon Attorney**
950 Pennsylvania Avenue NW
Washington DC 20530

USPardon.Attorney@usdoj.gov

Email is the preferred method of contact. Attachments should be in PDF format.

202-616-6070

Gmail

Bruno Cua <brunocua@gmail.com>

**Certificate of Pardon (Intranet Quorum IMA00924883)**

**US Pardon Attorney(imailagent)** <uspardon.attorney@usdoj.gov> Thu, Jan 30 at 9:58 AM
To: <brunocua@gmail.com>

**From:** Office of the Pardon Attorney, U.S. Department of Justice
**To:** Bruno Cua
**Date:** January 30, 2025

You were pardoned under President Trump's January 20, 2025 clemency proclamation. The Certificate of Pardon included here is proof that you were pardoned under the proclamation.

## What's next

## Save or print your certificate.

Save or print the certificate so you can show proof of the pardon when needed. The pardon means that you're forgiven, but you still have a criminal conviction. It may:

- remove restrictions on your right to vote, hold office, or be part of a jury
- relieve you from penalties for your charge/conviction, including jail time

The Office of the Pardon Attorney will provide notice of the pardon to the Federal Bureau of Investigation.

Bruno Cua.pdf, IQFormatFile.txt

# Donald J. Trump

***President of the United States of America***

# Certificate of Pardon

***Bruno Cua***

was pardoned by the Presidential Proclamation of January 20, 2025. The pardon applies only to convictions for offenses related to events that occurred at or near the United States Capitol on January 6, 2021.

As directed by the Proclamation of Pardon and in witness whereof, the Office of the Pardon Attorney has caused the seal of the Department of Justice to be affixed below and issues this certificate of pardon to the named person.

*Done at the City of Washington, District of Columbia, on January 30, 2025.*

ID318767